AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-CV-01153-PAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Frontier Airlines, Inc., c/o Corporation Service Company, Registered Agent was received by me on *(date)* Apr 24, 2020, 3:07 pm.

[X] I personally served the summons on the individual at *(place)* 1900 W Littleton Blvd, Littleton, CO 80120 on *(date)* Tue, Apr 28 2020 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4/30/2020

*Server's signature*

Mark Jurim

*Printed name and title*

998 E Davies Ave, Centennial, CO 80122

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 28, 2020, 11:04 am MDT at 1900 W Littleton Blvd, Littleton, CO 80120 received by Cole Stender. Relationship: Authorized Agent