IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 20-cv-1153**

MELISSA YOUNG, individually and
on behalf of others similarly situated,

      Plaintiff,

v.

FRONTIER AIRLINES, INC.

      Defendant.

---

**ENTRY OF APPEARANCE**

---

To the Clerk of Court and all parties of record:

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff: Melissa Young.

DATED: May 6, 2020

                                                         Michael Aschenbrener (CO Bar #51687)
                                                         KamberLaw, LLC
                                                         201 Milwaukee Street, Suite 200
                                                        Denver, CO 80206
                                                         Telephone: (303) 222-0281
                                                         Email: masch@kamberlaw.com