# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01153-PAB-KLM

MELISSA YOUNG, individually and on behalf
Of others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## FRONTIER AIRLINES. INC.'s MOTION FOR EXTENSION OF TIME

Defendant Frontier Airlines, Inc., ("Frontier") by and through its undersigned counsel, hereby submits its Motion for Extension of Time to respond to Plaintiff's Class Action Complaint & Jury Demand (the "Complaint"), up to and including July 3, 2020, and as good cause for same, states as follows:

### CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a)

Frontier's counsel certifies their conferral with Plaintiff's counsel regarding the relief sought in this Motion by telephone on May 7, 2020, and by email on May 8, 2020 and May 11, 2020. Specifically, undersigned counsel conferred with Plaintiff's counsel Scott Kamber on May 7, 2020. After discussion, Mr. Kamber advised that some extension might be agreeable and that Plaintiff's position would likely be provided on May 8th or May 11th. Counsel for Frontier also attempted to confer with Plaintiff's New York-based counsel on May 8th and undersigned counsel followed-up with Mr. Kamber on May 11th concerning the relief requested herein. At the time of

this filing, however, opposing counsel has not communicated Plaintiff's position on the requested extension sought in this Motion.

## MOTION

1. Plaintiff's claims and the putative class action are premised on more than five million dollars in damages due to allegedly-insufficient reimbursements for a multitude of flights disrupted by COVID-19. Notwithstanding the ongoing pandemic, Plaintiff filed her Complaint on April 23, 2020, and served the Complaint on April 28, 2020. As such, Frontier's response is presently due on May 19, 2020.

2. Undersigned counsel were retained on May 6, 2020, to defend against the seven (7) claims for relief asserted in Plaintiff's 23-page Complaint, and need an opportunity to investigate the claims asserted that is commensurate with their complexity, scope, and magnitude.

3. The extension sought is warranted to allow sufficient time to investigate the allegations and evaluate the viability of the claims asserted so that Frontier has an opportunity to adequately respond to the Complaint. Given the severe disruptions and associated problems caused by COVID-19, undersigned counsel anticipates that their investigation will take longer than under normal conditions because of Colorado's past and on-going public health orders. Thus, under present circumstances, good cause exists for the requested relief and, accordingly, Defendant Frontier respectfully requests a forty-five (45) day extension of time, up to and including July 3, 2020, to respond to Plaintiff's Class Action Complaint & Jury Demand.

4. This is the first extension sought in this matter and it is not intended to unduly delay this action or its resolution. Further, the requested relief will not prejudice any party.

5. Pursuant to D.C.COLO.LCivR 6.1(c), this Motion is being served contemporaneously by undersigned counsel on client Frontier.

WHEREFORE, Defendant Frontier respectfully requests a forty-five (45) day extension of time, up to and including July 3, 2020, to respond to Plaintiff's Class Action Complaint, and for such other relief the Court deems just and proper.

DATED this 11th day of May, 2020.

Respectfully submitted,

By: */s/ Jason D. Melichar*
Jason D. Melichar, Esq.
R. Joseph Isert, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: (303) 572-5300
Facsimile: (303) 572-5301
jason.melichar@wilsonelser.com
joe.isert@wilsonelser.com
*Attorneys for Defendant Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of May, 2020, a true and correct copy of the foregoing was filed with ECF and served to all counsel of record.

Scott A. Kamber, Esq.
Michael J. Aschenbrener, Esq.
Kamber Law, LLC
201 Milwaukee Street, Suite 200
Denver, CO 80206
Telephone: (646) 964-9600
Facsimile: (212) 202-6364
skamber@kamberlaw.com
masch@kamberlaw.com
*Attorneys for Plaintiff*

Max S. Roberts, Esq.
Bursor & Fisher, P.A. – New York
888 17th Avenue, 3rd Floor
New York, NY 10019
mroberts@bursor.com
*Attorneys for Plaintiff*

                                                 */s/ Jason D. Melichar*
                                                 Jason D. Melichar, Esq.