IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01153

MELISSA YOUNG, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant(s).

ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: Melissa Young.

DATED: May 11, 2020

*Yeremey O. Krivoshey*
Yeremey O. Krivoshey
**BURSOR & FISHER, P.A.**
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-mail: ykrivoshey@bursor.com