**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01153-PAB-KLM

MELISSA YOUNG, individually and on behalf
Of others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

**FRONTIER AIRLINES, INC.'S WITHDRAWAL WITHOUT PREJUDICE
OF MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS
ACTION COMPLAINT AND JURY DEMAND**

Defendant Frontier Airlines, Inc., ("Frontier") by and through its undersigned counsel, hereby withdraws without prejudice its recently-filed Motion for Extension of Time to Respond to Plaintiff's Class Action Complaint & Jury Demand (Doc #10) (the "Motion"), and as grounds therefore, states as follows:

1.    The Motion was filed on May 11, 2020. It sought an extension of time to respond to Plaintiff's Complaint through July 3, 2020 for good cause, including, *inter alia*, undersigned counsel's recent retention, the magnitude, complexity, and scope of the mass-claims asserted (with more-than five million dollars sought as putative damages), and Frontier's corresponding need for adequate time to appropriately investigate and respond to the underlying allegations given the various hurdles arising out of the unprecedented, massively-disruptive coronavirus pandemic.

2.      Undersigned counsel conferred further with Plaintiff's counsel on May 12, 2020 and Plaintiff's counsel expressed that there was no objection to an extension through June 30, 2020—three days less than the time originally sought pursuant to the Motion.

3.      Accordingly, Frontier believes it is appropriate at this time to withdraw the Motion without prejudice because of its intention to file an unopposed motion for a substantially similar extension through June 30, 2020.

DATED this 12th day of May, 2020.

Respectfully submitted,

By: */s/ Jason D. Melichar*
Jason D. Melichar, Esq.
R. Joseph Isert, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: (303) 572-5300
Facsimile: (303) 572-5301
jason.melichar@wilsonelser.com
joe.isert@wilsonelser.com
*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2020, a true and correct copy of the foregoing was filed with ECF and served to all counsel of record.

Scott A. Kamber, Esq.
Michael J. Aschenbrener, Esq.
Kamber Law, LLC
201 Milwaukee Street, Suite 200
Denver, CO 80206
Telephone: (646) 964-9600
Facsimile: (212) 202-6364
skamber@kamberlaw.com
masch@kamberlaw.com
*Attorneys for Plaintiff*

Max S. Roberts, Esq.
Bursor & Fisher, P.A. – New York
888 17th Avenue, 3rd Floor
New York, NY 10019
mroberts@bursor.com
*Attorneys for Plaintiff*

Yeremey O. Krivoshey
Bursor & Fisher, P.A.
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-mail: ykrivoshey@bursor.com
*Attorneys for Plaintiff*

                                         */s/ Jason D. Melichar*
                                         Jason D. Melichar, Esq.