# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01153-PAB-KLM

MELISSA YOUNG, individually and on behalf
Of others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT AND JURY DEMAND

Defendant Frontier Airlines, Inc., ("Frontier") by and through its undersigned counsel, hereby submits its Unopposed Motion for Extension of Time to Respond to Plaintiff's Class Action Complaint & Jury Demand (the "Complaint"), up to and including June 30, 2020, and as good cause for same, states as follows:

### CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a)

Frontier's counsel certifies their conferral with Plaintiff's counsel regarding the relief sought in this Motion and is authorized to state that Plaintiff does not oppose the relief requested herein.

### MOTION

1.    Plaintiff's claims and the putative class action are premised on more than five million dollars in damages due to allegedly-insufficient reimbursements for a multitude of flights

disrupted by COVID-19.  Notwithstanding the ongoing pandemic, Plaintiff filed her Complaint on April 23, 2020, and served the Complaint on April 28, 2020.  As such, Frontier's response is presently due on May 19, 2020.

2. Undersigned counsel were retained on May 6, 2020, to defend against the seven (7) claims for relief asserted in Plaintiff's 23-page Complaint, and need an opportunity to investigate the claims asserted that is commensurate with their complexity, scope, and magnitude.

3. The extension sought is warranted to allow sufficient time to investigate the allegations and evaluate the viability of the claims asserted so that Frontier has an opportunity to adequately respond to the Complaint.  Given the severe disruptions and associated problems caused by COVID-19, undersigned counsel anticipates that their investigation will take longer than under normal conditions because of Colorado's past and on-going public health orders.  Thus, under present circumstances, good cause exists for the requested relief and, accordingly, Defendant Frontier respectfully requests a forty-two (42) day extension of time, up to and including June 30, 2020, to respond to Plaintiff's Class Action Complaint & Jury Demand.

4. This is the first extension sought in this matter and it is not intended to unduly delay this action or its resolution.  Further, the requested relief will not prejudice any party.

5. Pursuant to D.C.COLO.LCivR 6.1(c), this Motion is being served contemporaneously by undersigned counsel on client Frontier.

WHEREFORE, Defendant Frontier respectfully requests a forty-two (42) day extension of time, up to and including June 30, 2020, to respond to Plaintiff's Class Action Complaint, and for such other relief the Court deems just and proper.

DATED this 12th day of May, 2020.

    Respectfully submitted,

    By: */s/ Jason D. Melichar*
    Jason D. Melichar, Esq.
    R. Joseph Isert, Esq.
    Wilson Elser Moskowitz Edelman & Dicker, LLP
    1225 17th Street, Suite 2750
    Denver, CO 80202
    Telephone: (303) 572-5300
    Facsimile: (303) 572-5301
    jason.melichar@wilsonelser.com
    joe.isert@wilsonelser.com
    *Attorneys for Defendant Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of May, 2020, a true and correct copy of the foregoing was filed with ECF and served to all counsel of record.

    Scott A. Kamber, Esq.
    Michael J. Aschenbrener, Esq.
    Kamber Law, LLC
    201 Milwaukee Street, Suite 200
    Denver, CO 80206
    Telephone: (646) 964-9600
    Facsimile: (212) 202-6364
    skamber@kamberlaw.com
    masch@kamberlaw.com
    *Attorneys for Plaintiff*

    Max S. Roberts, Esq.
    Bursor & Fisher, P.A. – New York
    888 17th Avenue, 3rd Floor
    New York, NY 10019
    mroberts@bursor.com
    *Attorneys for Plaintiff*

    Yeremey O. Krivoshey
    Bursor & Fisher, P.A.
    1990 North California Boulevard, Suite 940
    Walnut Creek, CA 94596
    Telephone: (925) 300-4455
    ykrivoshey@bursor.com
    *Attorneys for Plaintiff*

    */s/ Jason D. Melichar*
    Jason D. Melichar, Esq.