# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01153-PAB-KLM

MELISSA YOUNG, individually and on behalf
Of others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## [PROPOSED] ORDER RE: UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT AND JURY DEMAND

This matter comes before the Court on Defendant Frontier Airlines, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Class Action Complaint & Jury Demand, up to and including June 30, 2020. The Court, having reviewed the Unopposed Motion, and otherwise being fully advised, finds that good cause exists and GRANTS the Motion. Defendant shall have up to and including June 30, 2020, to respond to Plaintiff's Class Action Complaint and Jury Demand.

DATED this _____ day of _____, 2020.

                                              _____