IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01153-PAB-KLM

MELISSA YOUNG, individually and on behalf of others similarly situated,

      Plaintiff,

v.

FRONTIER AIRLINES, INC.,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant's **Unopposed Motion for Extension of Time to Respond to Plaintiff's Class Action Complaint and Jury Demand** [#14] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#14] is **GRANTED**. Defendant shall file an Answer or otherwise respond to Plaintiff's Class Action Complaint and Jury Demand [#1] **on or before June 30, 2020**.

      IT IS FURTHER **ORDERED** that in accordance with Defendant's Withdrawal Without Prejudice of Motion for Extension of Time to Respond to Plaintiff's Class Action Complaint and Jury Demand [#13], the Clerk of Court shall note that Defendant's earlier filed Motion for Extension of Time [#10] is **withdrawn**.

      Dated:  May 16, 2020