**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01153-PAB-KLM

MELISSA YOUNG, individually and on behalf
Of others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

**ENTRY OF APPEARANCE**

To the Clerk of Court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as additional counsel for Defendant Frontier Airlines, Inc.

    DATED this 13th day of June, 2020.

    Respectfully submitted,

    By: */s/ David M. Ross*
    David M. Ross, Esq.
    1500 K Street, NW, Suite 330
    Washington, D.C. 20005
    (202) 626-7660
    (202) 628-3606 (fax)
    david.ross@wilsonelser.com

    Jason D. Melichar, Esq.
    R. Joseph Isert, Esq.
    Wilson Elser Moskowitz Edelman & Dicker, LLP

1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: (303) 572-5300
Facsimile: (303) 572-5301
jason.melichar@wilsonelser.com
joe.isert@wilsonelser.com

Patrick J. Kearns, Esq.
401 West A Street Suite 1900
San Diego, CA 92101
(619) 321-6200
(619) 321-6201 (fax)
patrick.kearns@wilsonelser.com

William J. Katt, Esq.
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI 53203
(414) 276-8816
(414) 276-8819 (fax)
william.katt@wilsonelser.com

*Attorneys for Defendant Frontier Airlines, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2020, a true and correct copy of the foregoing was filed with ECF and served to all counsel of record.

Scott A. Kamber, Esq.
Michael J. Aschenbrener, Esq.
Kamber Law, LLC
201 Milwaukee Street, Suite 200
Denver, CO 80206
Telephone: (646) 964-9600
Facsimile: (212) 202-6364
skamber@kamberlaw.com
masch@kamberlaw.com

Max S. Roberts, Esq.
Bursor & Fisher, P.A. – New York
888 17th Avenue, 3rd Floor
New York, NY 10019
mroberts@bursor.com

Yeremey O. Krivoshey
Bursor & Fisher, P.A.
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
ykrivoshey@bursor.com

*Attorneys for Plaintiff*

                                        */s/ David M. Ross*
                                        David M. Ross, Esq.