## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01153-PAB-KLM

MELISSA YOUNG, individually and on behalf
of others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

### [PROPOSED] ORDER GRANTING AMENDED MOTION TO CONSOLIDATE

---

Having considered Defendant Frontier Airlines, Inc.'s Amended Motion to Consolidate, it is hereby ORDERED that the Motion is GRANTED, and it is further ORDERED that the following cases are hereby consolidated with this case pursuant to Fed R. Civ. P. 42 and D.C.COLO.LCivR 42.1: *Sweet v. Frontier Airlines, Inc.* Case No. 1:20-cv-01340-RM-NRN; *Rivera-De Leon v. Frontier Airlines, Inc.*, Case No. 1:20-cv-01518-NRN; *Obertman v. Frontier Airlines, Inc.* Case No. 1:20-cv-01689-STV; and *Johnson v. Frontier Airlines, Inc.* Case No. 1:20-cv-01751-MEH. These cases are consolidated with this case for all purposes, and shall be treated as a single case for the purposes of discovery, trial, judgment, and appeal.

    IT IS SO ORDERED:

ENTERED this _____ day of June, 2020

                                                             United States District Court Judge

1101841v.1