IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01153-PAB-KLM

MELISSA YOUNG, individually and on behalf
of others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## MOTION TO EXCEED PAGE LIMIT

Defendant Frontier Airlines, Inc., ("Frontier"), by and through its counsel, respectfully moves this Court to exceed by nine pages the 15-page limit on motions to dismiss under this Court's Practice Standards and, in support, states as follows:

### CERTIFICATION

Frontier's counsel certifies that, pursuant to D.C.Colo.LCivR 7.1(a), counsel conferred in good faith with Plaintiff's counsel by email on June 23rd and 24th, 2020, about this Motion to Exceed Page Limit, and is authorized to state that Plaintiff opposes the relief sought.

### ARGUMENT

Section III.A of this Court's Practice Standards for Civil Cases limits motions to dismiss to 15 pages. The Standards also permit motions to exceed the page limits upon a showing of good cause.

1

Plaintiff has filed a Complaint pleading seven causes of action—unjust enrichment, conversion, fraud, breach of contract, money had and received, violation of New York General Business Law § 349, and violation of New York General Business Law § 350—on behalf of herself and a putative nationwide class of Frontier passengers [Dkt. No. 1]. Frontier intends to file a motion to dismiss contending the Complaint should be dismissed under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) based on several grounds, including preemption and other arguments that apply to the action as a whole, and arguments that apply to the specific causes of action. Frontier needs an additional nine pages to be able to make its arguments fully. Frontier's motion to dismiss will be presented in a concise manner while still fully explaining each argument.

WHEREFORE, Frontier respectfully requests that this Court grant this Motion to Exceed Page Limit by nine pages.

DATED this 24th day of June, 2020.

Respectfully submitted,

By: */s/ Jason D. Melichar*
Jason D. Melichar, Esq.
R. Joseph Isert, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: (303) 572-5300
Facsimile: (303) 572-5301
jason.melichar@wilsonelser.com
joe.isert@wilsonelser.com

William J. Katt, Esq.
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI 53203
(414) 276-8816
(414) 276-8819 (fax)

2

william.katt@wilsonelser.com

Patrick J. Kearns, Esq.
401 West A Street Suite 1900
San Diego, CA 92101
(619) 321-6200
(619) 321-6201 (fax)
patrick.kearns@wilsonelser.com

David M. Ross, Esq.
1500 K Street, NW, Suite 330
Washington, D.C. 20005
(202) 626-7660
(202) 628-3606 (fax)
david.ross@wilsonelser.com

*Attorneys for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2020, a true and correct copy of the foregoing was filed with ECF and served to all counsel of record.

Scott A. Kamber, Esq.
Michael J. Aschenbrener, Esq.
Kamber Law, LLC
201 Milwaukee Street, Suite 200
Denver, CO 80206
Telephone: (646) 964-9600
Facsimile: (212) 202-6364
skamber@kamberlaw.com
masch@kamberlaw.com

Max S. Roberts, Esq.
Bursor & Fisher, P.A. – New York
888 17th Avenue, 3rd Floor
New York, NY 10019
mroberts@bursor.com

Yeremey O. Krivoshey
Bursor & Fisher, P.A.
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
ykrivoshey@bursor.com

*Attorneys for Plaintiff*

                                                   */s/ Jason D. Melichar*
                                                   Jason D. Melichar, Esq.