IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01153-PAB-KLM

MELISSA YOUNG, individually and on behalf
of others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## [PROPOSED] ORDER MOTION TO EXCEED PAGE LIMIT

Having considered Defendant Frontier Airlines, Inc.'s Motion to Exceed Page Limit, and otherwise being fully advised, it is hereby ORDERED that the Motion is GRANTED, and it is further ORDERED that Defendant shall be permitted to file a motion to dismiss of up to 24 pages.

IT IS SO ORDERED:

ENTERED this _____ day of _____, 2020

                                                              United States District Court Judge