**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01153-PAB-KLM

MELISSA YOUNG, individually and on behalf
of others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

Pursuant to D.C.COLO.LAttyR 5(a), Patrick J. Kearns, Esq. of Wilson Elser Moskowitz Edelman & Dicker, LLP, 401 West A Street, Suite 1900, San Diego, CA 92101, telephone number (619) 321-6200, facsimile number (619) 321-6201, email Patrick.kearns@wilsonelser.com, hereby certified that he is a member in good standing of this bar of this Court, and enters her appearance as counsel of record for Defendant Frontier Airlines, Inc.

DATED this 26th day of June, 2020.

                                                   Respectfully submitted,

                                                   By: */s/ Patrick J. Kearns*
                                                   Patrick J. Kearns, Esq.
                                                   401 West A Street Suite 1900
                                                   San Diego, CA 92101
                                                   (619) 321-6200
                                                   (619) 321-6201 (fax)
                                                   patrick.kearns@wilsonelser.com

                                                   Jason D. Melichar, Esq.

R. Joseph Isert, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: (303) 572-5300
Facsimile: (303) 572-5301
jason.melichar@wilsonelser.com
joe.isert@wilsonelser.com

William J. Katt, Esq.
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI 53203
(414) 276-8816
(414) 276-8819 (fax)
william.katt@wilsonelser.com

David M. Ross, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1500 K. Street, NW, Suite 330
Washington, D.C. 20005
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
david.ross@wilsonelser.com
*Attorneys for Defendant Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2020, a true and correct copy of the foregoing was filed with ECF and served to all counsel of record.

Scott A. Kamber, Esq.
Michael J. Aschenbrener, Esq.
Kamber Law, LLC
201 Milwaukee Street, Suite 200
Denver, CO 80206
Telephone: (646) 964-9600
Facsimile: (212) 202-6364
skamber@kamberlaw.com
masch@kamberlaw.com
*Attorneys for Plaintiff*

Max S. Roberts, Esq.
Bursor & Fisher, P.A. – New York
888 17th Avenue, 3rd Floor
New York, NY 10019
Telephone: (646) 837-7408
Facsimile: (212) 989-9163
mroberts@bursor.com
*Attorney for Plaintiff*

Yeremey O. Krivoshey, Esq.
Bursor & Fisher, P.A. – Walnut Creek
1900 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
ykrivoshey@bursor.com
*Attorney for Plaintiff*

                                               */s/ Patrick J. Kearns*
                                               Patrick J. Kearns, Esq.