IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01153 -PAB-KLM

MELISSA YOUNG, individually and on behalf
of all others similarly situated,

    Plaintiff

v.

FRONTIER AIRLINES, INC.,

    Defendant.

NOTICE OF FILING AMENDED COMPLAINT

**PLEASE TAKE NOTICE** that Plaintiff Melissa Young hereby files her First Amended Complaint.  *See* D. Colo. Local Civil Rule 15.1(a).  Plaintiff files this amendment to her Complaint (ECF No. 1) with the written consent of Defendant Frontier Airlines, Inc. in accordance with Federal Rule of Civil Procedure 15(a)(2).  Pursuant to Local Civil Rule 15.1(a), Plaintiff attaches hereto as **Exhibit 1** a copy of the First Amended Complaint that strikes the text to be deleted and underlines the text to be added.

Dated: June 26, 2020

  /s/ Yeremey O. Krivoshey

**Yeremey O. Krivoshey**
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ykrivoshey@bursor.com

1

*Scott A. Kamber* (CO Bar # 51857)
*Michael Aschenbrener* (CO Bar #51687)
KamberLaw, LLC
201 Milwaukee Street, Suite 200
Denver, Colorado 80206
Telephone: (212) 920-3072
Email:  skamber@kamberlaw.com
           masch@kamberlaw.com

*Andrew J. Obergfell* (*Admission Forthcoming*)
*Max S. Roberts*
Bursor & Fisher, P.A.
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
Email: aobergfell@bursor.com
           mroberts@bursor.com

*Attorneys for Plaintiff*