**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01153 -PAB-KLM

MELISSA YOUNG, individually and on behalf of all others similarly situated,

Plaintiff

v.

FRONTIER AIRLINES, INC.,

Defendant.

---

PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT & JURY DEMAND

---

Plaintiff Melissa Young ("Plaintiff"), individually and on behalf of all others similarly situated, alleges the following on the investigation of her counsel and upon information and belief, except as to Plaintiff's allegations regarding her own actions which are based on personal knowledge.

## NATURE OF THE ACTION

1. This is a class action lawsuit regarding Defendant Frontier Airlines, Inc.'s ("Frontier" or "Defendant") failure to provide full refunds to customers whose flights were cancelled as a result of the coronavirus, or COVID-19.

2. Given the outbreak of the coronavirus, Defendant has cancelled a vast percentage of their international and United States flights. However, Defendant has, to date, refused to issue refunds for flights that Defendant cancelled.

3. The United States Department of Transportation ("DOT") has "issued an Enforcement Notice clarifying, in the context of the 2019 Novel Coronavirus (COVID-19)

public health emergency, that U.S. and foreign airlines **remain obligated to provide a prompt refund to passengers** for flights to, within, or from the United States when the carrier cancels the passenger's scheduled flight or makes a significant schedule change and the passenger chooses not to accept the alternative offered by the carrier. The obligation of airlines to provide refunds, including the ticket price and any optional fee charged for services a passenger is unable to use, does not cease when the flight disruptions are outside of the carrier's control (e.g., a result of government restrictions)."[1] Indeed, the DOT's Enforcement Notice makes perfectly clear that offering "vouchers or credits for future travel" is not an adequate or appropriate substitute for airlines' obligations to offer refunds for cancelled flights.[2]

4. On May 12, 2020, the DOT issued a Second Enforcement Notice, which stated the following:

(a) The DOT reiterated that "airlines have an obligation to provide a refund to a ticketed passenger when the carrier cancels or significantly changes the passenger's flight, and the passenger chooses not to accept an alternative offered by the carrier."[3]

---

[1] DEP'T OF TRANSP., U.S DEPARTMENT OF TRANSPORTATION ISSUES ENFORCEMENT NOTICE CLARIFYING AIR CARRIER REFUND REQUIREMENTS, GIVEN THE IMPACT OF COVID-19 (Apr. 3, 2020), https://www.transportation.gov/briefing-room/us-department-transportation-issues-enforcement-notice-clarifying-air-carrier-refund (last accessed Apr. 10, 2020) (hereinafter "DOT NOTICE") (emphasis added).

[2] *See id*.

[3] DEP'T OF TRANSP., FREQUENTLY ASKED QUESTIONS REGARDING AIRLINE TICKET REFUNDS GIVEN THE UNPRECEDENTED IMPACT OF THE COVID-19 PUBLIC HEALTH EMERGENCY ON AIR TRAVEL 1 (May 12, 2020), https://www.transportation.gov/sites/dot.gov/files/2020-05/Refunds-%20Second%20Enforcement%20Notice%20FINAL%20%28May%2012%202020%29.pdf (last accessed June 24, 2020) (hereinafter "DOT SECOND NOTICE").

(b) Online travel agencies are required to provide a "prompt refund" when "(i) an airline cancels or significantly changes a flight, (ii) an airline acknowledges that a consumer is entitled to a refund, and (iii) passenger funds are possessed by a ticket agent."[4]

(c) "The refund policy in place at the time the passenger purchased the ticket is the policy that is applicable to that ticket."[5]

(d) "Airlines and ticket agents can offer consumers alternatives to a refund, such as credits or vouchers, **so long as the option of a refund is also offered and clearly disclosed** if the passenger is entitled to a refund."[6]

(e) "For airlines, 'prompt' is defined as being **within 7 business days** if a passenger paid by credit card, and **within 20 days** if a passenger paid by cash or check."[7]

5. Frontier is a low-cost airline and among the largest airlines in the United States. In 2019, Frontier carried over 21 million passengers.[8] Frontier's business was disrupted as a result of government-mandated restrictions on travel in response to the coronavirus.[9]

---

[4] *Id.* at 2.

[5] *Id.*

[6] *Id.* at 3 (emphasis added).

[7] *Id.* (emphasis added).

[8] DEP'T OF TRANSP., FRONTIER AIRLINES TRANSPORTATION STATISTICS, https://www.transtats.bts.gov/carriers.asp?Carrier=F9 (last accessed June 25, 2020).

[9] Susan Glaser, *Frontier Airlines Cuts 90% of Capacity, Flying Only to Orlando from Cleveland Hopkins in April*, CLEVELAND.COM, Apr. 1, 2020, https://www.cleveland.com/business/2020/04/frontier-airlines-cuts-90-of-capacity-flying-only-to-orlando-from-cleveland-hopkins-in-april.html (last accessed June 25, 2020).

6. Defendant Frontier announced in April 2020 that it is "cutting more than 90% of flight capacity nationwide in April" and expects to only "be in a position to gradually build flight capacity back up to as much as 35% in May."[10]

7. Plaintiff, like many other travelers, was scheduled to fly with Frontier on a round-trip between Myrtle Beach, South Carolina, and New York, New York.

8. Plaintiff's flight was cancelled by Frontier due to the coronavirus travel restrictions.

9. After receiving the cancellation e-mail, Plaintiff immediately requested a cash refund from Frontier. A Frontier customer service representative informed Plaintiff that she would receive said refund. However, the refund never came.

10. After waiting two weeks, Plaintiff called Frontier to check on the status of her refund. A Frontier customer service representative told her that Plaintiff was never promised a cash refund and would only be receiving a travel voucher.

11. Frontier was required by the DOT Enforcement Notice to provide Plaintiff a prompt refund when Frontier cancelled her flight.

12. Frontier also represents in its Contract of Carriage, attached as **Exhibit A**, that "In the occurrence of a force majeure event, Frontier may cancel, divert, or delay any flight without liability **except to provide a refund for the unused portion of the ticket**."[11]

---

[10] *Id.*

[11] FRONTIER CONTRACT OF CARRIAGE § 18.B, https://www.flyfrontier.com/legal/contract-of-carriage/ (last accessed June 25, 2020) (emphasis added).

13. The Contract of Carriage likewise states that "[i]f no portion of the ticket has been used, the refund amount will be equal to the fare, plus any ancillary purchases … and all charges, taxes and fees paid for the ticket issued to the passenger."[12] The refund "will be provided only to the original purchaser's form of payment,"[13] and "[a]ll refunds will be subject to government laws, rules, regulations, or orders of the country in which the ticket was originally purchased."[14]

14. Plaintiff requested a refund from Frontier, which never came. Further, upon information and belief, Plaintiff would not have been able to get a cash refund, as Frontier is only offering credits.

15. Frontier's acts are in violation of the DOT's Enforcement Notice, which requires airlines to provide "a prompt refund to passengers . . . when their carrier cancels the passenger's scheduled flight."[15] The DOT Enforcement Notice applies to "U.S. and foreign airlines."[16] And Frontier's Contract of Carriage is explicitly "subject to government laws, rules, regulations, or orders of the country in which the ticket was originally purchased."[17]

16. Frontier's consumers have excoriated Frontier's refusal or failure to provide its customers with refunds. For instance, like Plaintiff, customers on the website tripadvisor.com[18] have stated:

---

[12] FRONTIER CONTRACT OF CARRIAGE § 20.A.4.

[13] FRONTIER CONTRACT OF CARRIAGE § 20.B.3.

[14] FRONTIER CONTRACT OF CARRIAGE § 20.A.1.

[15] DOT NOTICE

[16] *Id.*

[17] FRONTIER CONTRACT OF CARRIAGE § 20.A.1.

[18] FRONTIER REVIEWS, TRIPADVISOR, https://www.tripadvisor.com/Airline_Review-d8729213-Reviews-Frontier-Airlines.html#REVIEWS (last accessed June 25, 2020).

<u>June 24, 2020 Review</u>:


TravelFan wrote a review Yesterday
1 contribution

San Francisco - Las Vegas | Domestic | Basic Economy

**Beware of this BAD ACTOR**

DO NOT BOOK. This airline is awful and unethical. I wrote asking about their refund policy and they cancelled my flight and then refused a refund stating that I voluntarily canceled. Never were they authorized to cancel and their lack of customer should't come as a surprise. AWFUL lying misleading company. AVOID at all cost or it will cost you, I guarantee it.

Read less

<u>June 23, 2020 Review</u>:


ZX1998 wrote a review Jun 23
2 contributions

Chicago - Miami | Domestic | Basic Economy

**Terrible Customer Service**

In this midst of our global pandemic, frontier has made our lives even harder. We booked a flight and it got canceled. They refused to give us a refund, and forced us to take their airline credit. They never once explained that it was a one time use code (upon checking the website, they changed that policy on the 13th of June and the credit was given to us 2 months ago). So all of the people who had remaining credit balance linked to their account, they took it away. My family and I have lost over $1500 in this struggling time and Frontier refuses to help in any way. I called multiple times, spoke to 4 different representatives and each of them told me something different. 2 of them hung up on me. I've been on hold to talk to a supervisor for 2 hours and 15 minutes. If they would have just given me my credit back, I would be fine. Instead, they scammed me and so many of their customers.

Read less

<u>June 20, 2020 Review</u>:


Allison wrote a review Jun 20
1 contribution

New York City - Tampa | Domestic | Economy

**Never use Frontier**

WORST. AIRLINE. OF. ALL. TIME. This airline is very unprofessional and their customer service is disgusting. The lady on the phone was rude. They are the biggest scammers and make their money off of expensive cancellation policies and expired flight credit. They would not give us our money back at all costs, and would pretend like they're doing us a coronavirus policy favor by only giving us flight credit for 90 days. 90 day???? Like I'm going to be able to book a flight 3 months later in the midst of a pandemic. Don't ever use this airline. They will scam you of your money one way or another. I was even told that this airline was sued for these reasons and are facing a lawsuit every now and then. NEVER USE THIS AIRLINE.

Read less

June 15, 2020 Review:


sobdude wrote a review Jun 15
Wilkes-Barre, Pennsylvania • 37 contributions • 15 helpful votes

Philadelphia - Cancun | Mexico | Economy

**Thieves claiming to be an airline...**

Used Frontier Air in the past, and was OK with the flights and service. Booked my air to Mexico in January, for a June vacation to Cancun. Unfortunately the Co-vid shut down Mexico and the flights. Frontier issued us a voucher + $50 extra credit. We rebooked our vacation, and they cancelled again. They gave us another $50 credit indicating we must use it by January. We asked for a refund online and Frontier said it will be issued in 7 days and credited back on our card. We then booked our air thru a dependable airline. (American Airlines) Frontier gave us no refund to our card as promised. We saved the receipts and screenshots indicating a refund is imminent. We can't use your voucher Frontier. The National Transportation Authority indicated they MUST issue refunds by law, if requested. We consulted with an attorney, but who needs this crap. Horrible customer service and a law breaking company = lawsuit and lost a customer here. Stay far away from this company.

Read less

June 9, 2020 Review:


Estefany H wrote a review Jun 9
Arvada, Colorado • 1 contribution • 1 helpful vote

Saint Louis - Denver | Domestic | Basic Economy

**Customer Service doesn't exist**

I bought my trouble ticket and they canceled MY RETURN Flight. I don't know what to do. I've tried calling but there is a always a busy line it doesn't even ring or give you the option to stay on the line. I've also had to call and they say the wait is more that 30 min to call later. I'd rather wait on the line than call and get no where. I was so iffy in traveling through frontier. Now I know that I shouldn't travel at all. I'd rather pay more and get better service than whatever frontier is doing. No wonder they have a horrible rating. Southwest where you at?!

Read less

June 8, 2020 Review:


Janicka P wrote a review Jun 8
13 contributions • 2 helpful votes

Denver - Houston | Domestic | Basic Economy

**"We don't have time for this"**

Welp never flying Frontier Airlines again! Stuck in Denver.
I talked to customer service about changing My husbands flight and they canceled BOTH of our flights. Left me hanging at the gate until I was the very last person. Said "we don't have time for this" and closed the door on me. No other flights until 2 days from now.
I would never recommend this airline.

Read less

June 5, 2020 Review


**Cindy R** wrote a review Jun 5
Commack, New York • 1 contribution

Islip - Atlanta | Domestic | Economy

**FRAUD**

They gave me a voucher from a flight they cancelled. I tried to use it and they charged my card again. Now they want me to have 2 vouchers. They won't do anything to help you..your basically screwed.

Read less

June 2, 2020 Review:


**Spring** wrote a review Jun 2
1 contribution

West Palm Beach - Trenton | Domestic | Basic Economy

**No problem taking our money, no decency of refund for canceled flight during pandemic**

Booked my trip before pandemic hit to see my elderly father in NJ in the middle of April. To make a long story short Frontier canceled my flight because of the coronavirus and won't refund my money. They gave us a voucher that must be booked before June 20, 2020. With the country still in basic lock down until no one knows when, I'm not planning any travels. Also they expect you to add the difference of higher priced flights.

Read less

May 2020 Review:


**Seto** wrote a review May 2020
1 contribution • 1 helpful vote

Newark - Santo Domingo | Caribbean | Basic Economy

**Do not fly Frontier unless its your absolute last resort**

Let me start by saying I have never written a review about anything in my life, but this is the first trip me and my girlfriend have planned and booked. Frontier has single handedly made this a terrible experience. Due to COVID-19 obviously our flight got canceled. First they contacted us telling us we would be getting a refund back to the original payment method within 10 bushiness days, so we waited. After 11 days still nothing, so we called back to ask about it. When we talked to the representative on the line the person told us that we were not going to get a refund, and that we have to receive a voucher. Which doesn't make sense because the first person had said that we were getting a refund. So she had told us, not asked, that we were going to receive credit instead. That didn't seem like a problem until we saw that the prices for flights at a later time were DOUBLE the price of what we were originally going to pay. When we called back to explain that we would like a refund OR if they could price match out flight, because we just simply can't afford it. We were told the generic "sorry there's nothing we can do about it". At the end of the day I can confidently say I would not recommend Frontier to even my worst enemy. Save your time and mental health and don't even consider them. I'm very patient and understanding but even this is testing my patience.

Read less

May 2020 Review:



**DO NOT FLY >>FRONTIER.** wrote a review May 2020
1 contribution

Houston - Orlando | Domestic | Basic Economy

**BEWARE! WORST airline EVER. Refused Refund. Cancelled flights TWICE. NO CUST SVR. Hours wasted & $$ lost. Rpt 2 TradeCo**

This company should be reported for FRAUD. Report to FCC and the Federal Trade Commission. No flights... No refunds. No customer Service. Phone # in Utah. Personnel not in U.S. How can any of this be legal? Fraudulent use of funds.

Read less

April 20, 2020 Review:



**RNC24** wrote a review Apr 20
1 contribution • 1 helpful vote

Cancun - San Francisco | USA | Basic Economy

**Would give them a 0 if I could!**

Would give them a 0 if I could. This company is the Worst ever! I booked a flight back from Cancun, they changed my flight, I called and was informed I would get a refund. 30 days later, I called back and they told me I am not getting a refund now. With everything going on in this world with COVID-19 you think they would be able to refund their customers as stated in the beginning of the cancellation! Never using them again! Worst experience I have ever had with an airlines!

Read less

April 17, 2020 Review:



**June W** wrote a review Apr 17
1 contribution • 1 helpful vote

Boston - Orlando | Domestic | Basic Economy

**Our trip to check on our home**

Our flight was canceled ,did everything we were told to do , tried calling the airline due to our debit card being stolen to see if we were going to be able to get a refund for the flight ,bcus I wanted them to be sure if we did that my card was no longer the same .They cancelled not us due to the covid virus , no response back and cant get through to talk to anyone , when I did call they hung up on me saying sorry cant help you .How rude and un professional for the airline to be handling this . We are out $ 500 + dollars ,bcus they dont want to respond .I work as a nurse and working my tail off just as anyone else .This is just poor communication and their staff on the phones are so rude .I'm so not happy at this point .

Read less

<u>April 17, 2020 Review</u>:


**Karen M** wrote a review Apr 17
Highland, Indiana • 9 contributions • 11 helpful votes

Chicago - Cancun | Mexico | Economy

**No refund**

So just like many people our trip was cancelled, due to Covid. We had booked our 10th trip with Apple Vacations, purchasing insurance as always. Well when we finally got through to Apple we were told we would be refunded, all but our insurance. Frontier keeps our insurance! What? Oh unless we reschedule. We also bought an upgrade through Frontier for our seats. They keep that too! Really? So because of a cancellation at no fault of our own, we lose over $500. This has all taken place through emails (can't get through by phone). What kind of customer service is this? How very sad!! We do plan to take this trip next year, but we definitely will find another airlines! Having read many reviews, this sadly has happened to many others. I guess Frontier doesn't need a government bailout, they rather rip over their customers. And unfortunately they don't care!

<u>April 16, 2020 Review</u>:


**Cheri R** wrote a review Apr 16
Golden, Colorado • 4 contributions • 2 helpful votes

Denver - Puerto Vallarta | Mexico | Basic Economy

**Useless points instead of a refund**

We planned to take our exchange student to Mexico for spring break, but then, Covid happened. I asked for a refund for the same portion we paid for our exchange student because he is not returning from Europe to fly Frontier in the next 90 days. No refund, but they offered 80,000 points that he cannot use in the next 90 days.

<u>April 16, 2020 Review</u>:


**Stephen K** wrote a review Apr 16
1 contribution • 1 helpful vote

Tampa - Philadelphia | Domestic | Basic Economy

**TERRIBLE customer service**

Covid19 Cancellation: They prompted me to cancel my flight since things were shutting down and receive a voucher on their website saying not to call, use the form. They didn't tell me their expiration on said voucher until they sent it out. I filled out a website email questionnaire (no customer service email available) to explain that I can't travel for sometimes years at a time and am requesting an extension on the voucher. For 50 minutes, I'm on the phone pleading with a supervisor who won't escalate the call to anyone that can change the expiration to a t least a year. Towards the end, he tells me to call back later and the policy may change. I basically have had my money stolen from them if they won't extend the voucher. Spirit Airlines (the outgoing flight) offered a year extension after one 5-minute phone call. What a massive failure at customer service. I can understand a blanket policy which will work for most people, but during this unprecedented pandemic, you think they'd be a little bit human about it. I'll NEVER book frontier again.

April 16, 2020 Review:




Philadelphia - Fort Myers | Domestic | Economy

**Poor treatment of customers in this uncertain time**

I have received your "credit" to book through June or "miles" to use by September, but the country has no end in site of the travel bans. It doesn't seem very ethical that refunds would not be given. It is bad enough that my two Senior students are missing out on everything this year, but now my son is out of a vacation with no refund in site. It is very disappointing how you are blocking your customers in to lose their money when this is out of our control.

April 14, 2020 Review:



Morgan D wrote a review Apr 14
1 contribution • 1 helpful vote

Burlington - Orlando | Domestic | Economy

**absolutely disgusting**

I had to cancel my flight due to the COVID- 19. I am pregnant, I have a 2 year old daughter that has gone through open heart surgery, so risking it to take the flight was not a question. I requested a refund, and was told no that I could just have 90 days to reschedule with them or my money would be lost! What kind of customer service is that! They have no respect for their customers at all or what they want. Absolutely terrible airline!!!!! Would never recommend.

Read less

April 12, 2020 Review:



AMuller wrote a review Apr 12
1 contribution • 1 helpful vote

Atlanta - Raleigh | Domestic | Economy

**NEVER BOOK THIS AIRLINE**

Due to COVID-19 my daughter was unable to report back to college on the designated day so I asked for a reschedule and I rescheduled for a different day. When calling back to the airline to cancel I was told the reservations had already been cancelled by me. I did not cancel the reservations Frontier Airlines did. I asked the representative for a refund because I did not cancel the reservations. She said "NO" I can use it for a credit or miles within 90 days. I told her I did not cancel it initially so why am I not due a refund. I asked to speak to a manager she put me on hold and hung up the phone. I called back and spoke with another rep who then had me to explain my concerns before she would transfer me to a manager. She put me on hold and never came back to the phone. I called back and spoke with Maria who told me the airline has to survive to. I let her have it long story short. DO NOT BOOK/WILL NOT BOOK THIS AIRLINE EVER AGAIN.

Read less

April 11, 2020 Review:



**Jenn W** wrote a review Apr 11
Levittown, Pennsylvania • 17 contributions • 24 helpful votes

Trenton - Fort Lauderdale | Domestic | Economy

**Awful**

We had a family vacation planned to go to Hollywood Beach, Florida April 14th. Due to COVID/shut downs had to cancel. I got an email from Frontier that my credit for the trip expires by June 19th. Or, I could convert to miles to use by Sept. 2020. I called Frontier and asked for a refund, not credit. According to their flight schedule, they no longer fly to Ft. Lauderdale after April 22nd. The rep told me I'd have to fly somewhere else or I can give my credit to someone. Those were my two options and a refund was "impossible," she said with her thick accent. Also, side note, my travel insurance thru Travel Guard was void because it's a pandemic and therefore a predictable cancellation.

April 9, 2020 Review:



**ElleStRanier** wrote a review Apr 9
Houston, Texas • 11 contributions • 1 helpful vote

Denver - Pittsburgh | Domestic | Economy

**Cancelled flight and not refunding**

My mom's trip was canceled. I helped her arrange for a refund, or so we both thought. Instead of refunding her money, they are giving her credit for a future trip. Not only is that not what she was requesting, I think it might even be illegal.
Very misleading.

April 7, 2020 Review:



**Jack M** wrote a review Apr 7
10 contributions

Louisville - Orlando | Domestic | Economy

**NEVER EVER Fly Frontier Airlines**

We had a family trip planned to Orlando at the end of March. We learned that due to COVID 19 the parks and most of the restaurants were going to be closed so I called Frontier on March 18th and asked if I could cancel the flight and I was told certainly I could cancel and they would issue a refund. I just received a notice that we have an airline credit that we can convert to miles if we don't want to lose the money. I called and now they have no record of the call and they will not refund our flight and we have to use the credit by June 17, 2020, which will be next to impossible with all that is going on in the world. If I convert the credit to miles they will give us until September, 2020 to use the miles. This is how a company deals with unprecedented times. I will make sure to NEVER fly with them again.

April 5, 2020 Review:


Brandon S wrote a review Apr 5
1 contribution

Las Vegas - Cancun | Mexico | Economy

**Impossible Cancellation Options**

I am in the military and I was trying to get a refund my son's flight to my wedding that was supposed to be in Cancun April 9th. Due to the Pandemic, I cannot leave the country until further notice. I requested a refund but instead I was given an airline credit that had to be booked within 90 days. I told them due to the circumstances, I do not know when to reschedule the ticket. I requested a supervisor. Again, same scenario. I asked ok if I book the ticket within the 90 days and I have to change it because I don't actually know the date, will I be charged a change fee? She said yes, of $79.00. So either way I have to guess when my wedding will be to keep the ticket credit and be charged if I need to change it. No refund option. Just a date of when I assume I'll use it again when nobody actually even knows how long this Pandemic will last. So I'll have to pay 79 dollars for a change fee to keep the ticket if and when I figure out when the new wedding date will be. Again, I have to figure all that out within 90 days just so I won't be charged. Ridiculous.

Read less

March 2020 Review:


trip truther wrote a review Mar 2020
1 contribution

Orlando - Chicago | Domestic | Economy

**Bottom of the barrel airline - worst COVID response!**

Got an email from Frontier saying they changed my flight time to 8 hours later than the original flight. Gave me a number to call or the option to "accept" the change online. I called them and was on hold for 2 and a half hours when someone answered, told me they could not give me a full refund and my only option was to accept a credit for future travel that I had to book within 90 days. I told her I could not travel in the foreseeable future so she told me she would transfer me to a "specialist" that could help me. After another 90 minute hold, they HUNG UP ON ME. I have now been on hold again for 2 hours. Seeing how airlines are going to be receiving government bailouts, I don't know why Frontier is choosing to go this route of taking advantage of their customers by holding on to our money as much as they can. Even Spirit refunded my money for my outgoing flight! I would urge everyone with complaints to contact the complaint form on the Department of transportation website.

17. Plaintiff brings this action on behalf of herself and the Class for equitable relief and to recover damages and restitution for: (i) breach of contract.

## PARTIES

18. Plaintiff Melissa Young is a citizen of the State of South Carolina and resides in Myrtle Beach, South Carolina. In March 2020, Plaintiff purchased tickets directly from Frontier

for a round-trip flight between Myrtle Beach, South Carolina, and Long Island, New York. Plaintiff was to depart for New York on May 19, 2020, and to return to South Carolina on May 24, 2020. Plaintiff was to fly with her husband and son and paid a total price of approximately $254.00 for both flights. However, the flight was cancelled by Frontier on March 19, 2020 due to the coronavirus, COVID-19. In the cancellation e-mail to Plaintiff, Frontier did not give Plaintiff the option to request a cash refund. Instead, Frontier only gave Plaintiff the option to change her flight or receive a travel voucher. On March 19, 2020, Plaintiff called Frontier to request a cash refund, and was informed she would receive a cash refund. However, the refund never came. After two weeks, Plaintiff again called Frontier to check on the status of her refund. This time though, she was told she was never offered a cash refund, nor would she be offered a cash refund, and could only receive a travel voucher. To this date, Plaintiff has not received a refund from Frontier.

19. Defendant Frontier Airlines, Inc. is a corporation organized under the laws of the State of Colorado with a principal place of business at 4545 Airport Way, Denver, Colorado 80239. Defendant Frontier conducts substantial business throughout the United States, including in the State of New York.

**JURISDICTION AND VENUE**

20. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(d)(2)(A), as modified by the Class Action Fairness Act of 2005, because at least one member of the Class, as defined below, is a citizen of a different state than Defendant, there are more than 100 members of the Class, and the aggregate amount in controversy exceeds $5,000,000 exclusive of interest and costs.

21. This Court has personal jurisdiction over this action because Defendant maintains its principal place of business in this District.

22. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because Defendant maintains its principal place of business in this District.

## CLASS ACTION ALLEGATIONS

23. Plaintiff brings this action pursuant to Federal Rule of Civil Procedure 23, on behalf of the following Class:

> All persons in the United States who purchased tickets for travel on a Frontier flight scheduled to operate to, from, or within the United States whose flights were cancelled or were subject to a significant schedule change and not refunded.

24. Subject to additional information obtained through further investigation and discovery, the foregoing definition of the Class may be expanded or narrowed by amendment to the complaint or narrowed at class certification.

25. Specifically excluded from the Class are Defendant, Defendant's officers, directors, agents, trustees, parents, children, corporations, trusts, representatives, employees, principals, servants, partners, joint ventures, or entities controlled by Defendant, and their heirs, successors, assigns, or other persons or entities related to or affiliated with Defendant and/or Defendant's officers and/or directors, the judge assigned to this action, and any member of the judge's immediate family.

26. **Numerosity.** The members of the proposed Class are geographically dispersed throughout the United States and are so numerous that individual joinder is impracticable. Upon information and belief, Plaintiff reasonably estimates that there are hundreds of thousands of individuals that are members of the proposed Class. Although the precise number of proposed

members is unknown to Plaintiff, the true number of members of the Class is known by Defendant. Class members may be notified of the pendency of this action by mail and/or publication through the distribution records of Defendant and third-party retailers and vendors.

27. **Typicality.** The claims of the representative Plaintiff are typical of the claims of the Class in that the representative Plaintiff, like all members of the Class, paid for a Frontier flight that was cancelled, and did not receive a refund for the cancelled flight or for any consequential damages and cancelations caused by the original cancelled flight. The representative Plaintiff, like all members of the Class, has been damaged by Defendant's misconduct in the very same way as the members of the Class. Further, the factual bases of Defendant's misconduct are common to all members of the Class and represent a common thread of misconduct resulting in injury to all members of the Class.

28. **Existence and predominance of common questions of law and fact.** Common questions of law and fact exist as to all members of the Class and predominate over any questions affecting only individual members of the Class. These common legal and factual questions include, but are not limited to, the following:

(a) Whether Frontier failed to refund purchasers of cancelled flights and the consequential damages caused thereby;

(b) Whether Frontier's actions violated its Contract of Carriage and the DOT Enforcement Notice; and

(c) Whether Plaintiff and the Class are entitled to damages or other relief.

29. **Adequacy of Representation.** Plaintiff will fairly and adequately protect the interests of the Class. Plaintiff has retained counsel who are highly experienced in complex

consumer class action litigation, and Plaintiff intends to vigorously prosecute this action on behalf of the Class. Plaintiff has no interests that are antagonistic to those of the Class.

30. **Superiority.** A class action is superior to all other available means for the fair and efficient adjudication of this controversy. The damages or other financial detriment suffered by members of the Class is relatively small compared to the burden and expense of individual litigation of their claims against Defendant. It would, thus, be virtually impossible for members of the Class, on an individual basis, to obtain effective redress for the wrongs committed against them. Furthermore, even if members of the Class could afford such individualized litigation, the court system could not. Individualized litigation would create the danger of inconsistent or contradictory judgments arising from the same set of facts. Individualized litigation would also increase the delay and expense to all parties and the court system from the issues raised by this action. By contrast, the class action device provides the benefits of adjudication of these issues in a single proceeding, economies of scale, and comprehensive supervision by a single court, and presents no unusual management difficulties under the circumstances.

31. In the alternative, the Class may also be certified because:

(a) the prosecution of separate actions by individual members of the Class would create a risk of inconsistent or varying adjudication with respect to individual members of the Class that would establish incompatible standards of conduct for the Defendant;

(b) the prosecution of separate actions by individual members of the Class would create a risk of adjudications with respect to them that would, as a practical matter, be dispositive of the interests of other members of the Class not parties to the adjudications, or substantially impair or impede their ability to protect their interests; and/or

(c) Defendant has acted or refused to act on grounds generally applicable to the Class as a whole, thereby making appropriate final

declaratory and/or injunctive relief with respect to the members of the Class as a whole.

## CAUSES OF ACTION

### COUNT I
### Breach of Contract

32. Plaintiff incorporates and realleges each preceding paragraph as though fully set forth herein.

33. Plaintiff brings this claim on behalf of herself and members of the Class.

34. Defendant entered into contracts with Plaintiff and members of the Class to provide services in the form of flights in exchange for a set amount of money.

35. Defendant has breached these contracts by retaining Plaintiff and Class members' ticket prices while not providing flight services.

36. Plaintiff and members of the Class have suffered an injury through the payment of money for tickets while not receiving services in return.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests, individually and on behalf of the alleged Class, that the Court enter judgment in their favor and against Defendant as follows:

(a) An Order certifying the proposed Class and appointing Plaintiff and her Counsel to represent the Class;

(b) An Order requiring Defendant to immediately issue refunds to Plaintiff and members of the Class for the cost of cancelled tickets, any cancellation fees, and consequential damages resulting therefrom;

(c) An Order of disgorgement of wrongfully obtained profits;

(d) An award of compensatory damages in an amount to be determined;

(e) An award of reasonable attorneys' fees costs and litigation expenses, as allowable by law;

(f) Interest on all amounts awarded, as allowed by law; and

(g) Such other and further relief as this Court may deem just and proper.

**JURY TRIAL DEMANDED**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury of any and all issues in this action so triable as of right.

Dated: June 26, 2020

*/s/ Yeremey O. Krivoshey*
***Yeremey O. Krivoshey***
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ykrivoshey@bursor.com

***Scott A. Kamber*** (CO Bar # 51857)
***Michael Aschenbrener*** (CO Bar #51687)
KamberLaw, LLC
201 Milwaukee Street, Suite 200
Denver, Colorado 80206
Telephone: (212) 920-3072
Email: skamber@kamberlaw.com
masch@kamberlaw.com

***Andrew J. Obergfell*** (*Admission Forthcoming*)
***Max S. Roberts***
Bursor & Fisher, P.A.
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: aobergfell@bursor.com
mroberts@bursor.com

*Attorneys for Plaintiff*