# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: COVID-19 AIRFARE REFUND
LITIGATION                                                              MDL No. 2957

(SEE ATTACHED SCHEDULE)

## ORDER DEEMING MOTION WITHDRAWN

Before the Panel is a motion by plaintiffs Deanna Herr, et al., filed pursuant to 28 U.S.C. § 1407. In their motion, plaintiffs seeks centralization of the actions on the attached schedule in the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings. Movants now seek to withdraw their Section 1407 motion.

IT IS THEREFORE ORDERED that plaintiffs' motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

FOR THE PANEL:

_____
John W. Nichols
Clerk of the Panel

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: COVID−19 AIRFARE REFUND LITIGATION**    MDL No. 2957

## SCHEDULE A

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 20–04261 | Anthony Castanares et al v. Deutsche Lufthansa AG |
| CAC | 2 | 20–04552 | Carlos A. Jauregui v. China Eastern Airlines Corporation Limited |
| CAC | 5 | 20–00767 | Cherish Daversa–Evdyriadis v. Norwegian Air Shuttle ASA et al |
| CAC | 8 | 20–00885 | Karla Maree v. Deutsche Lufthansa AG |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 20–03019 | Herrera et al v. Cathay Pacific Airways Ltd. |
| CAN | 5 | 20–03341 | Bugarin v. All Nippon Airways Co., Ltd. |
| **COLORADO** | | | |
| CO | 1 | 20–01153 | Young v. Frontier Airlines, Inc. |
| CO | 1 | 20–01340 | Sweet et al v. Frontier Airlines |
| CO | 1 | 20–01689 | Obertman v. Frontier Airlines Inc. |
| CO | 1 | 20–01751 | Johnson v. Frontier Airlines |
| **FLORIDA MIDDLE** | | | |
| FLM | 6 | 20–00703 | Levu v. Air Canada, Inc. |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 20–60746 | Hill v. Spirit Airlines Inc. |
| FLS | 0 | 20–60829 | Boucher v. Spirit Airlines, Inc. |
| FLS | 0 | 20–60933 | Diaz v. Spirit Airlines Inc. |
| FLS | 0 | 20–61003 | Manchur v. Spirit Airlines Inc. |
| **GEORGIA NORTHERN** | | | |
| GAN | 1 | 20–01664 | Daniels v. Delta Air Lines, Inc. |
| GAN | 1 | 20–01725 | Dusko v. Delta Air Lines, Inc. |
| GAN | 1 | 20–02461 | Polk v. Delta Air Lines, Inc. |

### HAWAII

| | | | |
|---|---|---|---|
| HI | 1 | 20–00175 | Alvarez v. Hawaiian Airlines, Inc. |

### ILLINOIS NORTHERN

| | | | |
|---|---|---|---|
| ILN | 1 | 20–02142 | Rudolph v. United Airlines Holdings, Inc. et al |
| ILN | 1 | 20–02166 | Compo v. United Airlines, Inc. et al |
| ILN | 1 | 20–02215 | Levey v. Concesionaria Vuela Compania de Aviacion, S.A.P.I. de C.V. et al |
| ILN | 1 | 20–03087 | Belanger v. Iberia Lineas Aereas De Espana S.A. Operadora |

### NEVADA

| | | | |
|---|---|---|---|
| NV | 2 | 20–00767 | Bratcher v. Allegiant Travel Company |
| NV | 2 | 20–01002 | Herr v. Allegiant Air, LLC |

### NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 20–01829 | Roman v. Jetblue Airways Corp. |
| NYE | 1 | 20–01966 | Martinez–Sanchez v. Concesionaria Vuela Compania De Aviacion S.A.P.I. De C.V. et al |
| NYE | 1 | 20–02121 | Greaves v. Norwegian Air Shuttle ASA |
| NYE | 1 | 20–02125 | Dumitrescu v. Compania Panamena De Aviacion, S.A. |

### NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 20–03294 | Sholopa v. Turkish Airlines, Inc. |
| NYS | 1 | 20–03328 | Milosevic v. Turk Hava Yollari A.O, Inc. et al |
| NYS | 1 | 20–03542 | Ide v. British Airways PLC |
| NYS | 7 | 20–03503 | Vozzolo v. Air Canada |

### OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 20–00756 | Utley et al v. United Airlines Holdings, Inc. et al |

### OREGON

| | | | |
|---|---|---|---|
| OR | 3 | 20–00810 | Chandler v. Condor Flugdienst GMBH |

### PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 20–02834 | GIMELLO v. AMERICAN AIRLINES GROUP INC. |
| PAE | 5 | 20–01883 | BOMBIN v. SOUTHWEST AIRLINES CO. |

### TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 4 | 20–00371 | Ward v. American Airlines, Inc. |