IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01153-PAB-KLM

MELISSA YOUNG, individually and on behalf
of others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

Having considered Defendant Frontier Airlines, Inc.'s Motion to Dismiss, any opposition and reply, and the arguments of counsel, it is hereby ORDERED that the Motion is GRANTED, and it is further ORDERED that Plaintiff's First Amended Complaint is dismissed with prejudice.

IT IS SO ORDERED:

ENTERED this _____ day of _____, 2020

                                                                              United States District Court Judge