**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01153-PAB-KLM

MELISSA YOUNG, individually and on behalf
of others similarly situated,

       Plaintiff,

v.

FRONTIER AIRLINES, INC.,

       Defendant.

---

### CONSENT MOTION TO CONTINUE SCHEDULING/PLANNING CONFERENCE

---

Defendant Frontier Airlines, Inc. ("Frontier") submits its Consent Motion to Continue the Scheduling/Planning Conference, and in support, states:

1.      On April 23, 2020, Plaintiff filed her Complaint. Dkt. No. 1.

2.      On April 29, 2020, Magistrate Judge Mix issued an Order Setting Scheduling/Planning Conference (the "Order"). Dkt. No. 6. The Order set an August 13, 2020 scheduling/planning conference, a proposed scheduling order by August 6, 2020, and for the parties to hold a Rule 26(f) conference by 21 days beforehand, or July 16, 2020.

3.      Since April 29, 2020, several developments in this case have arisen that create good cause to continue the dates set in the Order.

4.      On July 16, 2020, Frontier filed its Unopposed Motion to Consolidate. Dkt No. 20. In its motion, Frontier sought the consolidation of this case (the "*Young* Case") and three other

recently-filed cases that Frontier is defending in the District of Colorado: *Sweet v. Frontier Airlines, Inc.*, No. 1:20-cv-01340-RM-NRN (the "*Sweet* Case"), *Rivera-De Leon v. Frontier Airlines, Inc.*, No. 1:20-cv-01518-NRN (the "*Rivera-De Leon* Case"), and *Obertman v. Frontier Airlines, Inc.*, No. 1:20-cv-01689-STV (the "*Obertman* Case"). Plaintiffs in all four cases seek to represent overlapping nationwide classes of persons who claim to be entitled to refunds for Frontier flights canceled as a result of the COVID-19 pandemic.

5.      On June 18, 2020, Frontier accepted service of another case involving an overlapping nationwide class of persons who claim to be entitled to refunds for Frontier flights canceled as a result of the COVID-19 pandemic: *Johnson v. Frontier Airlines, Inc.*, No. 1:20-cv-01751-MEH (the "*Johnson* Case"), pending in the District of Colorado. On June 23, 2020, Frontier filed an Unopposed Amended Motion to Consolidate to seek to consolidate the *Young* Case with the four other cases, the *Sweet* Case, the *Rivera-De Leon* Case, the *Obertman* Case, and the *Johnson* Case. Dkt. No. 21.

6.      On June 25, 2020, Frontier accepted service of a sixth case involving an overlapping nationwide class of persons who claim to be entitled to refunds for Frontier flights canceled as a result of the COVID-19 pandemic: *Bess v. Frontier Airlines, Inc.*, No. 1:20-cv-01837-SKC (the "*Bess* Case"), also pending in the District of Colorado. On July 1, 2020, Frontier filed a Second Amended Motion to Consolidate to seek to consolidate the *Young* Case with the five other cases, the *Sweet* Case, the *Rivera-De Leon* Case, the *Obertman* Case, the *Johnson* Case, and the *Bess* Case. Dkt. No. 21. That motion awaits a decision by this Court.

7.      On June 26, 2020, Plaintiff filed an Amended Complaint. Dkt. No. 27.

8.      On July 8, 2020, this Court received a notice deeming a motion (filed by plaintiffs

in other cases, but not Plaintiff in the *Young* Case) as withdrawn that sought to transfer this case and other cases filed against Frontier and other airlines and centralize these cases in the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings. Dkt. No. 29.

9.      On July 10, 2020, in accordance with Rule 15 of the Federal Rules of Civil Procedure, Frontier responded to the Amended Complaint by filing a Motion to Dismiss. Dkt. No. 30.[1]

Given the developments in this case, as set forth above and as appearing on the docket for this case, good cause exists to continue the dates set forth in the Order. As noted above, these developments include Plaintiff's filing of an Amended Complaint, Frontier's filing of a Motion to Dismiss, and this Court's pending decision on Frontier's Unopposed Second Amended Motion to Consolidate, which, with the consent of all parties, seeks to consolidate this case with the five other cases filed against Frontier by persons who claim to be entitled to refunds for Frontier flights canceled as a result of the COVID-19 pandemic. Because of the material impact the foregoing will have on the contours of this case, good cause exists for a 60-day continuance of the scheduling/planning conference (and, accordingly, the associated dates for a proposed scheduling order and for the parties to hold a Rule 26(f) conference). Plaintiff consents to the requested continuance.

WHEREFORE, for the reasons above, Frontier respectfully requests a 60-day continuance

---

[1] In conferring with Plaintiff's counsel regarding this Motion, Plaintiff asked if Frontier will consent to a request for a stay of further briefing of Frontier's Motion to Dismiss, given the pendency of this Court's decision on consolidation. Frontier provided consent to Plaintiff's request.

1105585v.1

of the scheduling/planning conference set forth in the Order, and for any other relief this Court

deems just and proper.

DATED this 17th day of July, 2020.

Respectfully submitted,

By:  */s/ David M. Ross*
David M. Ross, Esq.
1500 K Street, NW, Suite 330
Washington, D.C. 20005
(202) 626-7660
(202) 628-3606 (fax)
david.ross@wilsonelser.com

Jason D. Melichar, Esq.
R. Joseph Isert, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: (303) 572-5300
Facsimile: (303) 572-5301
jason.melichar@wilsonelser.com
joe.isert@wilsonelser.com

William J. Katt, Esq.
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI 53203
(414) 276-8816
(414) 276-8819 (fax)
william.katt@wilsonelser.com

Patrick J. Kearns, Esq.
401 West A Street Suite 1900
San Diego, CA 92101
(619) 321-6200
(619) 321-6201 (fax)
patrick.kearns@wilsonelser.com

*Attorneys for Defendant Frontier Airlines, Inc.*

4

## <u>CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a)</u>

Frontier's counsel certifies that on July 15 and 16, 2020, counsel contacted Plaintiff's counsel. Plaintiff consents to the relief sought in this motion.

*/s/ David M. Ross*
David M. Ross

1105585v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July, 2020, a true and correct copy of the foregoing was filed with ECF and served to all counsel of record:

Scott A. Kamber, Esq.
Michael J. Aschenbrener, Esq.
Kamber Law, LLC
201 Milwaukee Street, Suite 200
Denver, CO 80206
Telephone: (646) 964-9600
Facsimile: (212) 202-6364
skamber@kamberlaw.com
masch@kamberlaw.com

Max S. Roberts, Esq.
Bursor & Fisher, P.A. – New York
888 17th Avenue, 3rd Floor
New York, NY 10019
mroberts@bursor.com

Yeremey O. Krivoshey
Bursor & Fisher, P.A.
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
ykrivoshey@bursor.com

*Attorneys for Plaintiff in the Young Case*

*/s/ David M. Ross*
David M. Ross

1105585v.1