**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01153-PAB-KLM

MELISSA YOUNG, individually and on behalf
of others similarly situated,

      Plaintiff,

v.

FRONTIER AIRLINES, INC.,

      Defendant.

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO CONTINUE SCHEDULING/PLANNING CONFERENCE**

Having considered Defendant Frontier Airlines, Inc.'s Consent Motion to Continue Scheduling/Planning Conference it is hereby ORDERED that the Motion is GRANTED, and it is further ORDERED that the August 13, 2020 scheduling/planning conference is continued by a date of at least 60 days. The April 29, 2020 Order Setting Scheduling/Planning Conference is hereby vacated, and this Court will enter a new Order Setting Scheduling/Planning Conference setting the new date for the continued scheduling/planning conference.

      IT IS SO ORDERED:

ENTERED this _____ day of _____, 2020

                                                United States District Court Judge

1105617v.1