**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01153

MELISSA YOUNG, individually and on behalf
of all others similarly situated,

    Plaintiff

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

PLAINTIFF'S CONSENT MOTION TO STAY BRIEFING ON MOTION TO DISMISS

---

Plaintiff Melissa Young ("Plaintiff") hereby submits its Consent Motion to Stay Briefing on Defendant Frontier Airlines, Inc.'s ("Defendant") Motion to Dismiss Pending Resolution of Defendant's Motion to Consolidate. Plaintiff, in support, states as follows:

1. On April 23, 2020, Plaintiff filed her Complaint. ECF No. 1.

2. On May 12, 2020, Defendant filed its Unopposed Motion for Extension of Time to File Answer or Otherwise Respond to Complaint. ECF No. 15

3. On May 16, 2020, the Court granted Defendant's Unopposed Motion for Extension of Time and adjourned Defendant's response date to June 30, 2020.

4. On June 16, 2020, Frontier filed its Unopposed Motion to Consolidate. ECF No. 20. In its motion, Defendant sought the consolidation of this case (the "*Young* Case") and three other recently-filed cases that Frontier is defending in the District of Colorado: *Sweet v. Frontier Airlines, Inc.*, No. 1:20-cv-01340-RM-NRN (the "*Sweet* Case"), *Rivera-De Leon v. Frontier Airlines, Inc.*, No. 1:20-cv-01518-NRN (the "*Rivera-De Leon* Case"), and *Obertman v. Frontier Airlines, Inc.*, No. 1:20-cv-01689-STV (the "*Obertman* Case"). Plaintiffs in all four cases seek to represent overlapping nationwide classes of persons who claim to be entitled to refunds for Frontier flights canceled as a result of the COVID-19 pandemic.

1

5. On June 18, 2020, Defendant accepted service of another case involving an overlapping nationwide class of persons who claim to be entitled to refunds for Frontier flights canceled as a result of the COVID-19 pandemic: *Johnson v. Frontier Airlines, Inc.*, No. 1:20-cv-01751-MEH (the "*Johnson* Case"), pending in the District of Colorado.

6. On June 23, 2020, Defendant filed an Unopposed Amended Motion to Consolidate to seek to consolidate the *Young* Case with the four other cases, the *Sweet* Case, the *Rivera-De Leon* Case, the *Obertman* Case, and the *Johnson* Case.  ECF No. 21.

7. On June 25, 2020, Defendant accepted service of a sixth case involving an overlapping nationwide class of persons who claim to be entitled to refunds for Frontier flights canceled as a result of the COVID-19 pandemic: *Bess v. Frontier Airlines, Inc.*, No. 1:20-cv-01837-SKC (the "*Bess* Case"), also pending in the District of Colorado.

8. On June 26, 2020, Plaintiff Young filed an Amended Complaint.  ECF No. 27.

9. On July 1, 2020, Defendant filed a Second Amended Motion to Consolidate to seek to consolidate the *Young* Case with the five other cases, the *Sweet* Case, the *Rivera-De Leon* Case, the *Obertman* Case, the *Johnson* Case, and the *Bess* Case.  ECF No. 21. That motion awaits a decision by this Court.

10. On July 10, 2020, Frontier responded to the Amended Complaint by filing a Motion to Dismiss. ECF No. 30.

11. On July 15 and July 16, 2020, counsel for Plaintiff and Defendant exchanged emails discussing a continuance of the scheduling conference and Plaintiff's Opposition to Defendant's Motion to Dismiss.  The Parties agreed to a 60-day continuance of the scheduling conference (and, accordingly, the associated dates for a proposed scheduling order and for the parties to hold a Rule 26(f) conference) and a stay of briefing regarding Defendant's motion to dismiss until after the Court's decision on Defendant's Second Amended Motion to Consolidate.[1]

---

[1] Plaintiff proposes that the Court set a scheduling conference within 7 days of ruling on consolidation where the Court will set a briefing scheduling for counsel for plaintiffs in the related cases to file applications for appointment of interim lead counsel pursuant to Rule 23(g) and a deadline to file a consolidated complaint (after a ruling is made appointing interim lead counsel).  For purposes of judicial and party efficiency, Plaintiff believes that the firm or

12. On July 17, 2020, Defendant filed its Consent Motion To Continue Scheduling/Planning Conference.  ECF No. 31.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully requests that the Court stay briefing on Defendant's Motion to Dismiss until such time as the Court has ruled on Defendant's Second Amended Motion to Consolidate.  Plaintiff also respectfully requests that the Court grant Defendant's Consent Motion for a 60-day continuance of the scheduling conference.

Dated: July 17, 2020

 /s/ Yeremey O. Krivoshey
**Yeremey O. Krivoshey**
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ykrivoshey@bursor.com

***Andrew J. Obergfell*** (*Admission Forthcoming*)
***Max S. Roberts***
Bursor & Fisher, P.A.
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone:  (646) 837-7150
Facsimile:  (212) 989-9163
Email: aobergfell@bursor.com
         mroberts@bursor.com

***Scott A. Kamber*** (CO Bar # 51857)
***Michael Aschenbrener*** (CO Bar #51687)
KamberLaw, LLC
201 Milwaukee Street, Suite 200
Denver, Colorado 80206
Telephone: (212) 920-3072
Email:  skamber@kamberlaw.com
          masch@kamberlaw.com

*Attorneys for Plaintiff Melissa Young*

---

firms appointed as interim lead counsel should then work with Defendant to prepare a joint scheduling report and participate in the Rule 26(f) conference.

3