IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01153

MELISSA YOUNG, individually and on behalf
of all others similarly situated,

    Plaintiff

v.

FRONTIER AIRLINES, INC.,

    Defendant.

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO STAY BRIEFING ON MOTION TO DISMISS**

Having considered Plaintiff Melissa Young's Consent Motion to Stay Briefing On Motion To Dismiss, it is hereby ORDERED that the Motion is GRANTED, and it is further ORDERED that briefing regarding Defendant's motion to dismiss is hereby stayed until after the Court's decision on Defendant Frontier Airlines, Inc.'s Second Amended Motion to Consolidate, ECF No. 21. The Court will set a new response date at that time.

IT IS SO ORDERED:

ENTERED this _____ day of _____, 2020

_____
United States District Court Judge