IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01153-PAB-KLM

MELISSA YOUNG, individually and on behalf of others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Consent Motion to Continue Scheduling/Planning Conference** [#31] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#31] is **GRANTED**. The Scheduling Conference set for August 13, 2020, at 9:30 a.m. is **VACATED** and **RESET** to **October 13, 2020,** at **10:00 a.m.**

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures, by **October 6, 2020**.

    Dated:  July 20, 2020