# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No.: 20-cv-01153-PAB-KM**

(Consolidated with Civil Action Nos. 20-cv-01340-RM-NRN; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

___

**In re FRONTIER AIRLINES LITIGATION**

___

## NOTICE OF ENTRY OF APPEARANCE
___

      PLEASE TAKE NOTICE that Kathryn A. Grace, of Wilson Elser Moskowitz Edelman & Dicker, LLP hereby enters her appearance on behalf of Defendant Frontier Airlines in the above-captioned action.

DATED: July 23, 2020

                                             Respectfully submitted,

                                             */s/ Kathryn A. Grace*
                                             Kathryn A. Grace, Esq
                                             Wilson Elser Moskowitz Edelman & Dicker LLP
                                             8444 Westpark Drive, Suite 510
                                             McLean, VA 22102-5102
                                             703.245.9300 (Main)
                                             703.245.9301 (Fax)
                                             kathryn.grace@wilsonelser.com

                                             William J. Katt, Esq.
                                             Wilson Elser Moskowitz Edelman & Dicker, LLP
                                             740 N. Plankinton Avenue, Suite 600
                                             Milwaukee, WI 53203
                                             (414) 276-8816
                                             (414) 276-8819 (fax)
                                             william.katt@wilsonelser.com

Jason D. Melichar, Esq.
R. Joseph Isert, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: (303) 572-5300
Facsimile: (303) 572-5301
jason.melichar@wilsonelser.com
joe.isert@wilsonelser.com

David M. Ross, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1500 K. Street, NW, Suite 330
Washington, D.C. 20005
Telephone: (202) 626-7660
Facsimile: (202) 628-3606
david.ross@wilsonelser.com

Patrick J. Kearns, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
401 West A Street Suite 1900
San Diego, CA 92101
(619) 321-6200
(619) 321-6201 (fax)
patrick.kearns@wilsonelser.com

*Attorneys for Defendants Frontier Airlines*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 23rd day of July, 2020, a true and correct copy was filed via ECF and served to all counsel of record.

            By: /s/ Kathryn A, Grace
               Kathryn A. Grace