**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 20-cv-01153-PAB-KLM

(Consolidated with Civil Action Nos. 20-cv-01340-RM-RNR; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re: FRONTIER AIRLINES LITIGATION

**JOINT PROPOSED INITIAL SCHEDULING ORDER**

Whereas, Plaintiffs in the above-captioned consolidated actions[1] (the "Consolidated Actions") (together "Plaintiffs") and Defendant Frontier Airlines, Inc. ("Defendant"), have met and conferred in an effort to submit a joint proposed pre-trial schedule; and

Whereas, Plaintiffs and Defendant agree on the timing and nature of proposed briefing on interim lead counsel applications, and Plaintiffs in the *Sweet*, *Rivera De Leon*, *Johnson*, and *Bess* cases and Defendant, as well as Plaintiffs in *Obertman* and *Young*, do not agree on the remainder of the proposed initial schedule;

The parties hereby submit the following joint proposal:

> Seven (7) days after the Court enters an initial scheduling Order, Plaintiffs will file any motions for the appointment of Interim Lead and Liaison Counsel. Leadership briefs shall not exceed ten (10) pages (plus firm resumes), and no opposition briefs shall be permitted.

---

[1] On July 21, 2020, this Court consolidated *Young v. Frontier Airlines, Inc.*, Case No. 20-cv-01153-PAB-KLM, with five later-filed cases: *Sweet v. Frontier Airlines, Inc.*, Case No. 20-cv-01340-RM-NRN, *Rivera-De Leon v. Frontier Airlines, Inc.*, Case No. 20-cv-01518-NRN, *Obertman v. Frontier Airlines, Inc.*, Case No. 20-cv-01689-STV, *Johnson v. Frontier Airlines*, Case No. 20-cv-01751-MEH; and *Bess v. Frontier Airlines, Inc.*, Case No. 20-cv-01837-SKC. Dkt. No. 35.

1

Plaintiffs in *Sweet*, *Rivera De Leon*, *Johnson*, and *Bess* then propose:

> No later than ten (10) days after the appointment of Interim Lead and Liaison counsel, the parties shall meet and confer regarding an initial schedule covering Plaintiffs' Consolidated Amended Complaint, Defendant's response, and any resulting briefing, as well as the exchange of initial disclosures and holding the Fed. R. Civ. P. 26(f) Conference, and shall submit that proposed joint schedule or competing schedules to the Court.

Defendant and Plaintiffs in *Young* and *Obertman* then propose:

> No later than twenty-eight (28) days after the appointment of Interim Lead and Liaison counsel, Plaintiffs will file their Consolidated Amended Complaint.
>
> No later than twenty-eight (28) days after the filing of the Consolidated Amended Complaint, Defendant will file any responsive motion. Plaintiffs will file any opposition to any Responsive motion within twenty-one (21) days after the responsive motion filing, and Defendant will file any reply within twenty-one (21) days after Plaintiffs file any opposition.
>
> No later than seven (7) days after the Court rules on any responsive motion that Defendant files, the parties shall meet and confer regarding an initial schedule covering the exchange of initial disclosures and holding the Fed. R. Civ. P. 26(f) Conference, and shall submit that proposed joint schedule or competing schedules to the Court.
>
> The Court will set an Initial Case Management Conference following the Court's ruling on any responsive motion that Defendant files.

DATED this 28th day of July, 2020.[2]          Respectfully submitted,

                                              WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

                                              By: /s/ Jason D. Melichar
                                                   Jason D. Melichar, Esq.
                                                   R. Joseph Isert, Esq.
                                                   1225 17th Street, Suite 2750
                                                   Denver, CO 80202
                                                   (303) 572-5300
                                                   (303) 573-5301 (fax)

---

[2] Defendant files this Joint Proposed Initial Scheduling Order with the consent of all Plaintiffs in the Consolidated Actions.

jason.melichar@wilsonelser.com
joe.isert@wilsonelser.com

William J. Katt, Esq.
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI 53203
(414) 276-8816
(414) 276-8819 (fax)
william.katt@wilsonelser.com

Patrick J. Kearns, Esq.
401 West A Street Suite 1900
San Diego, CA 92101
(619) 321-6200
(619) 321-6201 (fax)
patrick.kearns@wilsonelser.com

David M. Ross, Esq.
1500 K Street, NW, Suite 330
Washington, D.C. 20005
(202) 626-7660
(202) 628-3606 (fax)
david.ross@wilsonelser.com

*Attorneys for Defendant Frontier Airlines, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2020, a true and correct copy of the foregoing was filed with ECF and served to all counsel of record:

Scott A. Kamber, Esq.
Michael J. Aschenbrener, Esq.
Kamber Law, LLC
201 Milwaukee Street, Suite 200
Denver, CO 80206
Telephone: (646) 964-9600
Facsimile: (212) 202-6364
Email: skamber@kamberlaw.com
Email: masch@kamberlaw.com

Max S. Roberts, Esq.
Bursor & Fisher, P.A. – New York
888 17th Avenue, 3rd Floor
New York, NY 10019
Email: mroberts@bursor.com

Yeremey O. Krivoshey
Bursor & Fisher, P.A.
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Email: ykrivoshey@bursor.com

*Attorneys for Plaintiff in the Young Case*

Hassan A. Zavareei, Esq.
Annick Marie Persinger, Esq.
TYCKO & ZAVAREEI LLP
1828 L Street NW, Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
Email: hzavareei@tzlegal.com

Jeff Ostrow, Esq.
Jonathan M. Streisfeld, Esq.
Joshua R. Levine, Esq.
Daniel Tropin, Esq.
KOPELOWITZ OSTROW

4

FERGUSON WEISELBERG GILBERT
1 West Las Olas Blvd. Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
Email: streisfeld@kolawyers.com
Email: Ostrow@kolawyers.com

Melissa S. Weiner, Esq.
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
Email: mweiner@pswlaw.com

Daniel L. Warshaw, Esq.
PEARSON, SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

*Attorneys for Plaintiff in the Obertman Case*

Kathryn J. Stimson, Esq.
Jamie Hubbard, Esq.
STIMSON STANCIL LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone: 720.689.8909
Email: stimson@sslhlaw.com
Email: hubbard@sslhlaw.com

Daniel O. Herrera, Esq.
Christopher P.T. Tourek, Esq.
CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP
150 S. Wacker, Suite 3000
Chicago, Illinois 60606
Telephone: 312-782-4880
Facsimile: 318-782-4485
Email: dherrera@caffertyclobes.com
Email: ctourek@caffertyclobes.com

Bryan L. Clobes, Esq.
CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP
205 N. Monroe St.
Media, Pennsylvania 19063
Telephone: 215-864-2800
Email: bclobes@caffertyclobes.com

Joseph G. Sauder, Esq.
SAUDER SCHELKOPF LLC
1109 Lancaster Avenue
Berwyn, Pennsylvania 19312
Telephone: (610) 200-0580
Email: jgs@sstriallawyers.com

*Attorneys for Plaintiffs in the Rivera De-Leon Case*

Tina Wolfson, Esq.
Bradley K. King, Esq.
Theodore Maya, Esq.
AHDOOT & WOLFSON, P.C.
10728 Lindbrook Drive
Los Angeles, CA 90024
(310) 474-9111
(310) 474-8585 (Fax)
Email: twolfson@andootwolfson.com
Email: bking@andootwolfson.com
Email: tmaya@andootwolfson.com

David R. Dubin, Esq.
Nicholas A. Coulson, Esq.
LIDDLE & DUBIN, P.C.
975 E. Jefferson Ave.
Detroit, Michigan 48207
Tel: 313-392-0015
Fax: 313-392-0025
Email: ddubin@ldclassaction.com
Email: ncoulson@ldclassaction.corn

*Attorneys for Plaintiffs in the Sweet Case*

Shanon J. Carson, Esq.
BERGER MONTAGUE PC

6

1818 Market Street
Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-4656
Email: scarson@bm.net

John G. Albanese, Esq.
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel: (612) 594-5997
Fax: (612) 584-4470
Email: jalbanese@bm.net

Adam E. Polk, Esq.
Jordan Elias, Esq.
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
Email: apolk@girardsharp.com
Email: jelias@girardsharp.com

*Attorneys for Plaintiff in the Johnson Case*

Karen Barth Menzies, Esq.
Michael L. Schrag, Esq.
Joshua J. Bloomfield, Esq.
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, California 94612
(510) 350-9700 (tel.)
(510) 350-9701 (fax)
Email: kbm@classlawgroup.com
Email: jjb@classlawgroup.com
Email: mls@classlawgroup.com

*Attorneys for Plaintiff in the Bess Case*

                                    */s/ Jason D. Melichar*
                                    Jason D. Melichar, Esq.