# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

**Civil Action No.: 20-cv-01153-PAB-KM**

(Consolidated with Civil Action Nos. 20-cv-01340-RM-NRN; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

**In re FRONTIER AIRLINES LITIGATION**

## NOTICE OF ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Feliks Obertman.

Dated: August 5, 2020

*/s/ Annick M. Persinger*
Annick M. Persinger
apersinger@tzlegal.com
**TYCKO AND ZAVAREEI LLP**
10880 Wilshire Blvd., Suite 1101
Los Angeles, CA 90024
(510) 254-6808