IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-01153-PAB-KLM

(Consolidated with Civil Action Nos. 20-cv-01340-RM-RNR; 20-cv-01518-NRN; 20-cv-01689- STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re: FRONTIER AIRLINES LITIGATION

MOTION FOR BRIEFING SCHEDULE FOR THE APPOINTMENT OF INTERIM COUNSEL PURSUANT TO RULE 23(g)

Plaintiffs in *Rivera-De Leon v. Frontier Airlines, Inc.*, No. 1:20-cv-01518-NRN, and *Johnson v. Frontier Airlines, Inc.*, No. 1:20-cv-01751 (collectively, "Plaintiffs") jointly move the Court to set a briefing schedule on motions for Interim Lead and Liaison Counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

*Certificate of Conferral*: Counsel for Defendant Frontier Airlines reviewed a draft of this motion and has no objection to the relief sought herein.

Rule 23(g)(3) provides that the "court may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." Here, Plaintiffs in all consolidated cases will have the opportunity to seek the appointment of Interim Lead and Liaison Counsel to formally authorize them to litigate the case on behalf of the Plaintiffs and proposed Class. This motion is not intended to modify or supersede the Joint Proposed Initial Scheduling Order previously submitted by the parties. (ECF No. 37.)

Plaintiffs request that the Court order Plaintiffs in all consolidated cases to file any motions for the appointment of Interim Lead and Liaison Counsel within seven (7) days after the Court grants this Motion. Plaintiffs further request that leadership briefs be limited to ten (10)

pages plus firm resumes, with no opposition or reply briefs permitted. A proposed Order granting this relief is submitted herewith.

Dated: September 23, 2020.

Respectfully submitted,

*s/ Jamie Hubbard*
Jamie Hubbard
Kathryn J. Stimson
STIMSON STANCIL LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone:   720.689.8909
Email:   hubbard@sslhlaw.com
            stimson@sslhlaw.com

*Counsel for Plaintiffs*

### Certificate of Service

I certify that on September 23, 2020, I electronically filed the foregoing *Motion for Briefing Schedule for the Appointment of Interim Counsel Pursuant to Rule 23(G)* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/ Brenda Rodriguez*
Brenda Rodriguez