# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-01153-PAB-KLM

(Consolidated with Civil Action Nos. 20-cv-01340-RM-RNR; 20-cv-01518-NRN; 20-cv-01689- STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re: FRONTIER AIRLINES LITIGATION

## [PROPOSED] ORDER GRANTING MOTION FOR BRIEFING SCHEDULE FOR THE APPOINTMENT OF INTERIM COUNSEL PURSUANT TO RULE 23(g)

Upon consideration of Plaintiffs' Motion for Briefing Schedule for the Appointment of Interim Counsel Pursuant to Rule 23(g), and for good cause shown, the Court hereby GRANTS Plaintiffs' motion. Motions for the appointment of Interim Lead and Liaison Counsel shall be due within seven (7) days from the date of this Order and shall not exceed ten (10) pages plus firm resumes, and no opposition or reply briefs shall be permitted.

**IT IS SO ORDERED.**

_____
Hon. Philip A. Brimmer
Chief Judge