IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01153-PAB-KLM
(Consolidated with Civil Action Nos. 20-cv-01340-RN-NRN; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re FRONTIER AIRLINES LITIGATION

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the **Motion for Briefing Schedule for the Appointment of Interim Counsel Pursuant to Rule 23(g)** [#39] (the "Motion") filed by Plaintiffs in *Rivera-De Leon v. Frontier Airlines, Inc.*, No. 1:20-cv-01518-NRN and *Johnson v. Frontier Airlines, Inc.*, No. 1:20-cv-01751.

Fed. R. Civ. P. 23(g)(3) provides that the "court may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." The Motion [#39] requests that Plaintiffs in the consolidated cases file any motions for the appointment of Interim Lead and Liaison Counsel within seven (7) days of this Order. *Id.* at 1. The Motion [#39] further indicates that counsel for Frontier Airlines does not oppose the relief sought.

IT IS HEREBY **ORDERED** that the Motion [#39] is **GRANTED**. Motions for the appointment of Interim Lead and Liaison Counsel shall be filed by Plaintiffs in these consolidated cases within **seven (7) days** of the date of this Order, by **October 1, 2020**, and shall not exceed ten (10) pages plus firm resumes. Absent good cause, no opposition or reply briefs shall be permitted.

Dated: September 24, 2020