# EXHIBIT 1



# AHDOOT & WOLFSON, PC
## ATTORNEYS



### Tina Wolfson, Founding Partner

Ms. Wolfson was born in the former Soviet Union and her family escaped when she was eleven years old. Seven years after her family arrived to the United States as indigent political refugees, without speaking any English, she attended Columbia College and then Harvard Law School (class of 1994), graduating both *cum laude*.

Ms. Wolfson began her civil litigation career at the Los Angeles office of Morrison & Foerster, LLP, where she defended major corporations in complex actions and represented indigent individuals in immigration and deportation trials as part of the firm's *pro bono* practice. She then gained further invaluable litigation and trial experience at a boutique firm, focusing on representing plaintiffs on a contingency basis in civil rights and employee rights cases.

In March 1998, Ms. Wolfson and Robert Ahdoot founded Ahdoot & Wolfson, PC ("AW"), now a nationally recognized law firm that specializes in complex and class action litigation, with a focus on consumer fraud, privacy rights, anti-competitive business practices, employee rights, defective products, civil rights, and taxpayer rights. AW has successfully vindicated the rights of millions of class members in protracted, complex litigation, conferring hundreds of millions of dollars to the victims, and affecting real change in corporate behavior.

### Recent Notable Achievements

In *Eck v. City of Los Angeles*, No. BC577028 (Cal. Super. Ct., Los Angeles Cty. ("LASC")) (Hon. Ann I. Jones), AW was appointed class counsel in a $295 million settlement in a case alleging that an 8% surcharge on Los Angeles electricity rates was an illegal tax. Final settlement approval was affirmed on appeal in October 2019.

Ms. Wolfson serves as a member of the Plaintiffs' Executive Committee in the *Apple Inc. Device Performance Litigation*, No. 5:18-md-2827-EJD (N.D. Cal.) (Hon. Edward J. Davila), a class action challenging Apple's alleged practice of deploying software updates to iPhones that deliberately degraded the devices' performance and battery life. The Court preliminarily

approved a class action settlement of $310 million minimum and $500 million maximum, an excellent result achieved, in part, by Ms. Wolfson's work.

As co-lead counsel in the *Experian Data Breach Litigation*, No. 8:15-cv-01592-AG-DFM (C.D. Cal.) (Hon. Andrew J. Guilford), which affected nearly 15 million class members, Ms. Wolfson achieved a settlement conservatively valued at over $150 million. Each class member was entitled to two years of additional premium credit monitoring and ID theft insurance (to begin whenever their current credit monitoring product, if any, expires) plus monetary relief (in the form of either documented losses or a default payment for non-documented claims). Experian also provided robust injunctive relief. Judge Guilford praised counsel's efforts and efficiency in achieving the settlement, commenting, "You folks have truly done a great job, both sides. I commend you."

In *Alvarez v. Sirius XM Radio Inc.*, No. 2:18-cv-08605-JVS-SS (C.D. Cal.) (Hon. James V. Selna), a class action arising out of defendant's alleged failure to honor lifetime subscriptions for satellite radio services, AW is serving as lead settlement class counsel in a preliminarily approved settlement valued conservatively at $96 million that extends the promised subscription for the lifetime of class members who have active accounts, and provides the opportunity for class members with closed accounts to reactivate their accounts and enjoy a true lifetime subscription or recover $100. Ms. Wolfson reached the final deal points of the settlement literally minutes prior to oral argument on the motion to compel arbitration appeal in the Ninth Circuit.

In *Kirby v. McAfee, Inc.*, No. 5:14-cv-02475-EJD (N.D. Cal.) (Hon. Edward J. Davila), a case arising from McAfee's auto renewal and discount practices, AW and co-counsel achieved a settlement that made $80 million available to the class and required McAfee to notify customers regarding auto-renewals at an undiscounted subscription price and change its policy regarding the past pricing it lists as a reference to any current discount.

In the *Premera Blue Cross Customer Data Security Breach Litigation*, No. 3:15-cv-2633-SI (D. Or.) (Hon. Michael H. Simon), a case arising from a data breach disclosing the sensitive personal and medical information of 11 million Premera Blue Cross members, Ms. Wolfson, as a member of a 4-firm PEC, was instrumental in litigating the case through class certification and achieving a class settlement valued at $74 million.

In *Lavinsky v. City of Los Angeles*, No. BC542245 (LASC) (Hon. Ann I. Jones), a class action alleging the city unlawfully overcharged residents for utility taxes, AW certified the plaintiff class in litigation and then achieved a $51 million class settlement.

As co-lead counsel in *Berman v. General Motors, LLC*, No. 2:18-cv-14371-RLR (S.D. Fla.) (Hon. Robin L. Rosenberg), a vehicle oil consumption defect class action, AW achieved a $40 million settlement.

In the *Lumber Liquidators Chinese-Manufactured Flooring Durability Marketing & Sales Practices Litigation*, No. 1:16-md-02743-AJT-TRJ (E.D. Va.) (Hon. Anthony J. Trenga), a case arising from alleged misrepresentations of laminate flooring durability, which was coordinated with MDL proceedings regarding formaldehyde emissions, AW has served as class counsel and was instrumental in achieving a $36 million settlement.

In *The Home Depot, Inc., Customer Data Security Breach Litigation*, No. 1:14-md-02583-TWT (N.D. Ga.) (Hon. Thomas W. Thrash Jr.), Ms. Wolfson served on the consumer PSC and was instrumental in achieving a $29 million settlement fund and robust injunctive relief for the consumer class.

In *Pantelyat v. Bank of America, N.A.*, No. 1:16-cv-08964-AJN (S.D.N.Y.) (Hon. Alison J. Nathan), a class action arising from allegedly improper overdraft fees, AW served as class counsel for plaintiffs and achieved a $22 million class settlement, representing approximately 80% of total revenues gleaned by the bank's alleged conduct.

In *Smith v. Floor & Decor Outlets of America, Inc.*, No. 1:15-cv-04316-ELR (N.D. Ga.) (Hon. Eleanor L. Ross), AW served as plaintiffs' counsel for a $14 million class settlement arising from alleged toxic emissions from flooring.

Ms. Wolfson also has successfully resolved class actions against BMW arising from automotive defects, including *Skeen v. BMW of North America, LLC*, No. 2:13-cv-01531-WHW-CLW (D.N.J.) (Hon William H. Walls) (arising from MINI Coopers with allegedly defective timing chain; uncapped settlement fund for warranty extension, reimbursement for repairs, and compensation for sale at a loss) and *Boehm v. BMW of North America, LLC*, No. 2:17-cv-12827-MCA-LDW (D.N.J.) (Hon. Madeline Cox Arleo) (arising from MINI Coopers with allegedly defective high pressure fuel pump; uncapped settlement fund for warranty extension and reimbursement for repairs).

As co-lead counsel in *Gordon v. Chipotle Mexican Grill, Inc.*, No. 1:17-cv-01415-CMA-MLC (D. Colo.) (Hon. Christine M. Arguello), Ms. Wolfson secured a settlement for the nationwide class providing up to $250 in claimed damages or $10,000 in extraordinary damages.

### **Current Leadership Roles**

Most recently, Ms. Wolfson was selected by Judge Koh to serve as interim co-lead class counsel in the *ZOOM Video Communications, Inc. Privacy Litigation*, No. 5:20-cv-02155-LHK (N.D. Cal.) (Hon. Lucy H. Koh), a class action alleging Zoom's failure to implement adequate security protocols for its video-conferencing platform that breached millions of consumers' privacy, fell well short of its promises, and diminished the value of the products and services it provided.

Ms. Wolfson also was appointed, after competing applications, to serve as co-lead interim class counsel in the *Google Location History Litigation*, No. 5:18-cv-5062-EJD (N.D.

3

Cal.) (Hon. Edward J. Davila), a consumer class action arising out of Google's allegedly unlawful collection and use of mobile device location information on all Android and iPhone devices.

In the *Kind LLC "All Natural" Litigation*, No. 1:15-md-02645-WHP (S.D.N.Y.) (Hon. William H. Pauley III), a false labeling food MDL, Ms. Wolfson was selected as interim co-lead class counsel after competing applications. Plaintiffs' motion for class certification is under submission.

Ms. Wolfson also is serving on the PSC in the *ZF-TRW Airbag Control Units Products Liability Litigation*, No. 2:19-ml-2905-JAK-FFM (C.D. Cal.) (Hon. John A. Kronstadt), an MDL alleging a manufacturing defect in vehicle airbag control units affecting over 15 million vehicles.

Ms. Wolfson and her firm also are serving as plaintiffs' counsel in numerous class actions against Honda arising from an alleged defect in Civic models causing the vehicles to unexpectedly and dangerously roll away when parked. *See Rojas v. Am. Honda Motor Co., Inc.*, No. 2:19-cv-10136-DMG-FFM (C.D. Cal.) (Hon. Dolly M. Gee); *Miranda v. Am. Honda Motor Co., Inc.*, No. 20STCV03017 (Cal. Super. Ct., Los Angeles Cty. ("LASC")) (Hon. Maren E. Nelson).

Ms. Wolfson is prosecuting class claims in collaboration with other plaintiff firms against Volkswagen for alleged leaking sunroofs in *Gjonbalaj v. Volkswagen Group of Am., Inc.*, No. 2:19-cv-7165-BMC (E.D.N.Y.) (Hon. Brian M. Cogan) and against Audi for alleged squeaking brakes in *Mercado v. Audi of Am., LLC*, No. 5:18-cv-2388-JAK-SP (C.D. Cal.) (Hon. John A. Kronstadt).

As part of the leadership team in *Novoa v. The Geo Group, Inc.*, No. 5:17-cv-2514-JGB-SHK (C.D. Cal.) (Hon. Jesus G. Bernal), AW certified a class of immigration detainees challenging private prison's alleged forced labor practices.

In the *Allergan Biocell Textured Breast Implant Products Liability Litigation*, No. 2:19-md-2921-BRM-JAD (D.N.J.) (Hon. Brian R. Martinotti), an MDL alleging breast implants are linked to a rare type of lymphoma, Ms. Wolfson is serving as a member of the PEC.

In the *U.S. Office of Personnel Management Data Security Breach Litigation*, No. 1:15-mc-1394-ABJ (D.D.C.) (Hon. Amy Berman Jackson), Ms. Wolfson was selected as a member of the PSC after competing applications. AW briefed and argued, in part, the granted motions to dismiss based on standing, and briefed in part the successful appeal to the D.C. Circuit.

Ms. Wolfson also was recently selected to serve on the PEC in the *Robinhood Outage Litigation*, No. 3:20-cv-1626-JD (N.D. Cal.) (Hon. James Donato), a consolidated case arising from a March 2020 outage of an online stock trading platform.

4

AW also is serving as plaintiffs' counsel in consumer privacy rights cases involving the right to control the collection and use of biometric information, successfully opposing motions to dismiss based on lack of standing. *See, e.g.*, *Rivera v. Google LLC*, No. 19-1182 (7th Cir.) (order granting summary judgment currently on appeal to the Seventh Circuit); *Azzano v. Google LLC*, No. 2019-CH-11153 (Ill. Cir. Ct., Cook Cty.) (Hon. Anna M. Loftus); *Molander v. Google LLC*, No. 5:20-cv-00918-EJD (N.D. Cal.) (Hon. Edward J. Davila); *Miracle-Pond v. Shutterfly, Inc.*, No. 1:19-cv-4722 (N.D. Ill.) (Hon. Mary M. Rowland); *Acaley v. Vimeo, Inc.*, No. 20-2047 (7th Cir.) (order denying defendant's motion to compel arbitration on appeal to the Seventh Circuit).

Ms. Wolfson represents online ad buyers in *Devaney v. Google LLC*, No. 3:20-cv-04130-JSC (N.D. Cal.) (Hon. Jacqueline Scott Corley), a class action alleging Google's acquisition of competitors, exclusivity provisions, interoperability/compatibility design choices, and development of its analytics services allowed it to gain dominance in the display advertising tech space and achieve an illegal monopoly.

In *Robinson v. Jackson Hewitt, Inc.*, No. 2:19-cv-09066-SDW-ESK (D.N.J.) (Hon. Susan D. Wigenton), a class action alleging that a standardized "no-poach" agreement among Jackson Hewitt and its franchisees limited mobility and compensation prospects for the tax preparer employees, Ms. Wolfson is asserting claims on behalf of her clients under both federal antitrust and California employment laws.

In *Powell Prescription Center v. Surescripts, LLC*, No. 1:19-cv-00627 (N.D. Ill.) (Hon. John J. Tharp. Jr.), Ms. Wolfson represents pharmacies in a class action arising from Surescripts' alleged monopolies in both the routing and eligibility markets of the e-prescription industry.

### **Speaking Engagements and Public Service**

Ms. Wolfson is considered an expert in her field and is frequently invited to lecture on numerous class action topics across the country, including:

- Class Action Mastery Forum at the University of San Diego School of Law, March 2020 ("Consumer Class Actions" Moderator), featuring Hon. Lucy H. Koh, Hon. Edward M. Chen, and Hon. Fernando M. Olguin.

- Class Action Mastery Forum at the University of San Diego School of Law, January 2019, featuring Hon. Edward M. Chen, Hon. Richard G. Seeborg and Hon. Anthony J. Battaglia.

- Association of Business Trial Lawyers: "Navigating Class Action Settlement Negotiations and Court Approval: A Discussion with the Experts," Los Angeles, May 2017, featuring Hon. Philip S. Gutierrez and Hon. Jay C. Gandhi.

- American Conference Institute: "2nd Cross-Industry and Interdisciplinary Summit on Defending and Managing Complex Class Actions," New York, April 2017: Class Action Mock Settlement Exercise featuring the Hon. Anthony J. Mohr.

- Federal Bar Association: N.D. Cal. Chapter "2016 Class Action Symposium," San Francisco, December 2016 (Co-Chair), featuring Hon. Joseph F. Anderson, Jr. and Hon. Susan Y. Illston.

- Federal Bar Association: "The Future of Class Actions: Cutting Edge Topics in Class Action Litigation," San Francisco, November 2015 (Co-Chair & Faculty), featuring Hon. Jon S. Tigar and Hon. Laurel Beeler.

Ms. Wolfson currently serves as a Ninth Circuit Lawyer Representative for the Central District of California, as Vice President of the Federal Litigation Section of the Federal Bar Association, as a member of the American Business Trial Lawyer Association, as a participant at the Duke Law School Conferences and the Institute for the Advancement of the American Legal System, and on the Board of Public Justice. As a full time single parent, she enjoys hiking, camping, and traveling with her 13-year-old daughter.