**EXHIBIT 3**



# Practice of KamberLaw

KamberLaw excels in litigating complex cases that call for attorneys with uncommon legal and technical insight, who act out of a spirit of public service and community-mindedness—qualities that have motivated our attorneys throughout their legal careers.

KamberLaw attorneys share a common goal of seeking justice through meaningful vindication of consumer rights. We invest significant time and resources in pre-complaint research and investigation, including expert consultation, equipping us to take on matters passed on by other consumer fraud attorneys, including matters involving hazardous consumer products, mislabeled consumer products, sophisticated financial fraud, Internet technology, software, and computer hardware.

The attorneys of KamberLaw are not typical plaintiffs' attorneys. Our collective backgrounds as defense counsel, corporate compliance counsel, prosecutors, and consultants are important drivers in our success—we can understand and communicate what went wrong in complex matters and construct creative and workable ways to make it right. This deep understanding of technology, business, and law facilitates resolutions that provide timely relief to affected consumers while promoting better relationships in ongoing business-to-consumer dealings.

With offices in Colorado, California, and Illinois, KamberLaw is committed to advancing the cause of consumer protection nationwide.

### Selected Case Results in Consumer Protection and Products Liability

- *In Re Blue Buffalo Marketing & Sales Practices Litig.*, 4:14-md-2562 (E.D. Mo. 2014). Appointed lead class counsel in case of alleged falsely labeled pet food. Settlement provided $32 million common fund.
- *In Re Pet Foods Product Liability Litig.*, No. 07-2867 (D.N.J. 2008). Appointed co-lead counsel in class action involving largest pet food recall in United States history. Settlement provided $24 million common fund and $8 million in charge backs.
- *Golden, et al. v. ContextLogic, Inc., d/b/a Wish.com*, 17PH-CV01741 (Phelps Cty. Cir. Ct. 2018). Class counsel in false pricing and discount case. Settlement provided uncapped refunds to class members and injunctive relief related to the display of website strikethough prices.
- *Hawkins v. Pearson Candy Co.*, No. 16PH-CV01565 (Phelps Cty. Cir. Ct. 2017). Class Counsel in nationwide class action regarding the non-transparent packaging of candy products. A nationwide Rule 52.08(b)(2) settlement resulted in 20% smaller packaging and various other packaging process changes to remedy the allegedly misleading packaging.
- *Trentham v. Continental Mills*, No. 16PH-CV01563 (Phelps Cty. Cir. Ct. 2017). Class Counsel in nationwide class action regarding the non-transparent packaging of ready to mix products. A nationwide Rule 52.08(b)(2) settlement required modifications in the allegedly misleading packaging to eliminate non-functional slack-fill.
- *In Re McCormick & Company, Inc., Pepper Products Marketing and Sales Practices Litig.*, MDL No. 2665, Master Docket No. 1:15-mc-1825 (D.D.C.). Appointed interim co-lead counsel in black pepper slack-fill action. Court certified multi-state consumer class actions in July 2019.
- *White v. Rust-Oleum Corp.*, No. 16AC-CC00533 (Cole Cty. Cir. Ct. 2016). Class counsel in nationwide class action regarding the marketing, advertising, and sale of spray paint products, which allegedly failed to provide the stated coverage. Settlement provided for uncapped payments to class members for a percentage of the purchase price and injunctive relief requiring a change in the product labels.
- *Miloro v. Van's International Foods*, No. 15PH-CV00642 (Phelps Cty. Cir. Ct. 2015). Class counsel in nationwide class action regarding the allegedly misleading marketing, advertising, and sale of products as "all natural." Settlement for $9 million.
- *Guido v. L'Oreal, USA*, CV 11-1067 CAS; *Altamura v. L'Oreal, USA*, CV 11-5465 CAS (C.D. Cal. 2012). Class counsel in false advertising case relating to flammability of hair product. New York and California classes certified.

- *Lofton v. Bank of America*, No. 3:07-cv-05892 (N.D. Cal. 2009). Lead counsel in class action alleging deceptive imposition of "fuel-related fees" in connection with airline ticket purchases. Settled for over $2 million in cash, in addition to other relief.
- *McFerren v. AT&T Mobility*, No. 08-cv-151322 (Fulton Cty. Sup. Ct. 2009). Lead counsel in class action settlement involving 16 related cases against largest wireless service provider in the nation. Settlement provided virtually complete refunds to a nationwide class of consumers who alleged that unauthorized charges for mobile content were placed on their cell phone bills.
- *Barrett v. RC2 Corp.*, No. 07 CH 20924 (Cook Cty. Cir. Ct. 2008). Appointed co-lead counsel in lead paint recall case involving Thomas the Tank toy trains. Settlement valued at over $30 million provided class with full cash refunds and reimbursement of certain costs related to blood testing.
- *Weaver v. WebTV*, No. 793551 (Santa Clara Sup. Ct. 2003). Co-lead counsel in certified nationwide consumer class action case alleging consumer fraud and deceptive advertising of computer services and capabilities. Settlement provided the class with a collective award with a guaranteed minimum face value of $6 million.
- *Tepper v. AT&T*, No. 99/18034 (New York Supreme Ct., Westchester County 2002). Lead counsel in consumer class action that stopped the use of improper boosting of signal strength for cellular phones at AT&T stores.

**Selected Case Results in Privacy, Security, and Information Technology**

- *In Re Shop Local*, No. 14PH-CV00044 (Phelps Cty. Cir. Ct. 2014) Lead counsel in a collection of a dozen nationwide cases that resulted in a series of b2 settlements as well as a b3 settlement that provided significant class wide relief, including injunctive relief, to stop numerous major retailers from repurposing consumers' Adobe Flash software to override browser privacy and security settings to track consumers.
- *Kim v. Space Pencil d/b/a Kissmetrics*, No. 3:11-cv-03796-LB (N.D.Cal. 2011). Lead counsel in case related to third-party analytics company's repurposing of consumers' computer resources to override their browser privacy and security settings to track consumers. Settlement resulted in injunctive relief for class that stopped the complained-of tracking activities.
- *Valentine v. NebuAd*, No. C 08-05113 TEH (N.D.Cal. 2011). Lead counsel in case related to ECPA (Wiretap Act) implications of online ad-serving company's use of deep packet inspection for behavioral targeting of online ads. Obtained a *cy pres* fund for ECPA violations.
- *Lane v. Facebook*, No. 5:08-cv-03845-RS (N.D.Cal. 2010). Lead counsel in landmark data privacy case that resulted in $9.5 million *cy pres* award and injunctive relief related to Facebook's Beacon technology. Class settlement was affirmed by the Ninth Circuit, 696 F.3d. 811 (2012).
- *In Re Clearspring Flash Cookie Litig.*, No. 10-cv-05948-GW*; In Re Quantcast Advertising Cookie Litig.*, 10-cv-05484-GW-JCG (C.D.Cal. 2010). Lead counsel in cases that resulted in landmark settlements including *cy pres* funds and injunctive relief that stopped third-party ad and analytics companies' repurposing of consumers' Adobe Flash software to override browser privacy and security settings to track consumers.
- *Slater v. Tagged, Inc.*, No. 3:09-cv-03697-EMC (N.D.Cal. 2010). Lead counsel in data privacy case that resulted in injunctive relief related to social network website's acquisition and use of email address book information.
- *In Re ATI Tech. HDCP Litig.*, No. 5:06-cv-01303-JW (N.D.Cal. 2009). Co-lead counsel in class action related to defective video cards. Settlement provided for replacement of defective cards with upgraded cards.
- *In Re HP Power Plug and Graphic Card Litig.*, No. 06-2254 RMW (N.D.Cal. 2008). In class action related to defective personal computer power plugs, settlement provided for free repairs and reimbursement of affected consumers' out-of-pocket expenses.
- *In Re Sony BMG CD Technologies*, No. 05-cv-09575 (S.D.N.Y. 2006). Co-lead counsel in case that resulted in settlement correcting risk of harm to computer users caused by digital rights management (DRM) software on music CDs. Settlement included replacement of all affected music CDs and an award of additional music CDs to class members.
- *Wormley v. GeoCities*, No. 196032 (Los Angeles Sup. Ct. 2000). Class counsel in case believed to be the first consumer Internet privacy case to recover benefit for affected class members.

**Selected Biographies of Senior Counsel for this matter**

The attorneys of KamberLaw have been recognized as leaders in their fields by state and federal governments, national and international media groups, the courts, and peers. We have testified before legislatures and a variety of federal and state agencies on various consumer issues and have been asked to work on federal and state legislation involving issues of import to consumers. Our attorneys have appeared on national and international television and radio programs to discuss the intersection of technology and the law, and class action and consumer protection issues more generally.

**Scott A. Kamber**, the founding member of KamberLaw LLP and LLC, has served as lead counsel in dozens of class actions resulting in hundreds of millions of dollars in relief for his clients. His cases have set precedents for consumer protection, Internet privacy rights, and data breach liability.

Mr. Kamber worked as a financial consultant and, after entering private legal practice, represented both plaintiffs and defendants in a wide range of commercial litigations, initially at Hughes Hubbard & Reed. His experience in defense practice continues to inform his philosophy of effective litigation.

Mr. Kamber's interest in Internet privacy rights began in the 1990s when he resolved what is believed to be the first Internet privacy case to recover a benefit for impacted class members. His interest in consumer rights and technology extends to new media, and he has led standard-setting litigations and resolutions involving digital rights management for computer software, video games, and music. He was the only plaintiff's class action attorney invited to speak at the international conference of data protection and privacy commissioners, and was the only plaintiff's class action attorney invited by the Israeli Ministry of Justice to speak on the topic of coordinating private class actions with government enforcement. Mr. Kamber was also a keynote speaker for the IAPP annual conference.

In pursuing these matters, Mr. Kamber has gained extensive courtroom experience and tried over 15 cases to verdict. Beyond litigation, Mr. Kamber's commitment to the value of effective negotiation and dispute resolution is apparent through an active and broad international law practice that has taken him to over 30 countries, handling negotiations on five continents, including structured transactions with the Olympic Committees of several Eastern European and Latin American nations. Mr. Kamber has worked to vindicate the rights of African torture victims and worked with the President of the United Nations General Assembly. He frequently lectures on international matters and was a regular speaker and moderator for the Center for International Legal Studies, based in Austria.

Mr. Kamber graduated *cum laude* from the University of California Hastings College of the Law in 1991 where he was *Order of the Coif*, Articles Editor for the *Hastings Constitutional Law Quarterly* and a member of the Moot Court Board. He graduated with University and Departmental Honors from The Johns Hopkins University, where he also had the privilege of serving as partner with Deborah Kravitz on an internationally award-winning parliamentary debate team. He is admitted to practice in the states of Colorado, Missouri, and New York, as well as the United States Supreme Court, the United States Courts of Appeals for the Second and Ninth Circuits, and the United States District Courts for the Southern and Eastern Districts of New York. Mr. Kamber is well versed in the procedures and practices of numerous arbitration forums, both domestic and international.

**Michael Aschenbrener**, a partner at KamberLaw, has been recognized as a leader in class action litigation. His reputation for leadership has led him to be appointed lead counsel in many high-profile class action suits, including cases involving Google, Facebook, T-Mobile, Microsoft, Spokeo, Zynga, and others. In appointing Mr. Aschenbrener interim co-lead counsel in a hotly contested and well-publicized privacy class action, Judge James Ware noted that co-lead counsel "were pioneers in the electronic privacy class action field, having litigated some of the largest consumer class actions in the country on this issue."

Mr. Aschenbrener has appeared in dozens of national and international publications and numerous TV and radio programs to discuss his cases and class action and consumer issues more generally. He regularly speaks at seminars on class action and technology issues. Mr. Aschenbrener is a graduate of the University of Minnesota and Chicago-Kent College of Law.

Before entering the legal field, Mr. Aschenbrener spent several years working in the wireless, computer and Internet marketing industries where he gained significant insight into the business of technology. Prior to joining KamberLaw, Mr. Aschenbrener worked as an in-house attorney for a leading energy research, development, and training organization addressing global energy challenges on matters ranging from litigation to M&A to IP to enterprise risk management. Prior to that, he founded and operated Aschenbrener Law, P.C. and served as Chair of the Technology and Privacy practice group at Edelson P.C. in Chicago.

During law school, Mr. Aschenbrener was an award-winning member of the Moot Court Honor Society, as well

as Editor of the Seventh Circuit Review.

Mr. Aschenbrener's class action work includes, but is not limited to:

- *In re T-Mobile Sidekick Litig.*, 5:09-cv-4854-JW (N.D. Cal.): Mr. Aschenbrener was appointed Class Counsel in cloud computing data loss case against T-Mobile and Microsoft. Case settled for value in excess of $4.9 million.
- *In re Google Referrer Header Privacy Litig.*, 10-cv-4809-EJD (N.D. Cal.) Mr. Aschenbrener was appointed Class Counsel in class action concerning alleged illegal transmission of personally identifiable information of tens of millions of Americans. $8.5 million Class Settlement pending appeal.
- *Turner v. Storm8*, 4:09-cv-5234-CW (N.D. Cal.): Mr. Aschenbrener was appointed Class Counsel in mobile data privacy case against an iPhone app developer. Case settled for value of $8,000,000 plus strong injunctive relief.
- *Evans v. Linden Research, Inc.*, 4:11-cv-1078-DMR (N.D. Cal.). Mr. Aschenbrener was appointed Class Counsel in case alleging the company behind Second Life violated its users property rights by wrongfully confiscating their real world money, virtual money, virtual property, and virtual land. Settlement approved.
- *Resmer v. Oversee.net*, BC 434426 (L.A. Sup. Ct.): Mr. Aschenbrener was appointed Class Counsel in case concerning shill bidding in online auctions for domain names. Case settled for 100% relief plus interest and strong injunctive relief.
- *Gawronski v. Amazon*, 2:09-cv-1084-JCC (W.D. Wash): Mr. Aschenbrener was lead attorney in well-publicized class action concerning alleged remote deletions of electronic books. Case settled for more than 100% relief for putative class members and property rights of e-book purchasers.

**Adam York**, Senior Counsel at KamberLaw, represents individuals in consumer and privacy class actions in courts nationwide. Before joining KamberLaw, Mr. York worked at Aschenbrener Law P.C. where he also litigated consumer and privacy class actions. Prior to joining Aschenbrener Law, Mr. York defended businesses in complex litigation arising from contract disputes and workplace injuries. Mr. York worked for several years as a software developer in the entertainment industry before embarking on his legal career.

Mr. York graduated from Stanford University, where he obtained a Bachelor of Science in environmental economics and policy. Mr. York graduated from Chicago-Kent College of Law, where he was a member of the Moot Court Honor Society. He is admitted to practice in Illinois as well as various federal courts.

4