IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01153-PAB-KLM
(Consolidated with Civil Action Nos. 20-cv-01340-RM-NRN; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re FRONTIER AIRLINES LITIGATION

**[PROPOSED] ORDER GRANTING MOTION TO APPOINT TYCKO & ZAVAREEI LLP AND BURSOR & FISHER, P.A. AS INTERIM LEAD CLASS COUNSEL**

After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED as follows:

Plaintiffs Feliks Obertman and Melissa Young's Motion for Appointment of Interim Class Counsel, pursuant to Federal Rules of Civil Procedure 23(g)(3) is GRANTED. The Court (i) appoints Tycko & Zavareei LLP and Bursor & Fisher, P.A. as interim class counsel and (ii) appoints KamberLaw, LLC as liaison counsel pursuant to Federal Rule of Civil Procedure 23(g)(3). Interim Class Counsel and Liaison Counsel will be generally responsible for the overall conduct of the litigation on behalf of the putative classes and shall have sole authority to do the following:

1. Determine and present to the Court and opposing parties the position of the named plaintiffs and putative class members on all matters arising during pretrial proceedings;

2. Enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

3. Coordinate the initiation and conduct of discovery on behalf of the named plaintiffs and putative class members consistent with the requirements of the Federal Rules of Civil Procedure;

4. Hire expert witnesses and consultants on behalf of the named plaintiffs and putative class members, as needed to prepare for class certification or trial, and

    advance other costs that may be reasonable and necessary to the conduct of the litigation;

5. Have the sole authority to conduct settlement negotiations on behalf of the named plaintiffs and putative class members, and, if appropriate, to enter into a settlement that is fair, reasonable, and adequate on behalf of the putative class members;

6. Monitor the activities of all counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided; and

7. Perform such other duties as may be incidental to the proper prosecution and coordination of pretrial activities on behalf of plaintiffs and putative class members or authorized by further order of this Court.

IT IS SO ORDERED.

Date:_____   _____
                                                                     Hon. Kristen L. Mix
                                                    United States Magistrate Judge