**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01153-PAB-KLM
(Consolidated with Civil Action Nos. 20-cv-01340-RN-NRN; 20-cv-01518-NRN; 20-cv-01689-STV;
20-cv-01751-MEH; and 20-cv-01837-SKC)

In re FRONTIER AIRLINES LITIGATION

---

**DECLARATION OF MICHAEL L. SCHRAG IN SUPPORT OF GIBBS LAW GROUP'S
MOTION FOR APPOINTMENT AS INTERIM CLASS COUNSEL**

---

I, Michael L. Schrag, hereby declare:

1.      I am a partner with Gibbs Law Group LLP, counsel for Plaintiff Lakinya Bess.

2.      I make this declaration in support of Gibbs Law Group's Motion for Appointment as Interim Class Counsel Pursuant to Fed. R. Civ. P. 23(g). I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would testify competently thereto.

3.      Attached as **Exhibit 1** is a copy of Gibbs Law Group's firm resume.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on October 1, 2020 at Oakland, California.

/s/ *Michael L. Schrag*