IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01153-PAB-KLM
(Consolidated with Civil Action Nos. 20-cv-01340-RN-NRN; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re FRONTIER AIRLINES LITIGATION

**[PROPOSED] ORDER GRANTING GIBBS LAW GROUP'S
MOTION FOR APPOINTMENT AS INTERIM CLASS COUNSEL**

On October 1, 2020, Plaintiff Lakinya Bess filed a motion requesting the Court appoint her attorneys as co-lead interim class counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure. On the same date, at least one other competing motion for appointment of interim class counsel was filed.

When faced with competing applications for interim class counsel, the Court is required to appoint the applicant best able to represent the interests of the class.  Fed. R. Civ. P. 23(g)(2).  Having considered the factors set forth in Rule 23(g)(1), the Court finds that Karen Barth Menzies and Michael L. Schrag of Gibbs Law Group would best represent the interests of the putative class in this case, and hereby appoints them to serve as interim class counsel.

Interim class counsel will be generally responsible for the overall conduct of the litigation on behalf of the putative class and will have the following specific responsibilities:

1. To determine and present to the Court and opposing parties the position of Plaintiffs and putative class members on all matters arising during pretrial proceedings;

2. To enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

3. To coordinate the initiation and conduct of discovery on behalf of Plaintiffs and putative class members, including the preparation of joint interrogatories and requests for the production of

documents and the examination of witnesses in depositions;

4. To hire expert witnesses and consultants on behalf of the putative class, as needed to prepare for class certification or trial, and advance other costs that may be reasonable and necessary to the conduct of the litigation;

5. To conduct settlement negotiations on behalf of Plaintiffs and putative class members, where appropriate, and to present any proposed settlements to the Court on behalf of putative class members;

6. To prepare and distribute status reports to any other law firms that may appear in the case to represent putative class members;

7. To monitor the activities of any other law firms that may appear in the case to represent putative class members, and, where appropriate, allocate work assignments to such firms;

8. To collect and maintain all Plaintiffs' counsels' contemporaneously recorded time records, and to ensure that unnecessary expenditures of time and funds are avoided; and

9. To perform such other duties as may be incidental to the proper prosecution and coordination of pretrial activities on behalf of Plaintiffs and the putative class or authorized by further order of this Court.

**IT IS SO ORDERED.**

Dated: _____              _____
                                                     HON. KRISTEN L. MIX
                                                     United States Magistrate Judge