IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01153-PAB-KLM
(Consolidated with Civil Action Nos. 20-cv-01340-RN-NRN; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re FRONTIER AIRLINES LITIGATION

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the **Motions to Appoint Counsel** [#42, #44, #45, #46] (the "Motions"). These Motions have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) and D.C.COLO.L.CivR 72.1(c).  See [#5, #43, #46].

      IT IS HEREBY **ORDERED** that a hearing on the Motions [#42, #44, #45, #46] is set for **December 10, 2020,** at **1:30 p.m.**  The hearing shall be by video tele-conference, and counsel who seek to be appointed as interim lead counsel shall participate.  Instructions for calling in for the video tele-conference hearing shall be sent out at a date closer to the hearing.

      Dated:  October 14, 2020