IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01153-PAB-KLM

MELISSA YOUNG, individually and on
behalf of others similarly situated,

        Plaintiffs,

v.

FRONTIER AIRLINES, INC.

        Defendant.

**NOTICE OF CHANGE OF ADDRESS**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that counsel for Plaintiffs at Ahdoot & Wolfson, PC has a change of address and requests that the Court and counsel amend their records to reflect such change. Counsel's old address was as follows:

10728 Lindbrook Drive

Los Angeles, CA 90024

Counsel respectfully requests that all orders, notices, pleadings, letters, and all other communication to Ahdoot & Wolfson, PC shall be addressed to the following new address:

2600 West Olive Ave., Suite 500

Burbank, CA 91505

Dated: November 25, 2020                                      Respectfully submitted,

*/s/ Tina Wolfson*
Tina Wolfson, CA Bar No. 174806
AHDOOT & WOLFSON, PC
2600 West Olive Ave., Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
twolfson@ahdootwolfson.com

## CERTIFICATE OF SERVICE

      I, Tina Wolfson, hereby certify that on November 25, 2020, I filed a true and correct copy of the above document with the Clerk of the court in accordance with the Court's Rules on Electronic Service, which caused notification of filing to be sent to all counsel of record.

                                                                         */s/ Tina Wolfson*  
                                                                          Tina Wolfson