IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Civil Action: 20-cv-1153-PAB-KLM | FTR - Reporter Deck - Courtroom A401 |
| Date: December 10, 2020 | Courtroom Deputy:  Laura Galera |

*Parties:*  *Counsel:*

MELISSA YOUNG, ET AL.,        Yeremey Krivoshey
                              Tina Wolfson
    Plaintiffs,               Jamie Hubbard
                              Karen Menzies
                              Annick Persinger
                              Shanon Carson

v.

FRONTIER AIRLINES, INC.,      David Ross
                              Jason Melichar
    Defendant.

### COURTROOM MINUTES

**MOTION HEARING (BY VIDEO CONFERENCE)**
**Court in session:   1:43 p.m.**

Argument by counsel as to Motion to Appoint Tina Wolfson as Interim Lead Class Counsel by Plaintiffs Jamie Sweet and Stephanie Faust [42], Plaintiffs' Motion to Appoint Interim Class Counsel Under Rule 23(G) [44], Motion to Appoint Interim Co-Lead Counsel and Liaison Counsel [45] and Gibbs Law Group's Motion for Appointment as Interim Class Counsel [46].

For the reasons as stated on the record it is:

**ORDERED:**   Motion to Appoint Tina Wolfson as Interim Lead Class Counsel by Plaintiffs Jamie Sweet and Stephanie Faust [42], Plaintiffs' Motion to Appoint Interim Class Counsel Under Rule 23(G) [44], Motion to Appoint Interim Co-Lead Counsel and Liaison Counsel [45] and Gibbs Law Group's Motion for Appointment as Interim Class Counsel [46] are **TAKEN UNDER ADVISEMENT.** The Court will issue a written order in due course.

HEARING CONCLUDED.
**Court in recess:    2:22 p.m.**
Total Time:   00:39

To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.