# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-01153-PAB-KLM

(Consolidated with Civil Action Nos. 20-cv-01340-RM-RNR; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re: FRONTIER AIRLINES LITIGATION

## MOTION FOR ENTRY OF BILLING AND TIMEKEEPING PROTOCOL

Pursuant to the Court's Order appointing Interim Co-Lead Counsel and Liaison Counsel (ECF No. 52 at 5-6), Interim Co-Lead and Liaison Counsel request that the Court enter the Billing and Timekeeping Protocol attached hereto as Exhibit A to be followed by all counsel requested to perform work for Plaintiffs in the above-captioned actions.

Date: December 24, 2020

                                    Respectfully submitted,

                                    */s/ Jamie Hubbard*
                                    Kathryn J. Stimson
                                    Jamie Hubbard
                                    **STIMSON STANCIL LABRANCHE HUBBARD, LLC**
                                    1652 Downing Street
                                    Denver, CO 80218
                                    Telephone: 720-689-8909
                                    Email: StimsonStancil@sslhlaw.com

                                    ***Interim Liaison Counsel***

                                    Nyran Rose Rasche
                                    **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
                                    150 S. Wacker, Suite 3000

1

Chicago, IL 60606
Telephone: (312) 782-4880
Email: nrasche@caffertyclobes.com

Bryan L. Clobes
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe St.
Media, PA 19063
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com

Shanon J. Carson
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
scarson@bm.net

John G. Albanese
**BERGER MONTAGUE PC**
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel: (612) 594-5997
jalbanese@bm.net

*Interim Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I certify that on this 24th day of December, 2020, a true and correct copy of the foregoing **MOTION FOR ENTRY OF BILLING AND TIMEKEEPING PROTOCOL** was filed and served via CM/ECF, which will send notification of such filing to all CM/ECF registrant(s) who have entered an appearance in this case.

*s/Jamie Hubbard*