# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01153-PAB-KLM

(Consolidated with Civil Action Nos. 20-cv-01340-RM-RNR; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re: FRONTIER AIRLINES LITIGATION

## PLAINTIFF FELIKS OBERTMAN'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Feliks Obertman hereby dismisses all his claims in this action, in their entirety and without prejudice, against Frontier Airlines, Inc., with each party to bear its own fees, costs, and expenses.

Dated:  December 28, 2020

By: */s/Annick M. Persinger*
Annick M. Persinger
**TYCKO & ZAVAREEI, LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone No.: 510-254-6808
Facsimile No.: 202-973-0950
apersinger@tzlegal.com

*Attorney for Plaintiff Feliks Obertman*