IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01153-PAB-KLM

(Consolidated with Civil Action Nos. 20-cv-01340-RM-RNR; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re: FRONTIER AIRLINES LITIGATION

**[PROPOSED] ORDER GRANTING PLAINTIFF FELIKS OBERTMAN'S NOTICE OF VOLUNTARY DISMISSAL**

On December 28, 2020 Plaintiff Feliks Obertman moved this Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) for an order dismissing his individual claims against Defendant Frontier Airlines, Inc without prejudice. Having reviewed Plaintiff Obertman's request, it is hereby **ORDERED**:

Plaintiff Feliks Obertman's individual claims against Frontier Airlines, Inc. are DISMISSED WITHOUT PREJUDICE.

Each party shall bear its own fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: _____       _____

Hon. Philip A. Brimmer
Chief United States District Judge