**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 20-cv-01153-PAB-KLM

(Consolidated with Civil Action Nos. 20-cv-01340-RM-RNR; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re: FRONTIER AIRLINES LITIGATION

**JOINT STATUS REPORT AND SCHEDULING PROPOSAL**

Pursuant to the Court's order (ECF No. 53), Co-Lead Counsel for Plaintiffs in the above-captioned consolidated actions (the "Consolidated Actions") ("Plaintiffs"), and Defendant Frontier Airlines, Inc. ("Defendant") (collectively, the "Parties"), through their undersigned counsel, have met and conferred on December 30, 2020 and respectfully submit this Joint Status Report and Scheduling Proposal:

1. The motion to dismiss in Case No. 20-cv-1153, ECF No. 30, is withdrawn and the motions to dismiss and to strike in Case No. 20-cv-1689, ECF Nos. 21 and 22, are moot in light of the voluntary dismissal of that case, ECF No. 56;

2. Plaintiffs shall file a Consolidated Class Action Complaint on or before January 29, 2021, which shall supersede any other pending complaints in the Consolidated Actions;

3. Defendant shall respond to the Consolidated Class Action Complaint on or before February 26, 2021, and if Defendant files any motion pursuant to Rule 12 of the Federal Rules of Civil Procedure, Plaintiffs' response shall be due on or before March 19, 2021, and any reply brief shall be filed on or before April 9, 2021;

1

4. The Parties have competing initial scheduling proposals:

**Plaintiffs' Proposal**:

The Parties shall hold their Federal Rules of Civil Procedure 26(f) Conference by February 5, 2021 and shall submit their proposed joint schedule or competing schedules to the Court on or before February 12, 2021. Initial disclosures shall be exchanged by February 8, 2021. Discovery should not be stayed here especially given that it has been over six months since the first complaint was filed in this matter.

**Defendant's Proposal:**

No later than seven days after the Court rules on any motion filed by Defendant in response to the Consolidated Class Action Complaint, the parties (who will then know the contours of the case, including whether Plaintiffs' putative class action claims can proceed), shall meet and confer regarding an initial schedule encompassing the exchange of initial disclosures and holding their Federal Rules of Civil Procedure 26(f) Conference and shall submit their proposed schedule to the Court. Discovery is stayed pending the Court's ruling on any motion filed by Defendant in response to the Consolidated Class Action Complaint.

Dated: January 4, 2021

Respectfully submitted,

*s/ Jamie Hubbard*
Kathryn J. Stimson
Jamie Hubbard
**STIMSON STANCIL LABRANCHE HUBBARD, LLC**
1652 Downing Street
Denver, CO 80218
Telephone: 720-689-8909
Email: stimson@sslhlaw.com
           hubbard@sslhlaw.com

*Interim Liaison Counsel*

Nyran Rose Rasche
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
150 S. Wacker, Suite 3000
Chicago, IL 60606
Telephone: (312) 782-4880
Email: nrasche@caffertyclobes.com

Bryan L. Clobes
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe St.
Media, PA 19063
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com

Shanon J. Carson
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: scarson@bm.net

John G. Albanese
**BERGER MONTAGUE PC**
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel: (612) 594-5997
Email: jalbanese@bm.net

*Interim Co-Lead Counsel*

3

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*s/ Jason D. Melichar*
Jason D. Melichar, Esq.
R. Joseph Isert, Esq.
1225 17th Street, Suite 2750
Denver, CO 80202
(303) 572-5300
(303) 573-5301 (fax)
jason.melichar@wilsonelser.com
joe.isert@wilsonelser.com

William J. Katt, Esq.
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI 53203
(414) 276-8816
(414) 276-8819 (fax)
william.katt@wilsonelser.com

Patrick J. Kearns, Esq.
401 West A Street Suite 1900
San Diego, CA 92101
(619) 321-6200
(619) 321-6201 (fax)
patrick.kearns@wilsonelser.com

David M. Ross, Esq.
1500 K Street, NW, Suite 330
Washington, D.C. 20005
(202) 626-7660
(202) 628-3606 (fax)
david.ross@wilsonelser.com

*Attorneys for Defendant Frontier Airlines, Inc.*