IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01153-PAB-KLM
(Consolidated with Civil Action Nos. 20-cv-01340-RN-NRN; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re FRONTIER AIRLINES LITIGATION

_____

**MINUTE ORDER**

_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the **Motion for Entry of Billing and Timekeeping Protocol** [#54] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#54] is **GRANTED**. The Billing and Timekeeping Protocol attached as Exhibit A to the Motion [#54] is **approved** and shall be separately entered on the electronic docket.

Dated:  January 8, 2021