**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01153-PAB-KLM
(Consolidated with Civil Action Nos. 20-cv-01340-RN-NRN; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re FRONTIER AIRLINES LITIGATION

**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFFS JAMIE SWEET AND STEPHANIE FAUST**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Jamie Sweet and Stephanie Faust hereby dismiss all their claims in this action, in their entirety and without prejudice, against Defendant Frontier Airlines, with each party to bear its own fees, costs, and expenses.

Respectfully submitted,

Dated: February 25, 2021

*/s/ Tina Wolfson*
Tina Wolfson
**AHDOOT & WOLFSON, PC**
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: 310-474-9111
Fax: 310-474-8585
twolfson@ahdootwolfson.com

David R. Dubin
Nicholas A. Coulson
**LIDDLE & DUBIN, P.C.**
975 E. Jefferson Ave.

1

Detroit, Michigan 48207
Tel: 313-392-0015
Fax: 313-392-0025
ddubin@ldclassaction.com
ncoulson@ldclassaction.com

*Counsel for Plaintiffs Sweet and Faust*

2