IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01153-PAB-KLM
(Consolidated with Civil Action Nos. 20-cv-01340-RM-NRN; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC )

In re FRONTIER AIRLINES LITIGATION

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

This matter comes before the Court on the Notice of Voluntary Dismissal by Plaintiffs Jamie Sweet and Stephanie Faust [Docket No. 64]. Plaintiffs Sweet and Faust seek to dismiss their claims against Frontier Airlines without prejudice. Docket No. 64 at 1.

Despite Rule 41(a)(1)'s reference to the dismissal of an "action," the weight of authority permits a dismissal of all claims pursuant to Rule 41(a)(1)(A) against fewer than all defendants. *See Montoya v. FedEx Ground Package System, Inc.*, 614 F.3d 145, 148 (5th Cir. 2010); *Blaize-Sampeur v. McDowell*, 2007 WL 1958909, at *2 (E.D.N.Y. June 29, 2007) (noting that, although the Second Circuit had previously stated otherwise, it had "since adopted the approach of the majority of courts in other circuits – that is, that Rule 41(a) does not require dismissal of the action in its entirety" and permits dismissal of all claims as to a single defendant). Furthermore, "[*u*]*nless the notice or stipulation states otherwise*, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B) (emphasis added). Therefore, all claims asserted by plaintiffs Jamie Sweet and Stephanie Faust against Frontier Airlines were dismissed without prejudice as of the entry of the notice of dismissal [Docket No. 64]. No order of dismissal is necessary.

DATED February 25, 2021.