**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 20-cv-01153-PAB-KLM

(Consolidated with Civil Actions Nos. 20-cv-01340-RM-RNR; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re: FRONTIER AIRLINES LITIGATION

**Plaintiffs' Unopposed Motion for Extension of Time to File Response to Motion to Dismiss and For Additional Pages**

Plaintiffs Nelcy Alexa Rivera-De Leon, Stephanie Muters, Shirley Johnson, Jeffrey Bone, ChaCha Powell, Danielle Porreca, David Dickstein, and Kelli Capra (collectively, "Plaintiffs"), on behalf of the putative class, through counsel, move the Court to extend Plaintiffs' time to respond to Defendant Frontier Airlines, Inc.'s ("Defendant") motion to dismiss (ECF No. 63) and to also permit Plaintiffs' response to be up to 20 pages in length.

*Certificate of Conferral:* Plaintiffs' counsel conferred with Defendant Frontier Airlines, Inc.'s counsel via telephone and email on March 15, 2021 regarding the relief sought in this motion. Defendant consents to the requested extension of time and does not object to Plaintiffs' request for their response to be up to 20 pages in length, so long as, to the extent that the Court is inclined to give Plaintiffs an additional five pages of briefing, Defendant's reply is similarly extended by five pages, and is accordingly allowed to be up to 15 pages in length.

On December 16, 2020, the Court appointed the Cafferty Clobes/Berger Montague Team as Interim Co-Lead Counsel and Stimson Stancil LaBranche Hubbard as liaison counsel. (ECF

No. 52.) On January 4, 2021, Plaintiffs and Defendant Frontier Airlines, Inc. submitted a status report (ECF No. 57) with the following agreed filing deadlines.

| | |
|---|---|
| Plaintiffs' Consolidated Class Action Complaint | January 29, 2021 |
| Defendant's Response to the Consolidated Complaint | February 26, 2021 |
| Plaintiffs' Response to any Rule 12 motion | March 19, 2021 |
| Defendant's Reply | April 9, 2021 |

Plaintiffs filed their Consolidated Class Action Complaint on January 29, 2021. (ECF No. 62.) Defendant filed its motion to dismiss on February 22, 2021. (ECF No. 63.) Defendant's motion raises various arguments for dismissal including arguments regarding the enforceability of the class action waiver in Defendant's contract along with numerous merits arguments. Under the local rules, Plaintiffs' response is due on March 15, 2021. Per Judge Brimmer's Practice Standards (Civil Cases) III.A, Plaintiffs' response is limited to 15 pages.

Consistent the Parties' agreed-upon dates set forth in the status report, Plaintiffs request until March 19, 2021 to file their response to Defendants' motion to dismiss. Moreover, Plaintiffs request an additional five pages for their response to address sufficiently the numerous issues raised by Defendant's motion.

Dated: March 15, 2021.

Respectfully submitted,

*s/ Jamie Hubbard*
Jamie Hubbard
Kathryn J. Stimson
STIMSON STANCIL LABRANCHE
HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Telephone: (720) 689-8909
Email: hubbard@sslhlaw.com;
         stimson@sslhlaw.com

*Interim Liaison Counsel*

Daniel O. Herrera
Christopher P.T. Tourek
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
150 S. Wacker, Suite 3000
Chicago, IL 60606
Telephone: (312) 782-4880
Email: dherrera@caffertyclobes.com
         ctourek@caffertyclobes.com

Bryan L. Clobes
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
205 N. Monroe St.
Media, PA 19063
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com

Shanon J. Carson
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: scarson@bm.net

3

        John G. Albanese
        BERGER MONTAGUE PC
        43 SE Main Street, Suite 505
        Minneapolis, MN 55414
        Tel: (612) 594-5997
        Email: jalbanese@bm.net

        *Interim Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March 2021, a true and correct copy of the foregoing *Plaintiffs' Unopposed Motion for Extension of Time to File Response to Motion to Dismiss and for Additional Pages* was filed with the Clerk of Court via the CM/ECF filing system, which will send notification of such filing to all CM/ECF registrant(s) who have entered an appearance in this case.

        *s/ Brenda Rodriguez*
        Brenda Rodriguez