**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 20-cv-01153-PAB-KLM

(Consolidated with Civil Actions Nos. 20-cv-01340-RM-RNR; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re: FRONTIER AIRLINES LITIGATION

---

**[PROPOSED] ORDER**

---

Upon consideration of Plaintiffs' Motion for Extension and Additional Pages and for good cause shown, the Court hereby GRANTS Plaintiffs' motion. Plaintiffs' Response to Defendant's motion to dismiss shall be filed on or before March 19, 2021, and Plaintiffs' Response may be up to 20 pages in length, and Defendant's reply shall be filed on or before April 9, 2021, and Defendant's reply may be up to 15 pages in length.

**IT IS SO ORDERED.**

_____
Hon. Philip A. Brimmer
Chief Judge