# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-01153-PAB-KLM

(Consolidated with Civil Actions Nos. 20-cv-01340-RM-RNR; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re: FRONTIER AIRLINES LITIGATION

## Plaintiffs' Notice of Supplemental Authority

Plaintiffs Nelcy Alexa Rivera-De Leon, Stephanie Muters, Shirley Johnson, Jeffrey Bone, ChaCha Powell, Danielle Porreca, David Dickstein, and Kelli Capra (collectively, "Plaintiffs"), individually and on behalf of the proposed class, through counsel, respectfully submit this notice of supplemental authority in connection with Defendant Frontier Airlines, Inc.'s motion to dismiss. (ECF No. 63.) On March 26, 2021, in *Ide v. British Airways PLC,* No. 20-cv-3542 (S.D.N.Y.), U.S. District Judge Jesse Furman denied in large part Defendant British Airways' motion to dismiss in a case alleging that British Airways failed to provide refunds as required by its contract of carriage after cancelling flights due to the COVID-19 pandemic. In *Bombin v. Southwest Airlines Co.*, No. 5:20-cv-1883 (E.D. Pa.), U.S. District Judge John Gallagher denied Southwest's motion to dismiss finding that the plaintiffs had stated plausible claims for breach of contract for Southwest's failure to provide refunds for pandemic-related cancellations. The opinions are attached as Exhibits A and B.

Dated: March 31, 2021					Respectfully submitted,


						<u>s/ Jamie Hubbard</u>
						Jamie Hubbard
						Kathryn J. Stimson
						STIMSON STANCIL LABRANCHE HUBBARD
						1652 Downing Street
						Denver, CO 80218
						Tel./Fax: (720) 689-8909
						Email: hubbard@sslhlaw.com;
							 stimson@sslhlaw.com

						*Interim Liaison Counsel*

						Daniel O. Herrera
						Christopher P.T. Tourek
						CAFFERTY CLOBES MERIWETHER &
						SPRENGEL LLP
						150 S. Wacker, Suite 3000
						Chicago, IL 60606
						Telephone: (312) 782-4880
						Email: dherrera@caffertyclobes.com
							 ctourek@caffertyclobes.com

						Bryan L. Clobes
						CAFFERTY CLOBES MERIWETHER &
						SPRENGEL LLP
						205 N. Monroe St.
						Media, PA 19063
						Telephone: (215) 864-2800
						Email: bclobes@caffertyclobes.com

						Shanon J. Carson
						BERGER MONTAGUE PC
						1818 Market Street, Suite 3600
						Philadelphia, PA 19103
						Tel: (215) 875-3000
						Fax: (215) 875-4604
						Email: scarson@bm.net

                                          John G. Albanese
                                          BERGER MONTAGUE PC
                                          43 SE Main Street, Suite 505
                                          Minneapolis, MN 55414
                                          Tel: (612) 594-5997
                                          Email: jalbanese@bm.net

                                          *Interim Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March 2021, a true and correct copy of the foregoing **Notice of Supplemental Authority** was filed with the Clerk of Court via the CM/ECF filing system, which will send notification of such filing to all CM/ECF registrant(s) who have entered an appearance in this case.

                                          *s/ Brenda Rodriguez*
                                          Brenda Rodriguez