UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-01153-PAB-KLM

(Consolidated with Civil Actions Nos. 20-cv-01340-RM-RNR; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re: FRONTIER AIRLINES LITIGATION

**Plaintiffs' Reply to Notice of Supplemental Authority**

Plaintiffs Nelcy Alexa Rivera-De Leon, Stephanie Muters, Shirley Johnson, Jeffrey Bone, ChaCha Powell, Danielle Porreca, David Dickstein, and Kelli Capra (collectively, "Plaintiffs"), individually and on behalf of the proposed class, through counsel, respectfully submit this reply to Defendant's Response to Plaintiff's Notice of Supplemental Authority. (ECF No. 71.) Plaintiffs' Notice of Supplement Authority (ECF No. 70) did not contain any argument and merely cited and attached the decisions issued. In its response, Defendant spends over two pages making additional arguments in support of its motion to dismiss. This is improper and especially so here where both decisions were issued prior to the date on which Defendant filed its reply brief in support of its motion to dismiss. To the extent the Court considers Defendant's response, Plaintiffs submit this reply to address Defendant's response.

First, Defendant argues that the failure of one of the plaintiffs in *Ide v British Airways,* 2021 U.S. Dist. LEXIS 58192 (S.D.N.Y. Mar. 26, 2021) to oppose British Airways' motion to compel arbitration on an individual basis "supports enforcement of Frontier's class action bar." (ECF No. 71 at 2.) Frontier's class action bar, however, is not tied to an arbitration agreement, and does not

implicate the federal policies regarding enforcement of arbitration agreements as required by the Federal Arbitration Act.  As set forth in *Bonanno v. Quizno's Franchise Co., LLC*, 2009 WL 1068744, at *12 (D. Colo. Apr. 20, 2009), cases involving class action bars in the context of mandatory arbitration "offer little precedential value because, in most instances, they rely on wholly inapplicable legal standards." (ECF No. 68 at 2.)  The decision in *Bombin v. Southwest Airlines Co.,* 2021 U.S. Dist. LEXIS 58862 (E.D. P.a. Mar. 29, 2021) supports Plaintiffs' argument that a decision on whether to enforce Defendant's class action bar is better made on a complete record after discovery.  (ECF No. 68 at 2).

Second, Defendant argues that the cases support Defendant's position that it did not breach its contract because the contract permits Frontier to provide a travel voucher.  (ECF No. 71 at 2.)  Not so. The decision in *Ide,* 2021 U.S. Dist. LEXIS 58192, at *13-*20, recognizes that a voucher is not equivalent to a cash refund and that hindering a party's ability to seek a contractual refund is a breach of contract.  Plaintiffs here allege that Defendant refused to provide refunds for flights that Defendant cancelled, and interfered with Plaintiffs' contractual rights by sending misleading emails inducing Plaintiffs to cancel reservations on flights that Frontier intended to cancel.  (ECF No. 68 at 7, 9-11)  Further, given the circumstances of the pandemic that render a 90-day travel credit completely worthless here, rescission and restitution are appropriate remedies as well.  (*Id.* at 5-6.)

Dated: April 6, 2021	Respectfully submitted,

<div style="margin-left: 40%;">

*s/ Jamie Hubbard*
Jamie Hubbard
Kathryn J. Stimson
STIMSON STANCIL LABRANCHE
HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Tel./Fax: (720) 689-8909
Email: hubbard@sslhlaw.com;
           stimson@sslhlaw.com

***Interim Liaison Counsel***

Daniel O. Herrera
Christopher P.T. Tourek
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
150 S. Wacker, Suite 3000
Chicago, IL 60606
Telephone: (312) 782-4880
Email: dherrera@caffertyclobes.com
           ctourek@caffertyclobes.com

Bryan L. Clobes
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
205 N. Monroe St.
Media, PA 19063
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com

Shanon J. Carson
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Fax: (215) 875-4604
Email: scarson@bm.net

</div>

John G. Albanese
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5997
Email: jalbanese@bm.net

*Interim Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April 2021, a true and correct copy of the foregoing *Plaintiffs' Reply to Notice of Supplemental Authority* was filed with the Clerk of Court via the CM/ECF filing system, which will send notification of such filing to all CM/ECF registrant(s) who have entered an appearance in this case.

*s/ Brenda Rodriguez*
Brenda Rodriguez

4