UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-01153-PAB-KLM

(Consolidated with Civil Actions Nos. 20-cv-01340-RM-RNR; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re: FRONTIER AIRLINES LITIGATION

**Plaintiffs' Motion to Set Scheduling Conference**

Plaintiffs Nelcy Alexa Rivera-De Leon, Stephanie Muters, Shirley Johnson, Jeffrey Bone, ChaCha Powell, Danielle Porreca, David Dickstein, and Kelli Capra (collectively, "Plaintiffs") move the Court to set a scheduling conference in this matter.

*Certificate of Conferral:* Plaintiffs conferred with Defendant on April 19, 2021 and Defendant opposes this Motion.

This action commenced on April 23, 2020. (ECF No. 1.) Shortly thereafter, the court issued an Order setting a scheduling conference for August 13, 2020 with a deadline for the Rule 26(f) conference of July 16, 2020. (ECF No. 6.)

Given the consolidation of multiple actions and the anticipated briefing regarding appointment of class counsel, the parties filed a consent motion to continue the scheduling conference for 60 days. (ECF No. 31.) That motion was granted and the scheduling conference was reset to October 13, 2020. (ECF No. 34.) On October 8, 2020, the Court vacated the October 13, 2020 date and stated that the scheduling conference would be "reset after appointment of interim lead counsel." (ECF No. 48.)

On December 16, 2020, the Court appointed the Cafferty Clobes and Berger Montague as Interim Co-Lead Counsel and Stimson Stancil LaBranche Hubbard as Liaison Counsel. (ECF No. 52.) Given that lead counsel were appointed over four months ago, and in accordance with the Court's October 8, 2020 Minute Order, Plaintiffs ask the Court to reset the scheduling conference.

Defendant opposes this motion because it does not believe a scheduling conference is appropriate until its pending motion to dismiss is decided. But the filing of a motion to dismiss does not stay holding an initial scheduling conference or allowing discovery. *String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 1:02-CV-01934-LTB-PA, 2006 WL 894955, at *2 (D. Colo. Mar. 30, 2006) ("The Federal Rules of Civil Procedure do not expressly provide for a stay of proceedings.").

This case has been pending for nearly a year without a scheduling conference or any discovery. Delaying the scheduling conference until after the motion to dismiss is resolved would effectively and indefinitely stay all discovery, which is disfavored in this district. *Wason Ranch Corp. v. Hecla Mining Co.*, 1:07-cv-267-EWN, 2007 WL 1655362, at *1 (D. Colo. June 6, 2007). Accordingly, Plaintiffs ask the Court to set a scheduling conference so the case may proceed.

Dated: April 20, 2021                                        Respectfully submitted,

                                                             */s/*   Jamie Hubbard
                                                             Jamie Hubbard
                                                             Kathryn J. Stimson
                                                             STIMSON STANCIL LABRANCHE HUBBARD
                                                             1652 Downing Street
                                                             Denver, CO 80218
                                                             Telephone: 720-689-8909
                                                             Email: hubbard@sslhlaw.com;
                                                             stimson@sslhlaw.com

*Interim Liaison Counsel*

Daniel O. Herrera
Christopher P.T. Tourek
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
150 S. Wacker, Suite 3000
Chicago, IL 60606
Telephone: (312) 782-4880
Email: dherrera@caffertyclobes.com
          ctourek@caffertyclobes.com

Bryan L. Clobes
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
205 N. Monroe St.
Media, PA 19063
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com

Shanon J. Carson
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: scarson@bm.net

John G. Albanese
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel: (612) 594-5997
Email: jalbanese@bm.net

*Interim Co-Lead Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of April 2021, a true and correct copy of the foregoing **Plaintiffs' Motion to Set Scheduling Conference** was filed with the Clerk of Court via the CM/ECF filing system, which will send notification of such filing to all CM/ECF registrant(s) who have entered an appearance in this case.

                                            *s/ Jamie Hubbard*
                                            Jamie Hubbard