IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01153-PAB-KLM
(Consolidated with Civil Action Nos. 20-cv-01340-RN-NRN; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re FRONTIER AIRLINES LITIGATION

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff's Motion to Set Scheduling Conference** [#76] (the "Motion"). Defendant opposes the Motion [#76] in its Response [#78], arguing that discovery should be stayed pending resolution of its Motion to Dismiss [#63].

The Court finds that the Motion [#76] should be granted. The Court indicated that a scheduling conference would be set after appointment of interim counsel (*see* #48], which has now occurred [#52]. Defendant's request for a stay of discovery in its Response [#378] must be made in a separate motion. *See* D.C.COLO.LCivR 7.1(d) ("[a] motion shall not be included in a response or reply to the original motion. . . [and] shall be filed as a separate document.") Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#76] is **GRANTED**. A Scheduling Conference is set for **June 1, 2021**, at **11:00 a.m.**

Dated: April 23, 2021