UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-01153-PAB-KLM

(Consolidated with Civil Actions Nos. 20-cv-01340-RM-RNR; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re: FRONTIER AIRLINES LITIGATION

NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Nickolas J. Hagman of the law firm Cafferty Clobes Meriwether & Sprengel LLP hereby enters his appearance on behalf of Plaintiffs Nelcy Alexa Rivera-De Leon, Stephanie Muters, and Shirley Johnson, and requests that he receive copies of all electronic filings in this matter. Counsel certifies that he is a member in good standing of the bar of this Court.

Dated: June 10, 2021                    Respectfully submitted,

                                        *s/ Nickolas J. Hagman*
                                        Nickolas J. Hagman
                                        CAFFERTY CLOBES MERIWETHER &
                                        SPRENGEL, LLP
                                        150 South Wacker Drive, Ste. 3000
                                        Chicago, IL 60606
                                        Tel: (312) 782-4880
                                        Email: nhagman@caffertyclobes.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June 2021, a true and correct copy of the foregoing *Notice of Entry of Appearance* was filed with the Clerk of Court via the CM/ECF filing system, which will send notification of such filing to all CM/ECF registrant(s) who have entered an appearance in this case.

*s/   Nickolas J. Hagman*