**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 20-cv-01153-PAB-KLM

(Consolidated with Civil Actions Nos. 20-cv-01340-RM-RNR; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re: FRONTIER AIRLINES LITIGATION

**JOINT SUPPLEMENT TO SCHEDULING ORDER**

Plaintiffs Nelcy Alexa Rivera-De Leon, Stephanie Muters, Shirley Johnson, Jeffrey Bone, ChaCha Powell, Danielle Porreca, David Dickstein, and Kelli Capra (collectively, "Plaintiffs"), and Defendant Frontier Airlines, Inc. ("Frontier") (together, with Plaintiffs, "the Parties"), by and through their respective counsel, jointly supplement the Scheduling Order, ECF 85, as follows:

**4. UNDISPUTED FACTS**

The following facts are undisputed:

1. Exhibit A to Plaintiffs' Consolidated Class Action Complaint is an accurate copy of Frontier's Contract of Carriage effective 10/25/19.

2. Exhibit B to Plaintiffs' Consolidated Class Action Complaint is an accurate copy of Frontier's Contract of Carriage effective 5/14/20.

3. On December 16, 2019, Plaintiff Nelcy Rivera-De Leon purchased four tickets to fly round-trip on Frontier between Tampa, Florida and San Juan, Puerto Rico on March 13, 2020 and March 20, 2020. She booked her flights directly through Frontier and paid approximately $483.00 for her Frontier tickets.

4. In February 2020, Plaintiff Stephanie Muters purchased two airline tickets to fly round-trip on Frontier between Syracuse, New York and Tampa, Florida on April 5, 2020 and April 13, 2020, respectively, paying $849.60. She booked her flights directly through Frontier.

5. On February 27, 2020, Plaintiff Shirley Johnson purchased an airline ticket directly from Frontier online for $797.83. She purchased airfare for a round-trip flight from Philadelphia, Pennsylvania to Orlando, Florida departing April 18, 2020 and returning April 25, 2020.

6. In February 2020, Plaintiff Jeffrey Bone booked a flight on Frontier from St. Louis, Missouri to Cancun, Mexico through Frontier's website, paying $1,352.72.

7. On or around December 20, 2019, Plaintiff Danielle Porreca booked a flight on Frontier from Philadelphia, Pennsylvania to Las Vegas, Nevada for her and another passenger, scheduled for May 13, 2020. She paid $604.20 out-of-pocket for the trip and used a $25 voucher.

8. In February and March 2020, Plaintiff ChaCha Powell booked a few flights on Frontier from Trenton, New Jersey to Jacksonville, Florida, and Atlanta, Georgia.

9. In January 2020, Plaintiff David Dickstein booked a non-stop flight on Frontier from Las Vegas, Nevada to Orlando, Florida to depart on March 29, 2020. On March 28, 2020, Frontier cancelled Plaintiff Dickstein's flight and rebooked him on a flight that connected through Chicago.

10. In January 2020, Plaintiff Kelli Capra booked flights through Frontier's website from Denver, Colorado to Puerto Vallarta, Mexico, totaling $5,132.75.

11. Defendant Frontier Airlines, Inc. is a corporation organized under the laws of the State of Colorado with a principal place of business at 4545 Airport Way, Denver, Colorado 80239.

Dated: June 11, 2021                                 Respectfully submitted,

| */s/ Jamie Hubbard*_____ | */s/ David M. Ross*_____ |
|---|---|
| Kathryn J. Stimson<br>Jamie Hubbard<br>STIMSON STANCIL LABRANCHE<br>HUBBARD, LLC<br>1652 Downing Street<br>Denver, CO 80218<br>Tel: (720) 689-8909<br>Email: stimson@sslhlaw.com<br>          hubbard@sslhlaw.com<br><br>*Interim Liaison Counsel*<br><br>Bryan L. Clobes<br>CAFFERTY CLOBES MERIWETHER &<br>SPRENGEL LLP<br>205 N. Monroe St.<br>Media, PA 19063<br>Tel: (215) 864-2800<br>Email: bclobes@caffertyclobes.com<br><br>Shanon J. Carson<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>Fax: (215) 875-4604<br>Email: scarson@bm.net<br><br>*Interim Co-Lead Counsel*<br><br>Attorneys for Plaintiffs | Jason D. Melichar<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER<br>1225 17th Street, Suite 2750<br>Denver, CO 80202<br>Telephone: 303-572-5300<br>Email: jason.melichar@wilsonelser.com<br><br>William J. Katt<br>740 N. Plankinton Avenue, Suite 600<br>Milwaukee, WI 53203<br>Telephone: 414-276-8816<br>Email: william.katt@wilsonelser.com<br><br>Kathryn A. Grace<br>8444 Westpark Drive, Suite 510<br>McLean, VA 22102<br>Telephone: 703.852.7869<br>Email: kathryn.grace@wilsonelser.com<br><br>Patrick A. Kearns<br>401 West A Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619-321-6200<br>Email: patrick.kearns@wilsonelser.com<br><br>David M. Ross<br>1500 K St., NW, Suite 330<br>Washington, DC 20005<br>Telephone: 202-626-7687<br>Email: david.ross@wilsonelser.com<br><br>Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June 2021, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF filing system, which will send notification of such filing to all CM/ECF registrant(s) who have entered an appearance in this case.

*s/ Jamie Hubbard*