**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 20-cv-01153-PAB-KLM

(Consolidated with Civil Action Nos. 20-cv-01340-RM-RNR; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re: FRONTIER AIRLINES LITIGATION

**AGREED MOTION FOR ENTRY OF STIPULATED ORDER**

Plaintiffs and Defendant jointly request that the Court enter the parties' Stipulated Order (attached hereto as Exhibit A) regarding protections provided by Fed. R. Evid. 502.

Date: June 15, 2021.                     Respectfully submitted,

*s/ Jamie Hubbard*
Kathryn J. Stimson
Jamie Hubbard
**STIMSON STANCIL LABRANCHE HUBBARD, LLC**
1652 Downing Street
Denver, CO 80218
Telephone: (720) 689-8909
Email: kstimson@sslhlaw.com
          jhubbard@sslhlaw.com
*Interim Liaison Counsel*

Daniel O. Herrera
Nickolas J. Hagman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
150 S. Wacker, Suite 3000
Chicago, IL 60606
Telephone: (312) 782-4880
Email: dherrera@caffertyclobes.com
          nhagman@caffertyclobes.com

1

Bryan L. Clobes
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe St.
Media, PA 19063
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com

Shanon J. Carson
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
scarson@bm.net

John G. Albanese
**BERGER MONTAGUE PC**
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel: (612) 594-5997
jalbanese@bm.net

*Interim Co-Lead Counsel*

*s/ Jason D. Melichar*
Jason D. Melichar
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER
1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: (303) 572-5300
Email: jason.melichar@wilsonelser.com

William J. Katt
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI 53203
Telephone: (414) 276-8816
Email: william.katt@wilsonelser.com

Kathryn A. Grace
8444 Westpark Drive, Suite 510
McLean, VA 22102
Telephone: (703) 852-7869
Email: kathryn.grace@wilsonelser.com

2

Patrick A. Kearns
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 321-6200
Email: patrick.kearns@wilsonelser.com

David M. Ross
1500 K St., NW, Suite 330
Washington, DC 20005
Telephone: (202) 626-7687
Email: david.ross@wilsonelser.com

***Attorneys for Defendant Frontier Airlines, Inc.***