# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-01153-PAB-KLM

(Consolidated with Civil Actions Nos. 20-cv-01340-RM-RNR; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re: FRONTIER AIRLINES LITIGATION

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

SO AGREED.

| | |
|---|---|
| *s/ Jamie Hubbard* | *s/ Jason D. Melichar* |
| Jamie Hubbard | Jason D. Melichar |
| Kathryn J. Stimson | WILSON ELSER MOSKOWITZ |
| STIMSON STANCIL LABRANCHE HUBBARD | EDELMAN & DICKER |
| 1652 Downing Street | 1225 17th Street, Suite 2750 |
| Denver, CO 80218 | Denver, CO 80202 |
| Telephone: 720-689-8909 | Telephone: 303-572-5300 |
| Email: hubbard@sslhlaw.com; | Email: jason.melichar@wilsonelser.com |

1

stimson@sslhlaw.com

*Interim Liaison Counsel*
Bryan L. Clobes
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
205 N. Monroe St.
Media, PA 19063
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com

Shanon J. Carson
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
Email: scarson@bm.net

*Interim Co-Lead Counsel*
Attorneys for Plaintiffs

William J. Katt
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI 53203
Telephone: 414-276-8816
Email: william.katt@wilsonelser.com

Kathryn A. Grace
8444 Westpark Drive, Suite 510
McLean, VA 22102
Telephone: 703.852.7869
Email: kathryn.grace@wilsonelser.com

Patrick A. Kearns
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: 619-321-6200
Email: patrick.kearns@wilsonelser.com

David M. Ross
1500 K St., NW, Suite 330
Washington, DC 20005
Telephone: 202-626-7687
Email: david.ross@wilsonelser.com

Attorneys for Defendant

SO ORDERED.

DATED: *18 Jun 2021*

Kristen L. Mix
United States Magistrate Judge