IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01153-PAB-KLM
(Consolidated with Civil Action Nos. 20-cv-01340-PAB-KLM; 20-cv-01518-PAB-KLM; 20-cv-01689-PAB-KLM; 20-cv-01751-PAB-KLM; and 20-cv-01837-PAB-KLM)

In re FRONTIER AIRLINES LITIGATION

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 94] of Chief United States District Judge Philip A. Brimmer, entered on September 13, 2021, it is

ORDERED that the Motion to Dismiss Consolidated Class Action Complaint [Docket No. 63] is GRANTED.  It is further

ORDERED that the named plaintiffs' breach of contract claim is DISMISSED with prejudice.  It is further

ORDERED that this case is closed.

Dated:  September 14, 2021

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
　　　Deputy Clerk