**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 20-cv-01153-PAB-KLM

(Consolidated with Civil Actions Nos. 20-cv-01340-RM-RNR; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC)

In re: FRONTIER AIRLINES LITIGATION

**NOTICE OF APPEAL**

Plaintiffs Nelcy Alexa Rivera-De Leon, Stephanie Muters, Shirley Johnson, Jeffrey Bone, ChaCha Powel, Danielle Porreca, David Dickstein, and Kelli Capra (collectively, "Plaintiffs"), by and through their attorneys, respectfully submits this Notice of Appeal to the United States Court of Appeals for the Tenth Circuit, and appeals the Order (Doc. 94) and Final Judgment in the Civil Case (Doc. 95) that were entered on September 14, 2021, and the Order denying Plaintiffs' Motion to Reopen Case to Alter Judgment and Allow Plaintiffs Leave to File an Amended Consolidated Complaint (Doc. 99) entered on March 1, 2022.

Dated: March 30, 2022.

Respectfully submitted,

| */s/ Jamie Hubbard* | */s/ Bryan L. Clobes* | */s/ Shanon J. Carson* |
|---|---|---|
| Kathryn J. Stimson | Bryan L. Clobes | Shanon J. Carson |
| Jamie Hubbard | CAFFERTY CLOBES | BERGER MONTAGUE PC |
| STIMSON STANCIL | MERIWETHER & | 1818 Market Street |
| LABRANCHE HUBBARD, LLC | SPRENGEL LLP | Suite 3600 |
| 1652 Downing Street | 205 N. Monroe St. | Philadelphia, PA 19103 |
| Denver, CO 80218 | Media, PA 19063 | Tel: 215-875-3000 |
| Tel: 720-689-8909 | Tel: 215-864-2800 | scarson@bm.net |
| stimson@sslhlaw.com | bclobes@caffertyclobes.com | ***Interim Co-Lead Counsel*** |
| hubbard@sslhlaw.com | ***Interim Co-Lead Counsel*** | |
| ***Interim Liaison Counsel*** | | |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of March 2022, a true and correct copy of the foregoing *Notice of Appeal* was filed with the Clerk of Court via the CM/ECF filing system, which will send notification of such filing to all CM/ECF registrant(s) who have entered an appearance in this case.

/s/ Brenda Rodriguez

2