APPEAL,JD1,LEAD,NDISPO,TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:20-cv-01153-PAB-KLM

Young v. Frontier Airlines, Inc.
Assigned to: Chief Judge Philip A. Brimmer
Referred to: Magistrate Judge Kristen L. Mix
Cause: 28:1332 Diversity-Fraud

Date Filed: 04/23/2020
Date Terminated: 09/14/2021
Jury Demand: Plaintiff
Nature of Suit: 370 Other Fraud
Jurisdiction: Diversity

**Plaintiff**

**Melissa Young**
*individually and on behalf of others similarly situated*

represented by **Max Stuart Roberts**
Bursor & Fisher P.A.-New York
888 Seventh Avenue
Third Floor
New York, NY 10019
646-837-7408
Fax: 212-989-9163
Email: mroberts@bursor.com
*ATTORNEY TO BE NOTICED*

**Michael James Aschenbrener**
Kamber Law
201 Milwaukee Street
Suite 200
Denver, CO 80206
303-222-0281
Fax: 212-202-6364
Email: masch@kamberlaw.com
*ATTORNEY TO BE NOTICED*

**Scott Adam Kamber**
KamberLaw, LLC
201 Milwaukee Street
Suite 200
Denver, CO 80206
646-964-9600
Fax: 212-202-6364
Email: skamber@kamberlaw.com
*ATTORNEY TO BE NOTICED*

**Yeremey O. Krivoshey**
Bursor & Fisher, P.A.-Walnut Creek
1990 North California Boulevard
Suite 940
Walnut Creek, CA 94596
925-300-4455
Fax: 925-407-2700
Email: ykrivoshey@bursor.com
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Jamie Sweet**
*on behalf of themselves and all others similarly situated*
*TERMINATED: 02/25/2021*

represented by **David R. Dubin**
Liddle & Dubin, PC
975 East Jefferson Ave
Detroit, MI 48207
313-392-0015
Email: ddubin@ldclassaction.com
*ATTORNEY TO BE NOTICED*

**Nicholas A. Coulson**
Liddle & Dubin, PC
975 East Jefferson Ave
Detroit, MI 48207
313-392-0015
Fax: 313-392-0025
Email: ncoulson@ldclassaction.com

*ATTORNEY TO BE NOTICED*

**Tina Wolfson**
Ahdoot & Wolfson PC
2600 West Olive Avenue
Suite 500
Burbank, CA 91505
310-474-9111
Fax: 310-474-8585
Email: twolfson@ahdootwolfson.com
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Piotr Tchorzewski**
*individually and on behalf of all others similarly situated*

represented by **Bryan L. Clobes**
Cafferty Clobes Meriwether & Sprengel LLP-Media
205 North Monroe Street
Media, PA 10963
215-864-2800
Fax: 864-2801
Email: bclobes@caffertyclobes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie Hughes Hubbard**
Stimson Stancil LaBranche Hubbard LLC
1652 North Downing Street
Denver, CO 80218
720-689-8909
Email: hubbard@sslhlaw.com
*ATTORNEY TO BE NOTICED*

**Joseph G. Sauder**
Sauder Schelkopf LLC
1109 Lancaster Avenue
Berwyn, PA 19312
610-200-0583
Fax: 610-421-1326
Email: jgs@sstriallawyers.com
*ATTORNEY TO BE NOTICED*

**Kathryn J. Stimson**
Stimson Stancil LaBranche Hubbard LLC
1652 North Downing Street
Denver, CO 80218
720-689-8909
Email: stimson@sslhlaw.com
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Lakinya Bess**
*individually and on behalf of all others similarly situated*

represented by **Karen Barth Menzies**
Gibbs Law Group
505 14th Street
Suite 1100
Oakland, CA 94612
510-530-9700
Fax: 510-530-9701
Email: kbm@classlawgroup.com
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Stephanie Muters**
*individually and on behalf of all others similarly situated*

represented by **Bryan L. Clobes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie Hughes Hubbard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph G. Sauder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathryn J. Stimson**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Nickolas J. Hagman**
Cafferty Clobes Meriwether & Sprengel LLP-Chicago
150 South Wacker Drive
Suite 3000
Chicago, IL 60606
312-782-4880
Email: nhagman@caffertyclobes.com
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Stephanie Faust**
*on behalf of themselves and all others similarly situated*

represented by **David R. Dubin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas A. Coulson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tina Wolfson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Feliks Obertman**
*on behalf of himself and all others similarly situated*
*TERMINATED: 12/28/2020*

represented by **Annick Marie Persinger**
Tycko & Zavareei LLP-Los Angeles
10880 Wilshire Boulevard
Suite 1101
Los Angeles, CA 90024
510-254-6808
Email: apersinger@tzlegal.com
*ATTORNEY TO BE NOTICED*

**Daniel L. Warshaw**
Pearson Simon & Warshaw LLP-Sherman Oaks
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403
818-788-8300
Fax: 818-788-8104
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Nelcy Alexa Rivera-De Leon**
*individually and on behalf of all others similarly situated*

represented by **Bryan L. Clobes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie Hughes Hubbard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph G. Sauder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathryn J. Stimson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nickolas J. Hagman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Shirley Johnson**
*on behalf of herself and all others similarly situated*

represented by **Shanon Jude Carson**
Berger & Montague PC-Philadelphia
1818 Market Street
Suite 3600
Philadelphia, PA 19103
215-875-3000

Fax: 215-875-4604
Email: scarson@bm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam E. Polk**
Girard Sharp LLP
601 California Street
14th Floor
San Francisco, CA 94108
415-981-4800
Fax: 415-981-4846
Email: apolk@girardsharp.com
*ATTORNEY TO BE NOTICED*

**John Gerard Albanese**
Berger & Montague PC-Minneapolis
1229 Tyler Street NE
Suite 205
Minneapolis, MN 55413
612-594-5999
Fax: 612-584-4470
Email: jalbanese@bm.net
*ATTORNEY TO BE NOTICED*

**Nickolas J. Hagman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jamie Hughes Hubbard**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Frontier Airlines, Inc.**                    represented by **David Mitchell Ross , Jr.**
Wilson Elser Moskowitz Edelman & Dicker LLP-DC
1500 K Street, NW
Suite 330
Washington, DC 20005
202-626-7687
Fax: 202-628-3606
Email: david.ross@wilsonelser.com
*ATTORNEY TO BE NOTICED*

**Jason D. Melichar**
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street
Suite 1700
Denver, CO 80202
303-572-5320
Fax: 303-572-5301
Email: jason.melichar@wilsonelser.com
*ATTORNEY TO BE NOTICED*

**Kathryn Ann Grace**
Wilson Elser Moskowitz Edelman & Dicker LLP-McLean
8444 Westpark Drive
Suite 510
McLean, VA 22102
703-245-9300
Fax: 703-245-9301
Email: kathryn.grace@wilsonelser.com
*ATTORNEY TO BE NOTICED*

**Patrick Joseph Kearns**
Wilson Elser Moskowitz Edelman & Dicker LLP-San Diego
401 West A Street
Suite 1900
San Diego, CA 92101
619-321-6200
Email: patrick.kearns@wilsonelser.com

*ATTORNEY TO BE NOTICED*

**William J. Katt**
Wilson Elser Moskowitz Edelman & Dicker LLP-Milwaukee
740 North Plankinton Avenue
Suite 600
Milwaukee, MI 53203
414-276-8816
Fax: 414-276-8819
Email: william.katt@wilsonelser.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2020 | 1 | COMPLAINT *(Class Action)* against Frontier Airlines, Inc. (Filing fee $ 400,Receipt Number 1082-7265172)Attorney Michael James Aschenbrener added to party Melissa Young(pty:pla), filed by Melissa Young. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Aschenbrener, Michael) (Entered: 04/23/2020) |
| 04/23/2020 | 2 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: Scott A. Kamber. The s/signature did not match the filers name on the account for which the login and password are registered. **DO NOT REFILE THE DOCUMENT. Action to take -** future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 4.3(c) of the Electronic Case Filing Procedures (Civil cases).(Text Only Entry) (trvo, ) (Entered: 04/24/2020) |
| 04/23/2020 | 3 | Case assigned to Chief Judge Philip A. Brimmer and drawn to Magistrate Judge Kristen L. Mix. Text Only Entry. (trvo, ) (Entered: 04/24/2020) |
| 04/24/2020 | 4 | SUMMONS issued by Clerk. (Attachments: # 1 Magistrate Judge Consent Form) (trvo, ) (Entered: 04/24/2020) |
| 04/24/2020 | 5 | ORDER REFERRING CASE to Magistrate Judge Kristen L. Mix for **non-dispositive matters**. Pursuant to 28 U.S.C. § 636(b) (1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, (3) hear and determine pretrial matters, including discovery and other non-dispositive motions, and (4) conduct a pretrial conference and enter a pretrial order. Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding, by Chief Judge Philip A. Brimmer on 4/24/2020. Text Only Entry (pabsec2, ) (Entered: 04/24/2020) |
| 04/29/2020 | 6 | ORDER by Magistrate Judge Kristen L. Mix on 4/29/20 Setting Scheduling/Planning Conference. Proposed Scheduling Order due by 8/6/2020. Scheduling/Planning Conference set for 8/13/2020 09:30 AM in Courtroom A 401 before Magistrate Judge Kristen L. Mix. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3) (nmarb, ) (Entered: 04/29/2020) |
| 05/01/2020 | 7 | SUMMONS Returned Executed by Melissa Young. Frontier Airlines, Inc. served on 4/28/2020, answer due 5/19/2020. (Kamber, Scott) (Entered: 05/01/2020) |
| 05/06/2020 | 8 | NOTICE of Entry of Appearance by Michael James Aschenbrener on behalf of Melissa YoungAttorney Michael James Aschenbrener added to party Melissa Young(pty:pla) (Aschenbrener, Michael) (Entered: 05/06/2020) |
| 05/06/2020 | 9 | NOTICE of Entry of Appearance by Max Stuart Roberts on behalf of Melissa YoungAttorney Max Stuart Roberts added to party Melissa Young(pty:pla) (Roberts, Max) (Entered: 05/06/2020) |
| 05/06/2020 | 16 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 8 Notice of Entry of Appearance, 9 Notice of Entry of Appearance filed by attorney **Michael Aschenbrener and Max S. Roberts**. Attorney or pro se has used an incorrect signature format in violation of D.C.COLO.LCivR 5.1(a) and 4.3(a) of the Electronic Case Filing Procedures (Civil cases). **DO NOT REFILE THE DOCUMENT.** In the future, the filer must affix an electronic s/signature and s/followed by a typed, not an inked, signature to all future documents. (Text Only Entry). (sphil, ) (Entered: 05/14/2020) |
| 05/11/2020 | 10 | First MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint, by Defendant Frontier Airlines, Inc.. (Melichar, Jason) (Entered: 05/11/2020) |
| 05/11/2020 | 11 | MEMORANDUM regarding First MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint, filed by Frontier Airlines, Inc.. Motion referred to Magistrate Judge Kristen L. Mix, by Chief Judge Philip A. Brimmer on 5/11/2020. Text Only Entry (pabsec2) (Entered: 05/11/2020) |
| 05/11/2020 | 12 | NOTICE of Entry of Appearance by Yeremey O. Krivoshey on behalf of Melissa YoungAttorney Yeremey O. Krivoshey added to party Melissa Young(pty:pla) (Krivoshey, Yeremey) (Entered: 05/11/2020) |
| 05/11/2020 | 17 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES:re: 12 Notice of Entry of Appearance filed by attorney **Yeremey O. Krivoshey**. Attorney or pro se has used an incorrect signature format in violation of D.C.COLO.LCivR 5.1(a) and 4.3(a) of the Electronic Case Filing Procedures (Civil cases). **DO NOT REFILE THE DOCUMENT.** In the future, the filer must affix an electronic s/signature and s/followed by a typed, not an inked, signature to all future documents.(Text Only Entry). (sphil, ) (Entered: 05/14/2020) |
| 05/12/2020 | 13 | NOTICE re 10 First MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint, *Withdraw Without Prejudice* by Defendant Frontier Airlines, Inc. (Melichar, Jason) (Entered: 05/12/2020) |
| 05/12/2020 | 14 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint, by Defendant Frontier Airlines, Inc.. (Attachments: # 1 Proposed Order (PDF Only) Order re: Unopposed Motion for Extension of Time to Respond to |

Case No. 1:20-cv-01153-PAB-KLM   Document 101-2   filed 03/31/22   USDC Colorado   pg 6 of 10

| | | |
|---|---|---|
| | | Plaintiff's Class Action Complaint and Jury Demand)(Melichar, Jason) (Entered: 05/12/2020) |
| 05/12/2020 | 15 | MEMORANDUM regarding 14 Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint, filed by Frontier Airlines, Inc.. Motion referred to Magistrate Judge Kristen L. Mix, by Chief Judge Philip A. Brimmer on 5/12/2020. Text Only Entry (pabsec2) (Entered: 05/12/2020) |
| 05/16/2020 | 18 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 5/16/20 WITHDRAWING 10 Defendant's Motion for Extension of Time to Answer or Otherwise Respond, and GRANTING 14 Defendant's Motion for Extension of Time to Answer or Otherwise Respond. Frontier Airlines, Inc. answer due 6/30/2020.(nmarb, ) (Entered: 05/18/2020) |
| 06/13/2020 | 19 | NOTICE of Entry of Appearance by David Mitchell Ross, Jr on behalf of Frontier Airlines, Inc.Attorney David Mitchell Ross, Jr added to party Frontier Airlines, Inc.(pty:dft) (Ross, David) (Entered: 06/13/2020) |
| 06/16/2020 | 20 | Unopposed MOTION to Consolidate Cases by Defendant Frontier Airlines, Inc.. (Attachments: # 1 Exhibit 1 - Sweet Complaint, # 2 Exhibit 2 - Rivera-De Leon Complaint, # 3 Exhibit 3 - Obertman Complaint, # 4 Proposed Order (PDF Only))(Melichar, Jason) (Entered: 06/16/2020) |
| 06/23/2020 | 21 | Amended MOTION to Consolidate Cases by Defendant Frontier Airlines, Inc.. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Proposed Order (PDF Only) Order re: Amended Motion to Consolidate)(Melichar, Jason) (Entered: 06/23/2020) |
| 06/24/2020 | 22 | MOTION for Leave to File Excess Pages by Defendant Frontier Airlines, Inc.. (Attachments: # 1 Proposed Order (PDF Only)) (Melichar, Jason) (Entered: 06/24/2020) |
| 06/25/2020 | 23 | ORDER by Chief Judge Philip A. Brimmer on 6/25/2020 re: 22 Motion for Leave to File Excess Pages is **GRANTED IN PART**. Defendant may file a motion to dismiss not to exceed **20 pages**. Text Only Entry(pabsec2) (Entered: 06/25/2020) |
| 06/26/2020 | 24 | NOTICE of Entry of Appearance by William J. Katt on behalf of Frontier Airlines, Inc.Attorney William J. Katt added to party Frontier Airlines, Inc.(pty:dft) (Katt, William) (Entered: 06/26/2020) |
| 06/26/2020 | 25 | NOTICE of Entry of Appearance by Patrick Joseph Kearns on behalf of Frontier Airlines, Inc.Attorney Patrick Joseph Kearns added to party Frontier Airlines, Inc.(pty:dft) (Kearns, Patrick) (Entered: 06/26/2020) |
| 06/26/2020 | 26 | NOTICE of Filing Amended Pleading *(Amended Complaint)* by Plaintiff Melissa Young (Attachments: # 1 Exhibit 1)(Krivoshey, Yeremey) (Entered: 06/26/2020) |
| 06/26/2020 | 27 | AMENDED COMPLAINT against Frontier Airlines, Inc., filed by Melissa Young. (Attachments: # 1 Exhibit A)(Krivoshey, Yeremey) (Entered: 06/26/2020) |
| 07/01/2020 | 28 | Unopposed Second Amended MOTION to Consolidate Cases by Defendant Frontier Airlines, Inc.. (Attachments: # 1 Proposed Order (PDF Only))(Melichar, Jason) Modified on 7/7/2020 to edit text. (sphil, ). (Entered: 07/01/2020) |
| 07/08/2020 | 29 | NOTICE of Order Deeming Motion Withdrawn IN RE: COVID-19 AIRFARE REFUND LITIGATION (MDL 2957) Before the Panel is a motion by plaintiffs Deanna Herr, et al., filed pursuant to 28 U.S.C. § 1407. In their motion, plaintiffs seeks centralization of the actions on the attached schedule in the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings. Movants now seek to withdraw their Section 1407 motion. IT IS THEREFORE ORDERED that plaintiffs' motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN. (evana, ) (Entered: 07/09/2020) |
| 07/10/2020 | 30 | **WITHDRAWAN** MOTION to Dismiss *Plaiintiff's First Amended Complaint* by Defendant Frontier Airlines, Inc.. (Attachments: # 1 Affidavit Declaration of D. ross, # 2 Proposed Order (PDF Only))(Melichar, Jason) Modified on 1/5/2021 (pabsec2, ). (Entered: 07/10/2020) |
| 07/17/2020 | 31 | Unopposed MOTION to Continue *Scheduling/Planning Conference* by Defendant Frontier Airlines, Inc.. (Attachments: # 1 Proposed Order (PDF Only))(Ross, David) (Entered: 07/17/2020) |
| 07/17/2020 | 32 | MEMORANDUM regarding 31 Unopposed MOTION to Continue *Scheduling/Planning Conference* filed by Frontier Airlines, Inc.. Motion referred to Magistrate Judge Kristen L. Mix, by Chief Judge Philip A. Brimmer on 7/17/2020. Text Only Entry (pabsec2) (Entered: 07/17/2020) |
| 07/17/2020 | 33 | Unopposed MOTION to Stay re 30 MOTION to Dismiss *Plaintiff's First Amended Complaint Briefing* by Plaintiff Melissa Young. (Attachments: # 1 Proposed Order (PDF Only))(Krivoshey, Yeremey) (Entered: 07/17/2020) |
| 07/20/2020 | 34 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 7/20/20 GRANTING 31 Defendant's Consent Motion to Continue Scheduling/Planning Conference. Proposed Scheduling Order due by 10/6/2020. Scheduling Conference set for 8/13/20 at 9:30 AM is VACATED and RESET to 10/13/2020 10:00 AM in Courtroom A 401 before Magistrate Judge Kristen L. Mix.(nmarb, ) (Entered: 07/20/2020) |
| 07/21/2020 | 35 | ORDER by Chief Judge Philip A. Brimmer on 7/21/2020, re: 20 Unopposed Motion to Consolidate is **DENIED** as moot; 21 Unopposed Amended Motion to Consolidate is **DENIED** as moot; 28 Unopposed Second Amended Motion to Consolidate is **GRANTED**; Defendant's Consent Motion to Stay Briefing on Motion to Dismiss is **DENIED** as moot. **ORDERED** that, pursuant to Fed. R. Civ. P. 42(a) and D.C.COLO.LCivR 42.1, Civil Action Nos. 20-cv-01153-PAB-KLM; 20-cv-01340-RM-NRN; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC shall be consolidated. **ORDERED** that, pursuant to D.C.COLO.LCivR 42.1, Civil Action Nos. 20-cv-01340-RM-NRN; 20-cv-01518-NRN; 20-cv-01689-STV; 20-cv-01751-MEH; and 20-cv- 01837-SKC shall be assigned to Chief Judge Philip A. Brimmer. **ORDERED** that Civil Action Nos. 20-cv-01340-RM-NRN; 20-cv-01518-NRN; 20- cv-01689-STV; 20-cv-01751-MEH; and 20-cv-01837-SKC shall hereafter be referred to the magistrate judge assigned to the lowest numbered case, Magistrate Judge Kristen L. Mix.(sphil, ) (Entered: 07/21/2020) |
| 07/23/2020 | 36 | NOTICE of Entry of Appearance by Kathryn Ann Grace on behalf of Frontier Airlines, Inc.Attorney Kathryn Ann Grace added to party Frontier Airlines, Inc.(pty:dft) (Grace, Kathryn) (Entered: 07/23/2020) |

3/31/22, 6:42 PM                                                                CM/ECF - U.S. District Court:cod

| | | |
|---|---|---|
| 07/28/2020 | 37 | Proposed Scheduling Order by Defendant Frontier Airlines, Inc.. (Melichar, Jason) (Entered: 07/28/2020) |
| 08/05/2020 | 38 | NOTICE of Entry of Appearance by Annick Marie Persinger on behalf of Feliks ObertmanAttorney Annick Marie Persinger added to party Feliks Obertman(pty:conpla) (Persinger, Annick) (Entered: 08/05/2020) |
| 09/23/2020 | 39 | MOTION to Set Briefing Schedule for the Appointment of Interim Counsel Pursuant to Rule 23(g) by Consol Plaintiffs Shirley Johnson, Nelcy Alexa Rivera-De Leon. (Attachments: # 1 Proposed Order (PDF Only))(Hubbard, Jamie) Modified on 9/24/2020 to edit text. (sphil, ). (Entered: 09/23/2020) |
| 09/23/2020 | 40 | MEMORANDUM regarding 39 MOTION for Order to *Set Briefing Schedule for the Appointment of Interim Counsel Pursuant to Rule 23(g)* filed by Nelcy Alexa Rivera-De Leon, Shirley Johnson. Motion referred to Magistrate Judge Kristen L. Mix, by Chief Judge Philip A. Brimmer on 9/23/2020. Text Only Entry (pabsec2) (Entered: 09/23/2020) |
| 09/24/2020 | 41 | MINUTE ORDER granting 39 Motion for Briefing Schedule for the Appointment of Interim Counsel Pursuant to Rule 23(g) by Plaintiffs, by Magistrate Judge Kristen L. Mix on 9/24/20.(nmarb, ) (Entered: 09/25/2020) |
| 10/01/2020 | 42 | MOTION to Appoint Counsel *Tina Wolfson as Interim Lead Class Counsel* by Consol Plaintiffs Stephanie Faust, Jamie Sweet. (Attachments: # 1 Exhibit 1 (Wolfson CV), # 2 Proposed Order (PDF Only))(Wolfson, Tina) (Entered: 10/01/2020) |
| 10/01/2020 | 43 | MEMORANDUM regarding 42 MOTION to Appoint Counsel *Tina Wolfson as Interim Lead Class Counsel* filed by Jamie Sweet, Stephanie Faust. Motion referred to Magistrate Judge Kristen L. Mix, by Chief Judge Philip A. Brimmer on 10/01/2020. Text Only Entry (Entered: 10/01/2020) |
| 10/01/2020 | 44 | MOTION to Appoint Counsel *(Plaintiffs' Motion to Appoint Interim Class Counsel Under Rule 23(g))* by Consol Plaintiff Feliks Obertman, Plaintiff Melissa Young. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Proposed Order (PDF Only)) (Krivoshey, Yeremey) (Entered: 10/01/2020) |
| 10/01/2020 | 45 | MOTION to Appoint Counsel *as Interim Co-Lead Counsel and Liaison Counsel* by Consol Plaintiffs Shirley Johnson, Stephanie Muters, Nelcy Alexa Rivera-De Leon, Piotr Tchorzewski. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Stimson, Kathryn) (Entered: 10/01/2020) |
| 10/01/2020 | 46 | MOTION to Appoint Counsel *GIBBS LAW GROUPS MOTION FOR APPOINTMENT AS INTERIM CLASS COUNSEL* by Consol Plaintiff Lakinya Bess. (Attachments: # 1 Declaration of Michael Schrag, # 2 Exhibit 1 to Schrag Declaration, # 3 Proposed Order (PDF Only))(Menzies, Karen) (Entered: 10/01/2020) |
| 10/02/2020 | 47 | MEMORANDUM regarding 44 MOTION to Appoint Counsel (Plaintiffs' Motion to Appoint Interim Class Counsel Under Rule 23(g)), 45 MOTION to Appoint Counsel *as Interim Co-Lead Counsel and Liaison Counsel*, and 46 MOTION to Appoint Counsel *GIBBS LAW GROUPS MOTION FOR APPOINTMENT AS INTERIM CLASS COUNSEL*. Motions referred to Magistrate Judge Kristen L. Mix, by Chief Judge Philip A. Brimmer on 10/2/2020. Text Only Entry (pabsec2) (Entered: 10/02/2020) |
| 10/08/2020 | 48 | MINUTE ORDER. The Scheduling Conference set October 13, 2020, at 10:00 a.m. is VACATED, to be reset after appointment of interim lead counsel. By Magistrate Judge Kristen L. Mix on October 8, 2020. Text Only Entry (klmlc1, ) (Entered: 10/08/2020) |
| 10/14/2020 | 49 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 10/14/20 re: 44 MOTION to Appoint Counsel *(Plaintiffs' Motion to Appoint Interim Class Counsel Under Rule 23(g))* filed by Feliks Obertman, Melissa Young, 46 MOTION to Appoint Counsel *GIBBS LAW GROUPS MOTION FOR APPOINTMENT AS INTERIM CLASS COUNSEL* filed by Lakinya Bess, 42 MOTION to Appoint Counsel *Tina Wolfson as Interim Lead Class Counsel* filed by Jamie Sweet, Stephanie Faust, 45 MOTION to Appoint Counsel *as Interim Co-Lead Counsel and Liaison Counsel* filed by Nelcy Alexa Rivera-De Leon, Stephanie Muters, Shirley Johnson, Piotr Tchorzewski. Motion Hearing set for 12/10/2020 01:30 PM before Magistrate Judge Kristen L. Mix. The hearing shall be by video tele-conference. (nmarb, ) (Entered: 10/15/2020) |
| 11/25/2020 | 50 | NOTICE of Change of Address/Contact Information by Tina Wolfson (Wolfson, Tina) (Entered: 11/25/2020) |
| 12/10/2020 | 51 | MINUTE ENTRY for Motion Hearing held before Magistrate Judge Kristen L. Mix on 12/10/2020. FTR: KLM Courtroom A401. (lgale, ) (Entered: 12/10/2020) |
| 12/16/2020 | 52 | ORDER by Magistrate Judge Kristen L. Mix on 12/16/20 DENYING 42 Motion to Appoint Counsel ; DENYING 44 Motion to Appoint Counsel ; GRANTING 45 Motion to Appoint Interim Co-Lead Class Counsel and Liaison Counsel ; and DENYING 46 Motion to Appoint Counsel. (nmarb, ) (Entered: 12/17/2020) |
| 12/21/2020 | 53 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 12/21/2020. On or before **January 4, 2020**, parties shall file a joint status report regarding the 30 motion to dismiss in this case and the 21 motion to dismiss and 22 motion to strike in Case No. 20-cv-01689. Text Only Entry (pabsec2) (Entered: 12/21/2020) |
| 12/24/2020 | 54 | MOTION for Order to *Approve Billing and Timekeeping Protocol* by Consol Plaintiffs Stephanie Muters, Nelcy Alexa Rivera-De Leon, Piotr Tchorzewski. (Attachments: # 1 Exhibit Proposed Billing and Timekeeping Protocol)(Hubbard, Jamie) (Entered: 12/24/2020) |
| 12/28/2020 | 55 | MEMORANDUM regarding 54 MOTION for Order to *Approve Billing and Timekeeping Protocol* filed by Nelcy Alexa Rivera-De Leon, Stephanie Muters, Piotr Tchorzewski. Motion referred to Magistrate Judge Kristen L. Mix, by Chief Judge Philip A. Brimmer on 12/28/2020. Text Only Entry (pabsec2) (Entered: 12/28/2020) |
| 12/28/2020 | 56 | NOTICE of Voluntary Dismissal of Party *Feliks Obertman* by Consol Plaintiff Feliks Obertman (Attachments: # 1 Proposed Order)(Persinger, Annick) (Entered: 12/28/2020) |
| 12/28/2020 | | Feliks Obertman (on behalf of himself and all others similarly situated ) terminated pursuant to 56 NOTICE of Voluntary Dismissal of Party Feliks Obertman, by Chief Judge Philip A. Brimmer on 12/28/2020. Text Only Entry. (sphil, ) (Entered: 12/30/2020) |
| 01/04/2021 | 57 | Joint STATUS REPORT *and Scheduling Proposal* by Consol Plaintiffs Lakinya Bess, Stephanie Faust, Shirley Johnson, |

| | | Stephanie Muters, Nelcy Alexa Rivera-De Leon, Jamie Sweet, Piotr Tchorzewski, Plaintiff Melissa Young. (Hubbard, Jamie) (Entered: 01/04/2021) |
|---|---|---|
| 01/05/2021 | 58 | ORDER by Chief Judge Philip A. Brimmer on 1/05/2021 re 57 Joint Status Report and Proposed Scheduling Order. The Court construes the joint status report as a motion to withdraw Docket No. 30 Frontier Airlines, Inc.s Motion to Dismiss Plaintiffs First Amended Complaint. The motion to withdraw is granted, and the 30 motion to dismiss is withdrawn. Text Only Entry(pabsec2) (Entered: 01/05/2021) |
| 01/08/2021 | 59 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 1/8/21 GRANTING 54 Motion for Entry of Billing and Timekeeping Protocol. The Billing and Timekeeping Protocol attached as Exhibit A to the Motion [#54] is approved and shall be separately entered on the electronic docket.(nmarb, ) (Main Document 59 replaced on 1/12/2021) (nmarb, ). Modified on 1/12/2021 to replace with correct document. (nmarb, ). (Entered: 01/11/2021) |
| 01/08/2021 | 60 | Billing and Timekeeping Protocol, by Magistrate Judge Kristen L. Mix. (nmarb, ) Modified on 1/11/2021: duplicative of entry 61 Order. (nmarb, ). (Entered: 01/11/2021) |
| 01/08/2021 | 61 | ORDER for Billing and Timekeeping Protocol by Magistrate Judge Kristen L. Mix on 1/8/21. (nmarb, ) This entry is duplicative of entry 60 to show it as an Order. (Entered: 01/11/2021) |
| 01/29/2021 | 62 | AMENDED COMPLAINT against All Defendants Attorney Jamie Hughes Hubbard added to party Shirley Johnson(pty:conpla), filed by Stephanie Muters, Nelcy Alexa Rivera-De Leon, Shirley Johnson. (Attachments: # 1 Exhibit Contract of Carriage (Version 72), # 2 Exhibit Contract of Carriage (Version 74))(Hubbard, Jamie) (Entered: 01/29/2021) |
| 02/22/2021 | 63 | MOTION to Dismiss by Defendant Frontier Airlines, Inc.. (Melichar, Jason) (Entered: 02/22/2021) |
| 02/25/2021 | 64 | NOTICE of Voluntary Dismissal of Party *Plaintiffs Jamie Sweet and Stephanie Faust* by Consol Plaintiffs Stephanie Faust, Jamie Sweet (Wolfson, Tina) (Entered: 02/25/2021) |
| 02/25/2021 | 65 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 2/25/2021, re: 64 Notice of Dismissal of Party filed by Jamie Sweet, Stephanie Faust. ORDERED all claims asserted by plaintiffs Jamie Sweet and Stephanie Faust against Frontier Airlines were dismissed without prejudice as of the entry of the notice of dismissal [Docket No. 64]. No order of dismissal is necessary. (sphil, ) (Entered: 02/26/2021) |
| 03/15/2021 | 66 | Unopposed MOTION for Extension of Time to File Response/Reply as to 63 MOTION to Dismiss *and for Additional Pages* by Consol Plaintiffs Shirley Johnson, Stephanie Muters, Nelcy Alexa Rivera-De Leon. (Attachments: # 1 Proposed Order (PDF Only))(Hubbard, Jamie) (Entered: 03/15/2021) |
| 03/15/2021 | 67 | ORDER by Chief Judge Philip A. Brimmer on 3/15/2021 re: 66 Plaintiffs' Unopposed Motion for Extension of Time to File Response to Motion to Dismiss and For Additional Pages is **GRANTED in part and DENIED in part**. Plaintiffs shall respond to 63 Motion to Dismiss Consolidated Class Action Complaint on or before **March 19, 2021**. For future requests for extension of time, counsel is reminded that, pursuant to § I.G.2 of this Court's Practice Standards, "[a]ny motion for extension of time shall be filed no later than three business days before the date the motion, response, reply, or other paper is due." Plaintiffs request for leave to file excess pages is **DENIED**. Text Only Entry(pabsec2) (Entered: 03/15/2021) |
| 03/19/2021 | 68 | RESPONSE to 63 MOTION to Dismiss filed by Consol Plaintiffs Shirley Johnson, Stephanie Muters, Nelcy Alexa Rivera-De Leon. (Hubbard, Jamie) (Entered: 03/19/2021) |
| 03/30/2021 | 69 | REPLY to Response to 63 MOTION to Dismiss filed by Defendant Frontier Airlines, Inc.. (Attachments: # 1 Exhibit A-C)(Ross, David) (Entered: 03/30/2021) |
| 03/31/2021 | 70 | NOTICE of Supplemental Authorities by Consol Plaintiffs Shirley Johnson, Stephanie Muters, Nelcy Alexa Rivera-De Leon (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hubbard, Jamie) (Entered: 03/31/2021) |
| 04/01/2021 | 71 | RESPONSE to 70 Notice of Supplemental Authorities by Defendant Frontier Airlines, Inc.. (Attachments: # 1 Exhibit A-B) (Ross, David) (Entered: 04/01/2021) |
| 04/06/2021 | 72 | ADVISORY NOTICE TO ATTORNEY AND COURT: Under D.C.COLO.LAttyR 3(a), Shanon Jude Carson was administratively removed from the court's attorney roll and barred from filing electronically under CM/ECF for failing to pay the 2020 Biennial Fee. Counsel must complete a Bar/ECF application through counsel's existing Attorney Services Portal account and pay the full application fee to be restored to the attorney roll and CM/ECF. Upon reinstatement, counsel must file a Notice of Entry of Appearance in this case. (Text Only Entry) (mfred) (Entered: 04/06/2021) |
| 04/06/2021 | 73 | REPLY to 71 Response to *Plaintiffs' Notice of Supplemental Authorities* by Consol Plaintiffs Shirley Johnson, Stephanie Muters, Nelcy Alexa Rivera-De Leon. (Hubbard, Jamie) (Entered: 04/06/2021) |
| 04/15/2021 | 74 | ADVISORY NOTICE TO ATTORNEY AND COURT: Under D.C.COLO.LAttyR 3(a), Joseph G. Sauder was administratively removed from the court's attorney roll and barred from filing electronically under CM/ECF for failing to pay the 2020 Biennial Fee. Counsel must complete a Bar/ECF application through counsel's existing Attorney Services Portal account and pay the full application fee to be restored to the attorney roll and CM/ECF. Upon reinstatement, counsel must file a Notice of Entry of Appearance in this case. (Text Only Entry) (ebutl) (Entered: 04/15/2021) |
| 04/20/2021 | 75 | ADVISORY NOTICE TO ATTORNEY AND COURT: Under D.C.COLO.LAttyR 3(a), Nicholas A. Coulson was administratively removed from the court's attorney roll and barred from filing electronically under CM/ECF for failing to pay the 2020 Biennial Fee. Counsel must complete a Bar/ECF application through counsel's existing Attorney Services Portal account and pay the full application fee to be restored to the attorney roll and CM/ECF. Upon reinstatement, counsel must file a Notice of Entry of Appearance in this case. (Text Only Entry) (mfred) (Entered: 04/20/2021) |
| 04/20/2021 | 76 | MOTION for Order to *Set Scheduling Conference* by Consol Plaintiffs Shirley Johnson, Stephanie Muters, Nelcy Alexa Rivera-De Leon. (Hubbard, Jamie) (Entered: 04/20/2021) |
| 04/22/2021 | 77 | MEMORANDUM regarding 76 MOTION for Order to *Set Scheduling Conference* filed by Nelcy Alexa Rivera-De Leon, Stephanie Muters, Shirley Johnson. Motion referred to Magistrate Judge Kristen L. Mix, by Chief Judge Philip A. Brimmer on |

| | | 4/22/2021. Text Only Entry (pabsec2) (Entered: 04/22/2021) |
|---|---|---|
| 04/22/2021 | 78 | RESPONSE to 76 MOTION for Order to *Set Scheduling Conference* filed by Defendant Frontier Airlines, Inc.. (Ross, David) (Entered: 04/22/2021) |
| 04/23/2021 | 79 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 4/23/21 granting 76 Plaintiff's Motion to Set Scheduling Conference. Scheduling Conference set for 6/1/2021 11:00 AM before Magistrate Judge Kristen L. Mix.(nmarb, ) (Entered: 04/23/2021) |
| 04/23/2021 | 80 | MOTION to Stay re 63 MOTION to Dismiss by Defendant Frontier Airlines, Inc.. (Ross, David) (Entered: 04/23/2021) |
| 04/23/2021 | 81 | MEMORANDUM regarding 80 MOTION to Stay re 63 MOTION to Dismiss filed by Frontier Airlines, Inc. Motion referred to Magistrate Judge Kristen L. Mix, by Chief Judge Philip A. Brimmer on 4/23/2021. Text Only Entry (pabsec2) (Entered: 04/23/2021) |
| 05/12/2021 | 82 | ADVISORY NOTICE TO ATTORNEY AND COURT: Under D.C.COLO.LAttyR 3(a), Yeremey O. Krivoshey was administratively removed from the court's attorney roll and barred from filing electronically under CM/ECF for failing to pay the 2020 Biennial Fee. Counsel must complete a Bar/ECF application through counsel's existing Attorney Services Portal account and pay the full application fee to be restored to the attorney roll and CM/ECF. Counsel, however, need not pay any delinquent biennial fees. Upon reinstatement, counsel must file a Notice of Entry of Appearance in this case. (Text Only Entry) (tnguy) (Entered: 05/12/2021) |
| 05/14/2021 | 83 | RESPONSE to 80 MOTION to Stay re 63 MOTION to Dismiss - *in Opposition* filed by Consol Plaintiffs Shirley Johnson, Stephanie Muters, Nelcy Alexa Rivera-De Leon. (Hubbard, Jamie) (Entered: 05/14/2021) |
| 05/17/2021 | 84 | REPLY to Response to 80 MOTION to Stay re 63 MOTION to Dismiss filed by Defendant Frontier Airlines, Inc.. (Ross, David) (Entered: 05/17/2021) |
| 05/25/2021 | 85 | Proposed Scheduling Order by Defendant Frontier Airlines, Inc., Consol Plaintiffs Shirley Johnson, Stephanie Muters, Nelcy Alexa Rivera-De Leon. (Hubbard, Jamie) (Entered: 05/25/2021) |
| 05/25/2021 | 86 | MINUTE ORDER. In accordance with efforts to minimize the spread of COVID-19, ALL COUNSEL OR PARTIES who wish to participate in the Scheduling Conference set June 1, 2021 at 11:00 a.m. shall do so by TELEPHONE. Participating counsel or parties shall call the Court at 888-363-4749, Access Code: 2115325#, at the time of the hearing. By Magistrate Judge Kristen L. Mix on May 25, 2021. Text Only Entry (klmlc1, ) (Entered: 05/25/2021) |
| 06/01/2021 | 87 | COURTROOM MINUTES for Scheduling Conference held on 6/1/2021 before Magistrate Judge Kristen L. Mix. Discovery due by 3/31/2022. Dispositive Motions due by 6/1/2022. A Final Pretrial Conference IS set for 11/4/2022 01:30 PM in Courtroom A 401 before Magistrate Judge Kristen L. Mix. FTR: KLM-FTR. (Attachments: # 1 Requirements of Practice) (bwilk, ) (Entered: 06/01/2021) |
| 06/01/2021 | 88 | SCHEDULING ORDER ENTERED by Magistrate Judge Kristen L. Mix on 6/1/2021. (bwilk, ) (Entered: 06/01/2021) |
| 06/10/2021 | 89 | NOTICE of Entry of Appearance by Nickolas J. Hagman on behalf of Shirley Johnson, Stephanie Muters, Nelcy Alexa Rivera-De LeonAttorney Nickolas J. Hagman added to party Shirley Johnson(pty:conpla), Attorney Nickolas J. Hagman added to party Stephanie Muters(pty:conpla), Attorney Nickolas J. Hagman added to party Nelcy Alexa Rivera-De Leon(pty:conpla) (Hagman, Nickolas) (Entered: 06/10/2021) |
| 06/12/2021 | 90 | SUPPLEMENT/AMENDMENT to 88 Scheduling Order *on behalf of all Parties* by Consol Plaintiffs Lakinya Bess, Stephanie Faust, Shirley Johnson, Stephanie Muters, Nelcy Alexa Rivera-De Leon, Piotr Tchorzewski. (Hubbard, Jamie) (Entered: 06/12/2021) |
| 06/15/2021 | 91 | Joint MOTION for Order to *re Fed R Evid 502* by Consol Plaintiffs Shirley Johnson, Stephanie Muters, Nelcy Alexa Rivera-De Leon. (Attachments: # 1 Proposed Order (PDF Only))(Hubbard, Jamie) (Entered: 06/15/2021) |
| 06/15/2021 | 92 | MEMORANDUM regarding 91 Joint MOTION for Order to *re Fed R Evid 502* filed by Nelcy Alexa Rivera-De Leon, Stephanie Muters, Shirley Johnson. Motion referred to Magistrate Judge Kristen L. Mix, by Chief Judge Philip A. Brimmer on 6/15/2021. Text Only Entry (pabsec2) (Entered: 06/15/2021) |
| 06/18/2021 | 93 | STIPULATED 502(d) ORDER, by Magistrate Judge Kristen L. Mix on 6/18/12. (nmarb, ) (Entered: 06/18/2021) |
| 09/13/2021 | 94 | ORDER by Chief Judge Philip A. Brimmer on 9/13/2021, re: 63 Motion to Dismiss consolidated Class Action Complaint is **GRANTED**. **ORDERED** that the named plaintiffs breach of contract claim is DISMISSED with prejudice. **ORDERED** that this case is closed. (sphil, ) (Entered: 09/13/2021) |
| 09/14/2021 | 95 | FINAL JUDGMENT re: 94 Order, by Clerk on 9/14/21. (sgrim) (Entered: 09/14/2021) |
| 10/11/2021 | 96 | MOTION to Reopen Case *to Alter Judgment and Allow Plaintiffs Leave to File an Amended Consolidated Complaint* by Consol Plaintiffs Shirley Johnson, Stephanie Muters, Nelcy Alexa Rivera-De Leon. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Hubbard, Jamie) (Entered: 10/11/2021) |
| 10/27/2021 | 97 | RESPONSE to 96 MOTION to Reopen Case *to Alter Judgment and Allow Plaintiffs Leave to File an Amended Consolidated Complaint* filed by Defendant Frontier Airlines, Inc.. (Ross, David) (Entered: 10/27/2021) |
| 11/10/2021 | 98 | REPLY to Response to 96 MOTION to Reopen Case *to Alter Judgment and Allow Plaintiffs Leave to File an Amended Consolidated Complaint* filed by Consol Plaintiffs Shirley Johnson, Stephanie Muters, Nelcy Alexa Rivera-De Leon. (Hubbard, Jamie) (Entered: 11/10/2021) |
| 03/01/2022 | 99 | ORDER by Chief Judge Philip A. Brimmer on 3/1/2022, re: 96 Plaintiffs' Motion to Reopen Case to Alter Judgment and Allow Plaintiffs Leave to File an Amended Consolidated Complaint is **DENIED**..(sphil, ) (Entered: 03/01/2022) |
| 03/30/2022 | 100 | NOTICE OF APPEAL as to 95 Clerk's Judgment, 99 Order on Motion to Reopen Case, 94 Order,, Terminate Motions, by Consol Plaintiffs Shirley Johnson, Stephanie Muters, Nelcy Alexa Rivera-De Leon (Filing fee $ 505, Receipt Number ACODC-8385432) (Hubbard, Jamie) (Entered: 03/30/2022) |