UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

July 05, 2022

Michael James Aschenbrener
Kamber Law
201 Milwaukee Street, Suite 200
Denver, CO 80206

Shanon Jude Carson
Berger & Montague
1818 Market Street, Suite 3600
Philadelphia, PA 19103

Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

David R. Dubin
Liddle & Dubin
975 East Jefferson Avenue
Detroit, MI 48207

Jamie Hubbard
Kathryn J. Stimson
Stimson Stancil LaBranche Hubbard
1652 North Downing Street
Denver, CO 80218

Yeremey O. Krivoshey
Bursor & Fisher
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596

Jason D. Melichar
Wilson Elser Moskowitz Edelman & Dicker
1225 17th Street, Suite 1700
Denver, CO 80202

Karen Barth Menzies

Gibbs Law Group
505 14th Street, Suite 1100
Oakland, CA 94612

Max Stuart Roberts
Bursor & Fisher
888 Seventh Avenue, Third Floor
New York, NY 10019

David Ross
Wilson Elser Moskowitz Edelman & Dicker
1500 K Street, Northwest, Suite 330
Washington, DC 20005

Tina Wolfson
Ahdoot & Wolfson
1016 Palm Avenue
West Hollywood, CA 90069

**RE:**   **22-1094, Young, et al v. Frontier Airlines**
Dist/Ag docket: 1:20-CV-01153-PAB-KLM, 1:20-CV-01340-PAB-KLM, 1:20-CV-01518-PAB-KLM, 1:20-CV-01689-PAB-KLM, 1:20-CV-01751-PAB-KLM, 1:20-CV-01837-PAB-KLM

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/sds

2